# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

## Case No.:  8:21-cv-2054- KKM-AEP

AALIYAH AGUILO, ADALBERTO BELLO,
ADREANNA CRUMP, AISHA ROSA,
ALAISHA SCOTT, ALANNA HUNT,
ALEK SERRANO, ALEXANDER FIGUEROA,
ALEXIA CRUZ, AMIE DARILUS,
AMY SMITH, ANDREA KILPATRICK,
ANDRES ALVARADO, ANGELA CANSINO,
ANNA CRESPO, ARIATNA GONZALEZ,
ARKAYDE HANCOCK, ARLENE MAYI,
ANTHONY TAYLOR, ANTHONY WARD,
BRIANNA KEARSE, BRIANNA SAUNDERS,
BRIDGET MCCOY, BRITTANY MCKINNEY,
CARMIETTA HART, CHANISA BURNETT,
CHRISTINA TONEY, CHRISTINE BOOKER,
CHRISTOPHER SIMMS, CIA DICKERSON,
CIERRA SMITH, COURTNEY NELSON,
CRYSTAL TAYLOR, DANARIO SMITH,
DANOE BERNABE, DEBRYNNA GARRETT,
DEJANIQUE HOOI, DEMETRIUS ANDERSON,
DEMONTERRIO JENKINS, DEREK TYRONE ANDERSON,
DESTINEE SPRUELL, DEZHANE RUSSELL,
DOLORES SEIN, DONTE CROOKS,
EBONE JACKSON, EBONY MCCRAY,
ELTON GOULD, ERIN MOBLEY,
FLORENCE LLOYD YARBOROUGH, GABRIELLE MURRELL,
GENEVIEVE MARTINEZ-MIOT, GEORGETTE PITSICALIS,
GINA LEWIS, GREGORY STEWART,
HAROLD WALKER, ISAAC MORGAN,
JALISSA RIVERA, JAMAR CREW,
JAMESHIA JEFFERSON, JAMIECA BROWN,
JANIE GUNNLAUGSSON, JAPANIE RHODES,
JASMINE MURRELL, JASMINE YOUNG,
JASON HEAD, JATEN PERCOCO,
JEANNINE EBERSPACHER, JEFFREY A. SHEPPARD,
JEFFREY BENEDIX, JEFFREY HUNTER SHEPPERD,
JEREMY HADDOCK, JESSICA MALONEY,
JESSICA MOSLEY, JILLIAN GUTIERRIEZ-DEPREE,
JOAO GERUNDO, JOCELYN JONES,
JOHN DILLINGHAM, JOHNNY GUYTON,

JOHNNY OLDEN, JON HUNTER,
JONACEE PENICK, JORDIN TAYLOR,
KACHAUNDRA BROWN, KARINA ARYNGAZY,
KEITH GLASCO, KESHAUN GREENE,
KEVIN SAMI, KRISTINA CONTES,
KSHONTA NUNN, LAKISHA NESBITT,
LAMEKA DOTSON, LAMOND RICHARDSON,
LANEQUA SIMMONDS, LAPOLOEAN WASHINGTON,
LARRY KELLEY, LAUREEN JAMES,
LESLIE JULIUS, MARGARET ROGERS,
MARK LANGLEY, MARTEYUNA HOLMES,
MATTHEW TYLER, MAURICE MOORE,
MEGHAN LAJEUNESSE, MICAH AMLONG,
NAJEE FISHER, NAFTALI DIAZ,
NARADA WILLIAMS, NATE OLIVER,
NEISHIA HOLMES, NIC DAVIS,
NICHOLAS COLLINS, NICHOLAS LOVELADY,
NOAH SHEEHY, PEACH'S JONES,
PRECIOUS DUMAS, QUEEN PERTERKIN,
RASHEEDA GERALD, RAUL LALUZ, JR.,
RAYVIN MACKEY, RENEAL EUBANKS,
RICHARD MILLER, ROB THORINGTON,
SAMANTHA DOWDY, SAMANTHA EMMANUEL,
SAMANTHA KLEIN, SAMANTHA ROSA,
SAMIRA BLACKWOOD, SANIA MALIK,
SARAI MIRANDA, SARAI BRYANT,
SERVANO SIMMON, SHAKENA PERRY,
SHANIQUA FIELD-HUNTER, SHANNON GRIFFIN,
SHIRLEY MONTGOMERY, SOPHIA DOTTIN,
STEPHANIE RAFFAN, TANIA PAUL,
TANISHIA BOLTON, TERANCE EADY,
TERENCE BAXTER, TERRELL LUMPKIN,
TIMOTHY DIXON, JR., TODD ALEXANDER,
TOMMY MAZIN, TONI BADILLO,
TRAVIS SIMPSON, VALERIE YOUNG,
VIRGINIA YAZID, WILLIAM BELL,
WILNA L. REJOUIS, YESENIA VIZCAINO,
YOLANDA MOSLEY, ZJAKYCIA FIELD HUNTER, and
ZUANIA VAZQUEZ-PADILLA,

       Plaintiffs,

v.

COGNIZANT TECHNOLOGY
SOLUTIONS U.S. CORP.,

        Defendant.

_____/

## AMENDED COMPLAINT
## AND DEMAND FOR JURY TRIAL

Plaintiffs AALIYAH AGUILO, ADALBERTO BELLO, ADREANNA CRUMP, AISHA ROSA, ALAISHA SCOTT, ALANNA HUNT, ALEK SERRANO, ALEXANDER FIGUEROA, ALEXIA CRUZ, AMIE DARILUS, AMY SMITH, ANDREA KILPATRICK, ANDRES ALVARADO, ANGELA CANSINO, ANNA CRESPO, ARIATNA GONZALEZ, ARKAYDE HANCOCK, ARLENE MAYI, ANTHONY TAYLOR, ANTHONY WARD, BRIANNA KEARSE, BRIANNA SAUNDERS, BRIDGET MCCOY, BRITTANY MCKINNEY, CARMIETTA HART, CHANISA BURNETT, CHRISTINA TONEY, CHRISTINE BOOKER, CHRISTOPHER SIMMS, CIA DICKERSON, CIERRA SMITH, COURTNEY NELSON, CRYSTAL TAYLOR, DANARIO SMITH, DANOE BERNABE, DEBRYNNA GARRETT, DEJANIQUE HOOI, DEMETRIUS ANDERSON, DEMONTERRIO JENKINS, DEREK TYRONE ANDERSON, DESTINEE SPRUELL, DEZHANE RUSSELL, DOLORES SEIN, DONTE CROOKS, EBONE JACKSON, EBONY MCCRAY, ELTON GOULD, ERIN MOBLEY, FLORENCE LLOYD YARBOROUGH, GABRIELLE MURRELL, GENEVIEVE MARTINEZ-MIOT, GEORGETTE PITSICALIS,GINA LEWIS, GREGORY STEWART, HAROLD WALKER, ISAAC MORGAN, JALISSA RIVERA, JAMAR CREW, JAMESHIA JEFFERSON, JAMIECA BROWN, JANIE GUNNLAUGSSON,

JAPANIE RHODES, JASMINE MURRELL, JASMINE YOUNG, JASON HEAD, JATEN PERCOCO, JEANNINE EBERSPACHER, JEFFREY A. SHEPPARD, JEFFREY BENEDIX, JEFFREY HUNTER SHEPPERD, JEREMY HADDOCK, JESSICA MALONEY, JESSICA MOSLEY, JILLIAN GUTIERRIEZ-DEPREE, JOAO GERUNDO, JOCELYN JONES, JOHN DILLINGHAM, JOHNNY GUYTON, JOHNNY OLDEN, JON HUNTER, JONACEE PENICK, JORDIN TAYLOR, KACHAUNDRA BROWN, KARINA ARYNGAZY, KEITH GLASCO, KESHAUN GREENE, KEVIN SAMI, KRISTINA CONTES, KSHONTA NUNN, LAKISHA NESBITT, LAMEKA DOTSON, LAMOND RICHARDSON, LANEQUA SIMMONDS, LAPOLOEAN WASHINGTON, LARRY KELLEY, LAUREEN JAMES, LESLIE JULIUS, MARGARET ROGERS, MARK LANGLEY, MARTEYUNA HOLMES, MATTHEW TYLER, MAURICE MOORE, MEGHAN LAJEUNESSE, MICAH AMLONG, NAJEE FISHER, NAFTALI DIAZ, NARADA WILLIAMS, NATE OLIVER, NEISHIA HOLMES, NIC DAVIS, NICHOLAS COLLINS, NICHOLAS LOVELADY, NOAH SHEEHY, PEACH'S JONES, PRECIOUS DUMAS, QUEEN PERTERKIN, RASHEEDA GERALD, RAUL LALUZ, JR., RAYVIN MACKEY, RENEAL EUBANKS, RICHARD MILLER, ROB THORINGTON, SAMANTHA DOWDY, SAMANTHA EMMANUEL, SAMANTHA KLEIN, SAMANTHA ROSA, SAMIRA BLACKWOOD, SANIA MALIK, SARAI MIRANDA, SARAI BRYANT, SERVANO SIMMON, SHAKENA PERRY, SHANIQUA FIELD-HUNTER, SHANNON GRIFFIN, SHIRLEY MONTGOMERY, SOPHIA DOTTIN, STEPHANIE RAFFAN, TANIA PAUL, TANISHIA BOLTON,

4

TERANCE EADY, TERENCE BAXTER, TERRELL LUMPKIN, TIMOTHY DIXON, JR., TODD ALEXANDER, TOMMY MAZIN, TONI BADILLO, TRAVIS SIMPSON, VALERIE YOUNG, VIRGINIA YAZID, WILLIAM BELL, WILNA L. REJOUIS, YESENIA VIZCAINO, YOLANDA MOSLEY, ZJAKYCIA FIELD HUNTER, and ZUANIA VAZQUEZ-PADILLA ("Plaintiffs") hereby sue the Defendant, COGNIZANT TECHNOLOGY SOLUTIONS U.S. CORPORATION ("Cognizant" or "Defendant") and allege as follows:

## **INTRODUCTION**

1.      This is an action to recover damages for the psychological trauma and related physical injuries suffered by Plaintiffs as a direct result of Cognizant deliberately concealing from Plaintiffs, and fraudulently misrepresenting to Plaintiffs, the known dangers of its unique, inherently dangerous system of long-term unmitigated "content moderation," thereby willfully exposing Plaintiffs to those dangers and, as a result, causing them serious psychological and physical injuries. By way of example:

a.      When starting employment with Cognizant as a "process executive," each of the Plaintiffs were misled by Cognizant operational leadership, including Operations Leader Terry Oliver and the supervisors who reported to Oliver, about the nature of the job.  Not at any time during the interviews or during the training were any of the Plaintiffs informed of the trauma and lasting effects that content moderation would have on them.

b.      Instead, Cognizant operational leadership, including

Operations Leader Terry Oliver and the supervisors who reported to Oliver, falsely informed Plaintiffs that they would be moderating things like sports "trash talk," debate about whether "pineapple is an appropriate topping on pizza," cultural memes such as "Michael Jordan crying" or "classical art memes (taking an old photo and juxtaposing with situations 'when sometime' or 'when you')", mild nudity, images reflecting a "daily dose of cute," Black Lives Matter photo of a female protester being arrested, protests and political events (e.g. "Build that f***ing wall"), and an occasional graphic still image (not videos), but this is far from what Plaintiffs experienced.  The horrific videos and images to which they were regularly exposed on a daily basis resulted in Plaintiffs suffering from serious medical conditions. Indeed, each and every Plaintiff has been diagnosed with Post Traumatic Stress Disorder and other comorbid mental health conditions because of the stress and trauma from Cognizant's actions.

      c.    In contrast to the way Cognizant operational leadership, including Operations Leader Terry Oliver and the supervisors who reported to Oliver, portrayed the job, examples of the horrific videos to which Plaintiffs were endlessly exposed included: videos of beheadings; videos of children being molested; videos of rapes; videos of murders; videos of suicides; videos of disfigurements; videos of torture; videos of men stabbing women in the face with an icepick; videos of cartoons mixed with beheadings where the knife or machete was so dull that they are hitting they victim in the neck to cut it the rest of the way; live-streaming of mass shootings; videos of pillow fights which involved

supermodels (attractive women) using two live babies and banging them together where Plaintiffs could see the blood everywhere and the screams are heard throughout the video from the babies until they stop because of their death, meanwhile the children's eyes were popping out of their sockets because the skulls were colliding together; videos of a teenager who propped his camera phone up while he was babysitting a child who was still in diapers, only to take the diaper off and put his member into the child and Plaintiffs were forced to hear the child shriek and scream; videos of extreme animal cruelty; and many more endless vile videos and live-streaming.

d.     Not only were Plaintiffs not provided any mental health counseling (despite being told by Cognizant operational leadership, including Operations Leader Terry Oliver and the supervisors who reported to Oliver, it would be available), but also the time spent on "well-being" and the content of sessions spent with "counselors" was closely monitored, and Plaintiffs were constantly targeted by Cognizant operational leadership, including Operations Leader Terry Oliver and the supervisors who reported to Oliver, for seeking help. Cognizant operational leadership, including Operations Leader Terry Oliver and the supervisors who reported to Oliver, would set up ways to fire process executives who exhibited mental health issues.

e.     If Plaintiffs would have known all of the dangers of content moderation at the time of hiring or training (which they did not) and had Cognizant operational leadership, including Operations Leader Terry Oliver and the

supervisors who reported to Oliver, not lied about the nature of the job while, instead, portraying the job as something prestigious, Plaintiffs would not have taken the job.  But now their lives are permanently and irreparably changed due to Cognizant drawing them into the job through false misrepresentations. Because of Cognizant's conduct, Plaintiffs started experiencing PTSD symptoms while working at Cognizant and will have continual mental health and wellness issues for the rest of their lives.

### PERSONAL STATEMENTS REGARDING THE EFFECT OF COGNIZANT'S MISCONDUCT ON THE LIVES OF THE PLAINTIFFS

2.      Chase Mobley. Mr. Mobley was originally a named plaintiff in this action but, during the pendency of the action, he tragically passed away. His death was proximately caused by the injuries inflicted upon him by the Defendant, Cognizant Technology Solutions U.S. Corp. This is the statement he made prior to his death:

> Since working as a Facebook content moderator at Cognizant I currently suffer from the following: PTSD, depression, anxiety as well as heart spasms. I have incurred many damages since being employed here including the loss of my social life, fiancé, and any normalcy I once had in my everyday life. I have experienced a loss of smell due to symptoms of my PTSD and currently suffer from behavioral issues. After I started working for this company my anxiety and frustration began to build due to the amount of stress that was put on me because of high expectations that only continued to worsen. I was hyper focusing on work and unable to focus on any other aspect in my life.  I suffer from reoccurring nightmares and sleep issues which eventually started affecting my work and studies. I began to separate myself from people including doing the things I loved to do most like Jam Skating and Kickboxing.
>
> People have been concerned with my behavior as I've had issues with

those I have been closest with. I developed communication issues and even withdrew from school when my GPA started suffering because of everything that was going on. I lost most relationships in my life including some with family as well as my ex-fiancé. My roommate who was my brother had to move out of a new home that we were renting because of anger and anxiety issues that caused differences in the house where controversies developed.  I used to have a dog that was my companion but since I was unable to properly take care of him, he was taken by family to be cared for.

I also suffer from schizophrenia/paranoia as well and am more anxious and cautious about my surroundings. This paranoia and anxiety have affected the way I view others as well.  I do not view things the same anymore and am constantly in a state of precaution. Another condition that I suffer from is heart spasms as well as anxiety and panic attacks. I have been to the Tampa Bay Temple Terrace Emergency Room regarding these health issues caused by my PTSD. I did not have health insurance, so I stopped going to the doctors in which the situation worsened.

While working for Cognizant I was also involved in a situation where I ended up being arrested due to an issue where my wallet was stolen from my desk, and I was arrested on property for erroneous charges. I was then put on administrative leave for the investigation and was told not to return to work because of the pending investigation. I hired an attorney who got the case and charges both dropped in January 2020. Because of the false arrest I was unable to get separation pay and unable to continue to work for the company. I have spent well over $5,000 in obtaining counsel for these discrepancies that occurred.

I have had no positive outcomes from being employed by Cognizant. I believe Cognizant is more than responsible for the damages I have incurred while being employed with their company. I was given false information on the job details and have been traumatized due to lasting affects it has on my life. Since working at Cognizant I have struggled to find normalcy in daily routines and am now forced to deal with these issues for the rest of my life.

3.      Personal statement by Aaliyah Aguilo. After working at Cognizant for

nearly two years as a model employee, I was terminated for simply forgetting to

take off my smart watch one day. A smart watch I used to track my heart rate throughout the day to prevent myself from experiencing severe panic attacks caused by the two years of working as a content moderator. Since being terminated from Cognizant, I have not been able to maintain a job for myself. The overall quality of my work has decreased drastically, as I was fired from my most recent place of work because the employer could not work around the many panic-attacks I have throughout the day. I have experienced loss of income, and it is very hard to support myself and take care of my mental health. I also lost my benefits when I was terminated and have had to join my parents' insurance plan to pay for any medical treatments and prescriptions. When I still worked at Cognizant with my husband, I often needed him to leave his individual work to bring me home during a panic attack, which eventually took a huge toll on our marriage. I struggled with addiction and self-harm as a result from the severe mental health disorders which I have been diagnosed with, which also took a toll on many of my friendships and relationships. I nearly gave up my lifelong dream of becoming a mother during my time at Cognizant because I could not think of anything other than death and pain for any baby. The mental health battle in my head was so intense that at a certain point I fell into addiction and self-harm. To this day, I find myself dealing with constant sleepless nights and self-isolation. I cannot go out in public because I have an overwhelming fear of death and which means I no longer spend time with my friends the way I use to. Now, my life has been completely changed, both mentally and physically, since working as a content moderator for Facebook.

4.      Personal statement by Adalberto Bello. While employed at Cognizant viewing graphic content for Facebook, I was exposed to digital media such as violent gore, sexual abuse, murder and other horrific content.  They did not have any methods in place to help me process the stress, depression and trauma I went through.  When they did put some wellness in place, you were only allowed 9 minutes a day and if you went over you were threatened with termination and you had to still reach your daily production quota.  Since viewing such horrible graphic content, I am a homebody and do not go out, I was not this way before.  I do not leave my home and I have hard times socializing.  I try to go on trips and will start planning them but cancel each and every time.

5.      Personal statement by Adreanna Crump. Since working as a Facebook content moderator at Cognizant, I have been struggling to properly take care of myself and the medical conditions I have developed. Not only have I been suffering from severe Post-Traumatic Stress Disorder, but have also been diagnosed with Lupus, an auto-immune disease that has been exacerbated by the Post-Traumatic Stress Disorder and has made it immune suppressive. Having such a severe combination of medical conditions comes with an endless amount of negative side effects. The conditions from which I suffer also cause my feet to become extremely swollen during the day. I have gone to, and continue to see, several specialists regarding the severe swelling which I experience, but I still struggle with this every day. Due to the severity of the swelling when it occurs, I have had to go to the hospital more than a few times in which I had to pay for those costs out-of-pocket.

I cannot keep a steady job and have been forced to leave my last place of employment due to the conditions of my feet. When the swelling begins, it is nearly impossible for me to drive myself anywhere. I must rely on paying friends or calling and paying for Uber rides everywhere I need to go. Each month, I spend between $200 and $250 on Uber rides alone. I have been going to see a neurologist and vein specialist to find a solution to my debilitating condition, but there has been no success. My entire life has been affected by the one year I worked as a content moderator for Facebook. I can no longer enjoy spending time with friends or go on peaceful drives. The extreme stress which I was subject to at Cognizant has caused me to lose the ability to drive, and sometimes the ability to walk. Without being able to maintain a job due to the swelling feet, I will not be able to financially support myself and pay for the accommodations which I require. The physical damage that has been done to me is undeniably going to negatively affect me for the rest of my life.

6.      Personal statement by Aisha Rosa. I began working at Cognizant/Facebook in the first batch of training that took place and worked there until the end. I was told we would be moderating content for Facebook and would be taking down content that went against community standards.  Without receiving any training about the dangers of content moderation, I was thrown into content moderation the day of the Las Vegas shooting and I have not been the same since. I was promoted to Subject Matter Expert and then gradually joined the training team.  On the training team, I would sit through hours of graphic and

violent video content.  I was with the company for almost three years, from the time it opened until it closed and have felt that the viewing of the content has impacted my ability to lead a normal life.  Working there had the biggest impact on my life than anything else I have gone through.  While working there, I lost a long five-year relationship with a gentleman who also worked at Cognizant.  I know the strain of working there and with the environment, it was the direct cause of our breaking up.  At that point we both had been there 1-2 years and we were both so stressed, and high strung (probably anxiety and depression at that time) and we could not know how to be with each other any longer.  It was a very hard break up for me, he was an agent who had quality metrics to maintain at 98% (almost perfect) otherwise he was threatened with job security or belittled.  Myself, as a trainer, I did not have the quality metrics, but it was about retention to keep people in training.  The acute stress of working there put us both into depression and we could not focus on our relationship, I stopped being able to communicate effectively and we stopped talking for a period due to this.  I stopped going out, neither of us ever went out, I stayed home because I was so affected by the graphic content viewed.  We both saw shootings and school shootings, so we did not want to go out and we discussed that neither of wanted kids now, by this time, I had put myself in a box.  The post-traumatic stress, depression and anxiety was very tough. I had a lot of weight on my shoulders for my team.  For some reason unknown to me, I was the only person in my position able to make the learning content for our trainees, and it was my job to create these tests for training and new hire agents.

The training team consists of ten people with two managers, and I was the only one who had to sit through hours and hours, day after day, of viewing graphic content to make these tests.  Some of the vilest things you could ever imagine, I saw, and over and over.  One test I had to create was I had to moderate content for a specific subject, graphic violence, and I would have to make a twenty-question test that only had graphic violence images.  Some of the video and live stream included terrorism, animal abuse, heads being busted open, children being abused or raped, adults being abused or raped, dogs burned alive, and I had to select the worse things a person could do and sit there for hours and hours, day by day, doing that to create that test.  Every two weeks there would be a policy update, so in a millisecond the policy would change, and I would have to go back and view hours and hours of graphic content to update the images to make sure everyone is tested on the right policy.  My entire day consisted of looking at all this horrific images, video, and live stream, some of children and animals tortured and ISIS, shootings, murder, and suicide, watching people do the most horrible things imaginable. Prior to Cognizant, I was a nice, happy person, loved socialization.  This made me in a bad mood and depressed, I could not just be happy, chipper, or excited to hang out with friends, as I had just spent 8-10 hours viewing the most gruesome content. I was also a salary employee, so no matter how many hours I worked, I did not get paid overtime, and I worked at least 55 hours a week most times.  Now, after having worked there, I still have this trauma, and just the other day I tried to watch a new show, Squid Games on Netflix, and after watching only half of it, I could not sleep

for three days straight after that.  That, as does so much else in life, triggered me and caused flashbacks, where in my dreams I just kept hearing gunshots. The triggers, images and flashbacks happen all the time now in my life, even a simple cartoon will cause anxiety or panic attacks, and I will not want to do anything, I will not leave my house, I can't sleep, and it takes a physical toll on me.  I have no children, but I have a lot of nieces and nephews which I am too paranoid around them, I am afraid that they will be abused, or kidnapped so I am very over-protective when I am with them.  I cannot just have fun at the park, as I'm worried if I take my eyes off them, they will be gone, or worse.  This holds true with animals, I remember content where they had a festival of roasting dogs, they made this an actual festival of setting animals on fire.  Now, when I see my own pet, it triggers those memories and causes severe depression and anxiety.   Since my time at Cognizant, I have had physical damages occur to my body. I have lost over 25lbs making me less than 100lb in weight. I have since become violently ill on numerous occasions due to stress including vomiting every week. I also suffer from loss of sleep and a weakened immune system. Due to the issues, I have with sleep I have had to buy CBD to take to get any sleep.  I am also still dealing with intense gastro issues to this day. My life has changed drastically because of working for Cognizant.

7.      Personal statement by Alaisha Scott. During my time at Cognizant as a content moderator for Facebook, I was rushed to the hospital for severe pain, anxiety and stress.  They would not let me take breaks and days off, so because of the stress and anxiety I was rushed to the hospital due to my post-traumatic stress

disorder and having several panic attacks while at work.  I started at Cognizant and did not think it would be terrible and thought it would be like watching a video game, but literally the first day on the job, I watched a 14-year-old boy with a knife trying commit suicide on live stream.  As I continued working, I thought I would get used to it, but realized that it was not what you saw in pictures or on video games but that it was real life and it started to affect me terribly.  You see things you cannot unsee and it stays with you forever. One time I was assigned to the graphic violence department for the entire day and a lot of the graphic content I saw I had to sit through it all day.  No one in this world can understand what we saw, it is not the same as what you see on your phone or in video games.  Then as you try to live your life on the outside it is always on your mind, and you try to live a normal life but can't because all you do is remember everything that you have seen.  Now, since working there, I have been affected in many ways, I am not able to sleep at night, I have many nightmares and wake up in cold sweat.  I am always tired because of this, and I have started seeing things, disturbing things.  I feel as if I am going crazy, I cannot think straight and on top of the graphic content I had to watch, the things that went on with that job was horrible and should never have happened.  Once you entered that building it was a different place, the things you should not see and then they would not allow normal breaks for the bathroom or for your mental stability.  Seeing these graphic content for 8 hours a day, every day takes a toll on anyone, and I will never be the same.

    8.    Personal statement by Alanna Hunt. While I was employed at

Cognizant as a content moderator for Facebook, the exposure to horrific videos and images drastically affected me and, as a result, my entire demeanor changed. I became always agitated, I started to experience nightmares of the content I viewed, and I got to a point that I harmed myself while I was at work at Cognizant. I have been diagnosed with serious mental health conditions and rely on an Emotional Support Animal.

9.    Personal statement by Alek Serrano. Since working at Cognizant as a content moderator for Facebook, I continuously see the horrific images and graphic content in my mind and to this day it has not gone away. After leaving I had a job with Spectrum and was only there for a short period because of the Post-Traumatic Stress, severe anxiety, and depression that I had developed caused me to have very bad anxiety episode and attacks while working. Once I was on the job and being on the phones had several anxiety attacks and that had never happened to me in the past. My anxiety is something that is very frequent, and I get episodes at least t5wice a week and that has hindered most things in my life. Some days I cannot perform well at work or perform well at home. I have a one-year-old son, who I have taken care of for the past year and at times I cannot function, or it is hard for me to snap out of it. I cannot do my normal duties in the household and at this time it seems to be getting worse over the years. I want to be a point where I am normal again and can function. I get triggers depending on what happens, or I see throughout the day, and it does not have to be violence, but it triggers my mind and I get flashbacks in my mind causing my mood to spiral and ruins my

entire day, making me unable to get back to normal or out of my depression. My fiancé says I can be happy in the morning then depressed and not want to talk to anyone because I was triggered which leave me being more alone than before. When I was taking prescriptions for a couple years I had to stop because that also took a toll, the side effects were not good, I lost track of time, or where I was in time and felt I was becoming lethargic and almost robotic. This caused me to have to try to deal with depression and anxiety in other ways., this has made it very difficult. All of this has made it severely difficult for me to get back on my feet as well. The flashbacks affect me terribly as my mood will change drastically for days or even weeks. The type of content I had to watch like child abuse video, and having a child now, I am scared, afraid, and paranoid to have my child in daycare or be near other people. The content changed the way I think and feel about the world, even on topics such as abortion from the pictures and videos I sat through. My fiancé is pregnant, and we are terrified that some of what I saw could happen, always thinking the worst will happen. Last year I was in a car accident, hit by a drunk driver, and it terrified me because of the content I viewed of horrific accidents, it stays with me. To see the content and then to live through it, I was afraid to drive for a long time. I am always on edge and driving at night is very stressful to me always thinking I may get in an accident. None of this is good for my health, and I will continue therapy for a long time to make sure I can deal with my PTSD, anxiety, depression, and acute stress on a daily basis. I also have been experiencing nightmares of horrific things happening to myself or my family, and

I wake up with night sweats, and sometimes physically crying or yelling. I feel as if I am on an extremely sensitive balance with my emotions and motivation. I feel the need to have an outburst on a regular basis and I fear that my PTSD may result in bad decision making at home or at work. I am always fearful that my health is deteriorating and when my symptoms are in full effect, I feel my chest get very tight and it is hard to breathe, this it scares me that I may experience a heart attack if I don't get the help that I need. I just want my life back, my physical, mental, and spiritual health has been at an all-time low since working as a content moderator for Facebook. I used to have a bright outlook for my future, and I was always motivated to better myself and now dealing with all of these symptoms I become severely depressed because I cannot function the way I used to. I need to get back to myself for my own life's sake, as well as my family, I cannot continue to burden my family or my own success because of these symptoms.

10.    Personal statement by Alexander Figueroa. Since working at Cognizant as a content moderator for Facebook, I have been unable to find a job due to my PTSD, anxiety, depression and stress. After I left, I had to pay month to month rent until I could find employment and a place to live. I had to move back to Florida and move in with my girlfriend's family. I only found short contract jobs working from home, barely making ends meet. Once I was back in the office, it was very stressful to be around a lot of people and going back to a regular working experience. I had hoped I was helping others and work in my field when I was at FB, and all that got taken away from me, and hard to cope with the feeling. I

constantly in the mind set of analyzing things like I did before and have this feeling of being in a war with myself.  I do not trust people the same, I do not give them an opportunity to earn trust.  Not because I do not want to but because I now have a certain lens from the horrific content I viewed and how FB made you be.  They always said, it does not matter what others think, does not matter what they want, we were brain washed to think that way.  I feel as if I learned helplessness in a sense, when before I was very disciplined.  I am Hispanic and raised in the culture, and that stops me from talking freely about the issues and problems that I mentally must deal with, but I know I need the help and I need to open up about it.  I know now I did not talk to anyone about my mental and emotional problems, and it has been a road to recovery and opening up to others.  I am now very isolated and will be by myself most often.  It took me so long to seek help and treatment because I signed an NDA and Facebook drilled in our heads that we could not speak to anyone no matter what, about what we did or saw.  In my relationship with my girlfriend, we have gone through so many things that I have not gone through with anyone.  We went through a hard time and struggled with our relationship because of this. I feel asleep at the wheel and got reckless driving because I do not sleep and wake up with nightmares.  My lack of sleep which is caused by my PTSD, anxiety, and depression have taken a mental and physical toll on me and this was caused by that.  There are times I cannot sleep for days and then there are times I wake up constantly and I cannot or do not want to go back to bed into the nightmares again.

11.   Alexia Cruz. I do not trust people any longer since working at

Cognizant as a content moderator for Facebook.  One video I remember is of someone cooking a guy and they chopped him up outside in a big pot, the content was horrific, and I saw some crazy scary stuff.  One was a car on fire, and another abusive actions against people and children.  This all made me stay to myself and not trust others. I lost my best friend since high school because I changed after working there.  I lost a relationship with my children's father after he chased me with his car, and it triggered a graphic video I had watched over and over.  I am now in a new relationship, but it is the same thing, this man is abusive, and I cannot seem to stop being in abusive relationships since working on Facebook content.  I believe this is directly related to my job and I am being pulled toward toxicity. Before this, I never did that, I lived a normal life.  I now do not sleep well at all, I have nightmares of the videos and one that stands out is of a mother and her child in a bedroom and the mother kept hitting and punching the child, I had to get up from the desk because this one was so bad, the child just kept begged for her to stop.  Because of this and the horrific content I viewed, I do not take my children anywhere anymore, I always think something bad will happen to them, all the time, so I keep them inside and away from the world.  I am paranoid and I fear for their safety.  The graphic videos of cartel and drug lords showed were so graphic, one where they hacked a guy's heart out of his chest while he was alive, you can see the pain and horror in their faces.  There were some with girl having sex with boys, one was a daughter of a police officer and they killed the boy.  There are some with little boys having sex with chickens, the abuse of the children was horrific and has

caused severe anxiety, depression and Post-traumatic stress.  The images are so graphic you can never forget them.

12.    Amie Darilus. I have been affected by working at Cognizant and from viewing the content as it has now made me a person who always sees the worst-case scenario in everything I do, in everything I see around me.  This was the case before and even now while I am pregnant, I continue to see images of still born babies, images of death and murder. If I see a car accident, I have flashbacks of the bodies and I see images in my head and they are very disturbing, I feel that I am still seeing the content in my head, wherever I go and no matter what I do. Even though it is over, I'm still seeing it and feeling it daily.  When I watch the news or go to the grocery store everything is a reminder or triggers something in me and I relive the content.  Recently there was a school shooting which heavily triggered what I saw and makes me relive and see the images, they just do not go away.  I am more emotional than ever, even before I became pregnant and I am cautious of others and everything, it is not healthy. There is always something that relates back to the content from the news, from going out or in life.  Anytime I see, non-consensual sex acts it makes me rethink of one very disturbing video that I saw which was a live video of a girl and she was in another room but you could hear her being raped and abused in the other room next door.  Other people were commenting and talking about it but no one would help her, no one would help her and it just sticks with me, the pain and the images were so terrible.  I feel I'm more cautious and have night sweats all the time, which do not seem to go away.

Everything in my life seems relevant or triggers the content I saw and that is very stressful and painful to me, and it revisits memories that I do not wish to remember or keep seeing.

13.     Amy Smith. Since working at Cognizant, I have continued to struggle to find normalcy in my daily routines due to the lasting mental health issues I have now been forced to deal with which will be for the rest of my life. After being laid off by Facebook with severe emotional trauma, it has been difficult for me to find another job. I had wanted to deliver food on Door Dash to make money while I was looking for work, but my duties at Cognizant, which consisted of constantly sitting at a desk unable to move around for hours at a time, caused me to have terrible sciatic pain and lumbar issues. I have been going to see a chiropractor and paying the costs out of pocket for over a year now. When I lost my job at Cognizant, I also lost all my benefits, which has prevented me from being able to get proper medical treatment when needed and caused me to pay for all of my prescriptions at full price. Since I have worked at Facebook, I have had severe difficulty sleeping and suffer from panic attacks all the time. The state of my mental health has taken a huge toll on my relationships with friends and my family, causing an overwhelming amount of emotional grief for myself and others. It is hard to maintain any important relationships that once served as a much-needed support system for me. Due to the extreme work conditions at Facebook, I now experience severe anxiety when applying for and trying out new jobs. It its extremely difficult for me to find a place of employment which I am comfortable with and able to handle myself

emotionally long-term. Before working as a content moderator for Facebook, I planned on providing a happy life for myself for the next twenty years. Now, the state of both my mental health and financial stability have been put in jeopardy. Even on unemployment, I cannot make enough to sustain the life I had once lived.

14.     Andrea Kilpatrick. While working at Cognizant as a content moderator for Facebook I dealt with a lot of things that caused my health to fail. Aside from the job itself, which caused a lot of stress and anxiety which was very traumatic, I developed a tumor from the stress and had to have it removed.  I had many nights where I could not sleep because of the content that replays in my head over and over.  The graphic content and work environment at Cognizant as a content moderator for Facebook affected me and my family greatly and my home life became very strained because of my job.  I would come home, and my husband and I would argue a lot due, and I was agitated from what I saw at work and brough it home. My son even noticed I was different, I was always protective but from seeing graphic content, with children being abused, kids fighting, and children being kidnapped this caused me to be very strict and not allow him to live a normal life like a teenager, I became too protective.  I also became pregnant while working there and experienced a lot of workplace bullying, especially from my manager at that time, Tanya, and for some reason gave me an even harder time during my pregnancy.  One example was there is a clause that you could not wear certain type of shoes, but I had an exception from my doctor due to the swelling and even the higher managers okayed and approved this with my doctors note that I could wear

these types of shoes, but Tanya continued to cause me problems.  I would have to leave work and/or go to HR and cried all the time.  Before this, Tanya and I were friends and close, and we worked very well together, but suddenly, she changed, and she harassed me all the time.  This harassment on top of post-traumatic stress, anxiety, and depression caused a very difficult pregnancy. I even tried to resolve the issues and requested a meeting with Tanya and her boss (who I found out were romantically involved) and this caused even more problems for me and my team. Tanya's boss met with me, but she never would, and this was someone that I must work with every single day, and it was hard and made the stress and anxiety even harder.  I told my doctor how much stress I was under due to the content I saw and now how I was being treated and it was so bad they extended my leave.  I had complications during my pregnancy because of the trauma and stress and I had postpartum after my delivery, it caused a mental breakdown when it came time for me to return.  After watching babies being abused and children being sexually assaulted and having to deal with a supervisor who added to all that, caused severe anxiety and I had to see a therapist.  During a follow up with my doctor, I broke down crying and did not want to go back to work, explaining the content I had to view and how I was being treated was causing panic attacks and mental anguish. Watching the videos over and over, day in and day out has been horrific on me mentally and physically.  I now keep alerts on my phone, all the time, because I feel I must know what dangers are out there, but when the alerts go off, it triggers what I saw back then, it is a vicious cycle and mentally I do not think I can handle it.  I

feel as if I am desensitized to things which I should react to.  My anxiety now is so high, I feel as if I am about to have a nervous breakdown, I cannot handle the stress like I use to be able to do.  Going to certain places cause me fear, going to a grocery store I feel as if someone will come in and shoot up the store, or even a night stroll I cannot enjoy it, I feel as if someone is after me or that someone will die.  When I drive, I have a sense of sadness, I feel as if myself or certain things are being targeted, like churches or schools.  These triggers happen all the time and are out of my control.  My sleep is terrible, before I could not sleep at all, and it has improved a little, but I still have nightmares and wake up in cold sweats.  One video I remember was a girl being abused by her father and I had to watch it over and over and it had background music to it, a happy sound, and what sticks with me is that there are people out there who think that is funny, I cannot comprehend why someone would think that.  The racial slurs and graphic content which I viewed changed me dramatically.  I used to see people by their actions before anything and not by color but now it upsets me that since viewing the content my thought process is different.  I am quicker to be in defense mode and believe that everyone is out to get you.  My department was prominently African American and watching the racial content changed me, it is hard to see the good in someone now, and I don't want to be that way, I think that everyone is out to get you.  Once you see so much of the horrific graphic content, it changes you forever.  Even the simple elf on the shelf has triggered me because of content I saw about that.

15.    Andres Alvarado. While employed at Cognizant as a content

moderator for Facebook, I developed severe Post-Traumatic Stress, anxiety, depression, acute stress and other mental illnesses. One of the policies that they had while I was employed was to watch at least the first 15 seconds of each video, no matter how gory or grewsome it was, you must watch it no matter what. I had to endure watching multiple gore, child pornography, decapitation, abuse, murder and suicide videos. Four types of videos that I viewed I can remember vividly to this day. One was a video of an Asian woman who was running around the streets screaming for help, when you see her husband approach her from behind and he starts stabbing her repeatedly in the back and back of the neck and then he slices her throat. The image was terrible but what you heard was even more horrific, the screaming and her suffering.

There were tons of videos of cars running people over, and I would have to watch those numerous times a day, the same video actually, numerous times a day. Even though I reviewed it earlier I would still have to watch it again to verify there were no changes made to the video when it was reposted. Another video that has hit me hard to this day was while I worked the morning shift from 6 am to 2 pm, and during my third hour a video was circulated that was believed to be child pornography. It had an acid trip filter and a silhouette of a baby, then you just hear moaning and crying and it was terrible, but you were not sure at first if the baby was being abused, molested or what but the sounds themselves were terrible and I can never get them out of my head.

A third video was one which PETA recorded (and it started somewhere in

Asia) in which they had skinned dogs hanging in a line, like pigs would in a butcher shop and these dogs were lined up hanging with no skin.  Then people were grabbing dogs that were alive in cages and pulled them out, chopped the heads off, hung them up and skinned them.  The fourth video was very explicit and gory, where there were three people in a car and it was being recorded with a dashcam. A girl was driving, there was a passenger in the front seat and a passenger in the back seat. You cannot make out what they are saying but you hear what sounds like an argument and all of a sudden the driver grabs a gun and shoots the passenger in front, right in the head on the temple. It was so vivid that I clearly saw the brains of the passenger splatter on the window and the camera. It was so terrible that I had to stop watching and excuse myself and try to get air, but Cognizant would only allow you minimal breaks, so you barely got 10 minutes away from your desk.  That is not enough time to gather your sanity after seeing such horrific images.

These are just examples of the content I had to view and because of this, I now I suffer sleep deprivation and do not get a lot of sleep. I have nightmares all the time and am exhausted during the day, being mentally ill and mentally drained.  In my nightmares I relive content I saw but it is happening to me or someone I care about and this adds to my anxiety, depression and is very difficult to deal with.   My insomnia has gotten worse and I am now on medical marijuana just to help the anxiety and sleep. I'm lucky if I get 3-4 hours of sleep each night and I wake up physically shaking and sweating and now my depression and anxiety is at an all-time high, causing crying fits throughout the day or night if something triggers me.

My personal relationship has suffered because of this as well.  Back in 2019, I was Baker Acted as I called the suicide helpline due to my suffering.  I had such severe depression, had broken up with my girlfriend, and called the helpline, but after I hung up, they called the police and Baker Acted me.  I have tried to hang myself; I have cut myself and tried a few times to end my life to stop the images in my head.

16.     Angela Cansino. When I started working for Facebook at Cognizant, I was a very strong and passionate worker. While in my prime, I was an excellent training manager capable of running teams of sixty or more employees. The time which I spent at Cognizant completely devastated my confidence levels at work and undermined my ability to handle everyday pressures of the job. I constantly second guesse myself and worry about getting fired by Cognizant for being unable to increase my workload. At Cognizant, I would be forced to use my own paid vacation time before requesting any other form of leave, so I often sought help from the designated counselors during my shift to avoid being penalized through paid-time-off. When seeking a counselor at Cognizant, however, employees only had nine minutes to spend. The counselors were very old and difficult to access, so employees would spend the entire nine minutes of allocated counseling time trying to find the counselor. By the time I or any other employees would return from their session, they would be penalized for taking too long with the counselors. The toxic system of discouraging and penalizing employees for utilizing therapy at work has caused me to live in fear for my job's security. I do not take any time off because I need financial support and I am afraid of losing that if I take off from work.

Physically, I have been suffering with digestion issues which has required me to seek treatment from a gastroenterologist. I must take $80.00 worth of laxatives and vitamins every month to help with my stomach problems which I have developed. Additionally, I have been seeing a therapist and receiving prescriptions to help with my auto-immune Post-Traumatic Stress Disorder which cost $125.00 per visit. I used to be a bright and charming individual with endless wits and energy before I started working for Facebook. Since then, I have become a completely different person, one that is mentally and physically drained every day. Before Cognizant was shut down, I had four months to get my numbers up for the severance package or find another job. Without knowing for certain whether I would be able to financially support myself, I could not renew my apartment lease and had to move in with my mother. Not only have I been stripped of my self-confidence, but I have also been stripped of my individuality and peace of mind, which will continue to affect me for the rest of my life.

17.     Anna Crespo. I was hired at Cognizant in 2018 and told I would be analyzing Facebook content and forwarding the content to the correct place according to policy. I was informed that I would see graphic images like animal abuse or fights, but once I started the graphic content was more disturbing than anyone could ever imagine.  The company later stated due to an NDA they could not tell me too much during the hiring process.  As a result, I have been affected in my day to day life, things that once gave me joy now seem dull and uninteresting. My life relationships have become strained because I do not want to talk to people

any longer. The graphic video content makes my heart race, and my body temperature increases. I have developed a sleeping problem, and I cannot fall asleep until the sun comes up and when my body just shuts down. I have nightmares and day terrors, as my brain won't stay silent. I then developed a drinking problem to cope with this, and my closest friends became concerned. I know I am not the person I was before this job, and now I know I did not have the proper mental support or training for seeing these type of graphic and horrific images and video. Because of this, I will be affected for the rest of my life.

Right before leaving I was to move to a new apartment, and signed a lease, but I stopped working there at the same time I was to move in. Obviously, this caused a severe financial burden as I could no longer afford the apartment. I was in a lease and had to stay so thankfully I was approved for unemployment and barely got by. I have not been able to work or find a job that I mentally can handle at this time, therefore, I now am unemployed and have to apply for rental assistance in order to stay. Additionally, because of Cognizant I lost my vehicle. My car was repossessed as I could no longer make the payments. I am more desensitized to things now, so watching things that should have upset me do not. I find that I cannot watch TV and news any longer as they also cause triggers of items I had seen.

18.     Anthony Taylor. While working at Cognizant as a content moderator for Facebook, I was in an accident and totaled my car around April/ May of 2019. Since that accident and from viewing the horrific content related to accidents, I

have had very traumatic experiences that effect my performance as far as transportation and my side gigs in entertaining. I have lost bookings and had to take very long breaks before getting myself out there again as it is difficult for me to drive, so I would have to ask for rides or use Uber or Lyft. Since Cognizant, my life has also changed dramatically. After the program shut down, I had nowhere to go nor back up plan being that I was there for two years. It has been emotionally and financially frustrating and to be diagnosed with PSTD and other issues, does not help. The stress, agony and pain of losing sleep and woken up with nightmares, night terrors, and sweaty palms, as well as hot flashes which cause my heart to race severely. There have been times when I have been so stressed that it causes a pain in my chest, almost as similar to a minor heart attack. I have also sometimes been affected with headaches and migraines in which I try to assist with over the counter medication like, Bayer or Aspirin and melatonin to help me sleep. Even driving I have been hesitant of others due to the extreme effects after watching content of tragic accident and blood from films of people being ran over or worse, people zoomed in on the damages effected by the victims. Some of the content seen is stuck in my mind and I try to think positive and keep myself active to sustain normal living. My relationship with my family and friends has also been affected because I no longer have confidence and I have not been feeling like myself since then. My mind is like being in another place all the time. Since Cognizant I mainly keep to myself and have become an introvert, when usually I was outgoing and the life of the party. Now I just am the opposite, I have to warm up before I get to know

other people, because the content has shown me terrible things of so many other friends and family members and what they do to each other.  It is really sad and makes me emotional, and act different, and that is not who I am. My mother calls and checks up on me but I find it hard to open up to her because I'm still broken, and I have a barrier up stopping me from expressing how I feel. There was also a time when I was on the verge of becoming homeless and I lost my roommate and friend due to not being able to gain employment.  My apartment I paid a little over $1200.00 month at the time, and I paid that comfortably when I worked at Cognizant but could not when I lost my job.  I went from having my own place to sleeping on someone's couch in the front room and that made me feel sad, down and depressed to not have my own comfort/bed to sleep on. For months I had to live like this, but I now have my own place and I am trying to pick things up and put back the pieces as best that I can.  It has also been and struggle to find a less stressful position and job, as well as I find it harder to keep up with other in training. It seems like my focus is off and I am losing concentration when attending business meetings.  I toss and turn fighting my sleep every night and day, and this makes me feel frustrated and stressful as I am not able to go back to sleep and continuously wake up suddenly throughout the night.

19.    Anthony Ward. Since working at Cognizant as a content moderator for Facebook and viewing horrific and graphic content every day, for eight hours a day, I have been mentally and physically affected.  I have nightmares and night sweats constantly and cannot sleep.  I also have day terrors and it makes my job

harder to do when I work with heavy machinery. The lack of sleep and triggers during the day make this hard and potentially dangerous. I also cannot communicate like I use to; I am agitated and angry, which means I must watch what I say and how I act towards my bosses. I have lost focus, and this affects my work daily to the point I do not know what to do to keep me from having triggers or thinking about what I went through. I wanted to go to the air force, but I am scared now and not sure that I could even do it because of my PTSD, anxiety and depression. All of this has changed my life, how I look at people and the world.

20.    Ariatna González. While working as for Facebook at Cognizant, I was traumatized by not only the things I had to see, but also the people I had to work with and report to. At work, I was sexually harassed by a higher-ranking Cognizant employee and left feeling completely powerless. When I tried to report the incident, there was retaliation against me due to the position of my offender. In the end, no disciplinary action was taken against the people responsible for harassing me and abusing their discretion. On top of the sexual harassment, the content which I was tasked with moderating was negatively affecting my mental health. I had developed severe trust issues and completely isolated myself from everyone but my daughter. My daughter was the only person who I was in contact with and outside my daughter, is my mother because I can no longer maintain relationships. I stuck with Cognizant to the end through all of the terrible things I experienced there, and since then, I have still not been able to find a job. In November, I began moving into a new place with my family but separated from my partner and have

been stuck alone paying the rent. I no longer am on unemployment as that has ended, which means I do not have the financial security to help support my three children. My two sons live with their father, but I cannot afford to help pay for their needs at this time. When the pandemic hit, I have had to start homeschooling my daughter, which requires me to buy all new materials for homeschooling. Without a steady source of income, I have been struggling to keep my life afloat. Even when I had a job at Cognizant, my credit was slowly being ruined from the penalties my employers continuously received on the company card. With no job providing medical benefits, I am paying the medical expenses for myself and my daughter out-of-pocket until we finally were approved for Medicaid. The financial and emotional trauma I have gone through since working at Cognizant will continue to follow and negatively affect me for the rest of my life.

21.     Arkayde Hancock. Since working at Cognizant as a content moderator for Facebook, I have lost out on employment.  This is mostly because of the horrific content, work culture and environment of that job.  In March, after I left, I was offered a job, but I had a panic attack and could not continue with that employment, and backed out of it, the second I thought it could be a bad work environment or anything like what I had just gone through, I could not proceed. My Post-Traumatic Stress, anxiety and depression have caused me to be afraid and unable to have meaningful work. During my entire pregnancy I did not leave my house, I have family members who never saw me pregnant, and some did not even meet my son until he was 6 or 7 months old.  The graphic content I had to view

surrounding COVID, child abuse, murder, suicide, or accident, all those images terrified me, and I have not had family time outside of the house until almost a couple weeks ago.  My family has come had to deal with me living with Post-Traumatic Stress, anxiety, depression, and agoraphobia induced upon me, which has hindered my relationships and my child's ability to have friends.  I am scared to meet people as I am afraid that they will harm my son in one way or another. The hourly wage I have now, is not what I should make but I had to take that job because I am too scared to let my child be in childcare, that terrifies me.  I have had to find a way to stay home all the time which is a huge loss in wages and working a job I am overqualified for.  Every day I live with fear of something bad happening to me, I cannot be in a car on the highway due to the terrible accidents and content I saw.  I simply cannot relax in a car, ever.  This also leads me to the type of jobs I must take as I cannot drive now.   My Post-Traumatic Stress, anxiety and depression exacerbates my chronic migraines, so I live most days with actual physical pain at this point in my life, and it is constant.  I have nerve damage from stress because of the Post-Traumatic Stress, and that makes it difficult for me to not be in pain or live a normal life or function normally all day.  I am not able to function the entire day without some sort of trigger or pain.

22.    Arlene Mayi. I was a content moderator for Cognizant which was a third-party vendor for Facebook.  I worked forty hours per week viewing offensive, violent and sexual posts.  During my time at Facebook, I developed anxiety and depression, which worsened my heart condition, with the post-traumatic stress,

anxiety and depression and this severely limits my ability to work.  Since Facebook, it is hard to get a new job because of my physical and mental health.  Because of my heart condition and the post-traumatic stress, anxiety and depression, I cannot work 40 hours and I cannot work with crowds or people.  I am unable to be social with my family and friends.  I do not socialize or workout any longer, due to what I have gone through.  Working out use to be therapeutic to me and now I cannot do that any longer.  I am depressed I cannot do what I love to do. I have flashbacks of items I had seen, and never had problems sleeping before until now.  I have to depend on Xanax and melatonin in order to sleep, but I still have nightmares and wake up in a cold sweat.  This has caused a lot of damage to my well-being and physical being, which I will never get back.  Facebook has completely altered my life in a negative way. I have severe nightmares about people being beheaded. I am a single mother with a 15-year-old daughter who I am over protected about because of all the rape videos and child abuse I had seen while working for Facebook. Besides the severe anxiety, psychological and PTSD, I also have a heart condition (AFIB) caused by the severe PTSD, anxiety, stress and depression which will stay with me for the rest of my life. I am no longer able to live my life the way I did before Facebook. I can't enjoy simple things like riding my bike or running with my dog because I will have a tachycardia episode.

23.    Brianna Kearse. Since working at Cognizant as a content moderator for Facebook, I have been unable to secure employment because of my Post-Traumatic Stress, and anxiety which is recently causing depression.  I have trauma

from the horrific content I viewed all day long, that I am not comfortable having any one other than my mother watches my child. Unfortunately, my mother is sick so I cannot put too much on her which makes it very difficult and adds stress to my life.  I must take odd jobs or ones that allow me to work from home, both which are impossible for me to make ends meet.  I have lost a lot of sleep since then and I cannot stay asleep at night due to nightmares and waking up from the images I now have to take medicine to sleep or get through the day just in order to handle normal daily activities and household duties.  I must sleep with music on or the TV, otherwise my mind goes on all night about things I viewed while watching content for Facebook.  My aunt recently passed away and that has added on to what I must deal with on a daily basis. It has been a struggle since working there and dealing with the flashbacks and triggers that cause mental, emotional, and physical problems for me.  I was young when I worked there and I did not really understand what was going on in the world, but from watching the content and seeing terrorism, killings, abuse to animals and specifically the abuse to children, I have a different outlook on the world.  My mind now goes to the worse thing for everything in life.  Specifically for my child, I am afraid to have her go to school, stay over at friends, and I am afraid she will be hurt or worse, killed.  Anything I see or do, can trigger me and that makes it very difficult to live a normal life.  The feelings I have had hinder my life, socially and emotionally.  I am thinking about homeschooling my child, but I do not know how I would make money and be able to stay home with her, and this causes such severe stress.

24.    Brianna Saunders. When I started at Cognizant as a content moderator for Facebook, I was not made aware of what content I was to see, and there was no phycological help for what we went through and the content we saw. I even saw someone have a heart attack and die while working. Other employees have had breakdowns and leave running and screaming down the halls, which terrified me.  There was no real wellness or therapy to help you, so when I saw something that triggered me, I was on my own to try to get my mental state back. Since working at Cognizant as a content moderator for Facebook, I was diagnosed with Post-Traumatic Stress, anxiety, depression, now suicidal ideation triggers me from what I saw. I have the effects of still remembering and seeing or imaging things from what the content.  What we saw was real life images and graphic content, and now it gives me severe anxiety.  The Cognizant environment on top of content was not welcoming at all, it was stressful and abusive. You had to try to mentally prepare for the torture dismemberment, suicide, murder, kidnapping, child abuse, ISIS torture video and you had to watch a certain amount of each, and if a live vide had to watch the entire thing.  They said they cared for their employees, but they were not, the therapist as an example was there for 30 minutes and only allowed 9 min a day.  Leadership and Ryan Moore and others we would try to reach out and let them know what we were concerned about, but we were ignored.  Since working there, I severe anxiety every day, my mental health involved depression and I am now forced to take medication because my depression is out of hand. When I lost my job, it caused me to lose my apartment. I spoke with Ryan Moore

to see if I could get my job back as I was suffering and I was strung along for a month and a half, which had a terrible effect on me.  I left the apartment owing a lot of money because of it.  I have an agora phobia from severe panic attacks and anxiety attacks developed over time from the Post-Traumatic Stress and depression.  I have problems driving, as they cause triggers from the horrific images of car accidents, and I am afraid I will get hurt.  I have issues sleeping due to nightmares and I have become so desensitized to many things.  Therapy will be a part of my life now because of the content.  In relations to my anxiety, I do not own a car and I am afraid of driving because of the content I saw, this has caused me to have to get rides or use Uber.

25.     Bridget McCoy. Due to my treatment by Cognizant, I had to stop school and could not continue financially which devastated me.  I wake up with nightmares from watching someone cut up people on videos, commit suicide and in my position while there I had to try to talk other employees down from depression from seeing these videos daily. I consistently see these images in my mind.  I wake up sweating from nightmares every day.  My entire life changed from this, I cannot trust anyone, I cannot function.  If it were not for my faith, I would have committed suicide.  The anxiety is with me every single day, and my self-esteem is badly damaged as a professional.  Any other emotions or issues that I may have had are now exacerbated by this, including issues with my family and friends.  I have a hard time with relationships and with my family, and I now struggle with my own faith.  I was a person who always helped others and now I

cannot.  On top of this, I am constantly tired, in pain and second guess myself, which never have I been like this before.   I was a giving person and loving, but I have changed and am now full of hate, I am fearful and not compassionate like I use to be.  What I saw has caused me to not trust others and become fearful in my daily life, and this causes me physical and emotional pain all day.  I cry all the time, and always thought you should grow from your experiences, but this has not and what was done is a very egregious attack on my character, who I am and is wrong.

26.     Brittany McKinney. I initially enjoyed the job as it something new, but the content we began to see affects me more than I could have known.  I had one job I literally saw a 2-year-old girl in Hispanic village getting raped and I had to pause the video as I could not handle it.  I ran out of the room crying it was too much.  At that time, I had a 4-year-old sister and could only image if that happened to her.   Those type of images and content traumatized me, it is mind baffling. Another video a puppy and woman had red heels on, the puppy laying there, and she took the heels and put it in the puppy's eyes, the image and the puppies cries alone were so outrageous.  We are supposed to follow all these policies but expected to be dehumanized but we are people have feelings and to be expected to be non-human is crazy and impossible.  These will be with me all the time. We saw suicide people shooting themselves.  Due to these images, I have post-traumatic stress, anxiety, depression on top of other ailments. I try to talk to family and friends to help but they do not understand.  When I sleep and close my eyes those are images I see and things I think about, I have nightmares. You are continuously in shock,

41

do not really know how you are supposed to feel, you never think you will see someone be killed or kill themselves, how do you be okay with that. I am generally caring and kind person but to watch those over and over, every day, it has changed me and was just too much.

27.     Carmietta Hart. Since working at Cognizant as a content moderator for Facebook I have been affected with mental and physical issues. I have problems sleeping as my mind is always running, always remembering the graphic content and I have nightmares and night sweats. My anxiety is very bad and cannot be in big spaces as that scares me to death, causing headaches and extreme nervousness. I cannot go anywhere by myself, my heart will physically race. From watching horrific video including those of children being abused makes me anxious, nervous, and overprotective for my own children. My own children always are with me, and I fear that they will get hurt, go missing or be abused. It is very hard to have my own fiancé to be around my children, I am always on guard with him, and I do not trust him with my own kids. My son is 4 years old and wants to go to VPK, but I saw a video of a school shooting and elementary kids with guns, so I have severe anxiety to send him to school as I am afraid for him and afraid, I will never see him again. The content I saw brings back memories of my childhood that was not perfect and it triggers me to relive those terrible times when I was able to suppress it. This on top of my post-traumatic stress, anxiety, and depression I must relive the past and it is hard to get up or out of bed. All of this makes me constantly scared and not trustful. I am pregnant with a girl now and I am more

scared of what if it happens to her, I just keep reliving all the horrible things I saw that happened to children and girls.  My children and myself cannot be free because of what this has done to me mentally and physically.

28.     Chanisa Burnett.  Since my employment with Cognizant ended in March 2019, I have been unable to maintain a steady job. Throughout the day I am extremely stressed out and anxious, and experience very severe migraines as a result of my experience at Cognizant. I have become very edgy with my loved ones and have lost the patience I once had with other people. In general, I have become more emotional about things during the day, which has put a strain on the relationship which I have with my significant other.  It is difficult for me to drive places by myself because I have bad visions and triggers of car accidents from the content I viewed.  I do not go out as much as I used to and at night, I do not sleep very often because my mind is racing with intrusive thoughts from my time moderating content. I wake up every morning exhausted and out of energy from the mental battle that I have at night. Without having a job, I was eventually evicted from my apartment because I could not afford to continue paying my rent. Since then, it has been extremely difficult, nearly impossible, for me to find a place that will accept me with an eviction on my record. With no job, I have lost my home, was evicted and am now homeless, I have been living without any medical insurance, paying for my anxiety prescription. I have been hormonally imbalanced for months because I cannot afford to have a procedure done to remove the birth control device from my arm without insurance. Every day, I have been walking

around with a medical device in my body that needs to be removed but cannot be without financial stability or assistance. The time I spent working as a Facebook content moderator also caused me to develop a debilitating fear for children. I cannot make it through the day without worrying or experiencing extreme anxiety about kids and their wellbeing. The amount of suffering I have gone through because of my employment is truly insurmountable, and the effects will be lifelong. I can be driving and see an accident and have visions of the content and think it is someone I know and get really sad and cry, this happens all the time.  I have physical changes, I have mass swelling and night sweats, all from my stress and anxiety.

29.     Christina Toney. After, and because of, working at Cognizant as a content moderator for Facebook I have very bad memory problems now.  I also do not sleep much at all, have continuous nightmares and day terrors. I have a lot of triggers that I did not know I was having at first, but they kept getting worse and worse over time.  My nephew was abused and murdered and after watching horrific content of children being abused, harmed and molested, these images affect me to this very day.  I used to love going out, going to concerts and being around people. Now I do not like large crowds at all, so I cannot go out any more like I did before. I am now very standoffish; I do not go to family events and I simply want to be home alone every night.  When I do go to restaurants I have to sit with my back to the wall, as I cannot sit with my back to someone or them behind me, as this causes me extreme anxiety and I am actually fearful.  When I would go out to lunch with

other Cognizant people, we would all rush to the table at the same time to get the seat by the wall, which is something we all noticed that after a couple times going to lunch. I get very bad migraines as well and I have to be left in the dark until they go away as the light hurts. I believe that I have had a couple seizures, which I never experienced before. Now, since I have had a few seizures, I have to see a doctor for this issue on top of my Post-Traumatic Stress, anxiety, depression, stress and other mental and physical issues I continue to go through as a result of working as a Facebook content moderator for Cognizant.

30.     Christine Booker. When I started my time as a content moderator for Facebook, I was happily married with kids looking for a steady means of financial support for my family. As time went on, I started to become extremely paranoid and lost trust in the people closest to me. The severe anxiety I suffer from my being a Facebook content moderator has put a huge strain on my relationship with my husband and children. I currently struggle to maintain a job and was unemployed for more than a year with no means of providing for my kids because it is nearly impossible for me to handle the anxiety I feel in the workplace. Maintaining healthy relationships and boundaries have become a constant struggle because of my lack of trust in humanity in general. I continuously struggle with depression which is why it has been so difficult for me to excel in my career. The relationship with my children has been really strained and affected because I have now become very volatile and explosive when frustrated.

Even when I was still working at Cognizant, I had to request intermittent leaves of

absence to deal with the intense mental health conditions I developed. Due to not working or having health benefits of my own, I have been paying for therapy through my husband's insurance plan. Although I go to therapy, my anxiety is still very easily triggered, and I frequently suffer from panic attacks. Since working at Cognizant, I have completely lost my sense of security and have been living in fear. The mental conditions from which I suffer have caused me to inflict self-harm at times and push my closest friends and family away. My life has been completely and irreversibly changed since working at Cognizant. I must deal with severe paranoia and anxiety for the rest of my life as it continues to take a toll on all the relationships, I have with my loved ones including the financial stability of my family.

31.     Christopher Simms. Since working at Cognizant as a content moderator for Facebook, I have been extremely depressed, and my energy has been very down. I have no energy to work and I cannot work in large crowds or corporate place jobs or just sit at a computer since being a content moderator. After Facebook, I have to live with my mother for her to look after me and take care of me.  I have constant nightmares and day terrors where I will daze off and just remember the graphic video content.  Like one that I remember vividly, where a little girl is murdered during a sleep over. To this day it bothers me so much, then seeing the animals being crushed, abused and killed, or actual people having their throats being slit, this was just horrible to see and still bothers me so much. Now when I see video on social media it is bothersome and I cannot watch it, it just

brings on memories and triggers for me.  My fiancé is understanding, and I am lucky to have her here to help me through, but she is also worried for me.  I have to take Z-Quill and Melatonin on top of that just to try to sleep, because I will daze off and think about the graphic video and it can cause severe anxiety or panic attacks.  While working there, the environment there was no help at all, there was an onsite therapist but she was not there to help you through the day or with the content at all, they did not care how you felt or what you saw, just that you get the job done and if not done you are fired. On top of seeing this horrific content I had to come back and do it again the next day, all day, or be unemployed - it was held over your head every day.  That on top of the content made you feel powerless.

32.    Cia Dickerson. I had multi roles while at Cognizant and had to deal with many different management and employees there, including the viewing of the horrific graphic content.  Not only did I have to see my own video content, I had to help over 20 people all day every day, as well as other teams, with their video content and review that as well.  These graphic video content thrash in my head back then and to this day now.  My daughter died in her sleep at 11 months old and from viewing content for months at a time of children being raped and killed, this has played over and over in my head and causes physical and mental pain.  It messes with me as my daughter died, and the memories do not ever go away, and I cry all the time.  I cried most days over that. I saw a video content of an older lady being beat up from guy and that makes me cry, affects me daily, anytime I see bulling or older people.  I have not been there for 2 years now, and it still affects

me deeply.  I saw content of people killing adults and children, live, with the live video feed.  I had once found out a friend had experience in their family with murder and the empathy, I had for that was crushing.  I have seen cancer patients dying and people make fun of them and with cancer in my family it hurt and brings back those terrible memories and triggers.  I saw animals skinned alive and Facebook would have me show that in my interviews for employees and I see that specific video over and over in my head to this day.  Even content of bestiality video, you see things you never want to see, and you cannot unsee.  I have sleep issues as I do not sleep and if I do it is only 3 hours a night if I'm lucky. I physically cry about 6 times a day; it is uncontrollable at times.  My mother and friends all say my attitude has changed, that I'm moody and snappy, and not the same person I use to be before Facebook.  The way I look at others is different, I cannot put anything past them, and it change the way I love and trust others.  I continue to see these images in my head.  At one point it affected my eating habits really bad, and my own children had to force me to eat most days as I stopped eating.  and lost a lot of weight from not eating and it is unhealthy.  The graphic cue I had to do was watching people oversee people dying, or chopping heads off and murder, now I am desensitized.  On top of the mental I know that my skin and hair is different as I developed extremely dry skin and lost my hair, as this was a result of the extreme stress and not eating. The pressures with the job would stress me out, and every day I wondered if I had a job.  Because of Cognizant and Facebook I will now have to live the rest of my life with mental and physical changes that have disrupted my

live and livelihood.

33.     Cierra Smith. I was in the first group of agents hired to work for Cognizant on the content for Facebook. I was trained by Facebook themselves as they sent a trainer in. During my interview process there was no detail on what we would see, and we were only shown photos and no videos at all. Shortly after being hired, the videos were shown, the first one I had to view after my training was the Las Vegas shooting and everyone dying which was most traumatic to me. About a week later I was promoted to subject matter expert, and that was someone who watched content and also helped others with their content if they were unsure what they should do, I would have to view it and help them with it. About two months later I was promoted to supervisor, and I had to view content while coaching others. The supervisor role affected me a great deal and I had to help others and tell them to disconnect their feelings from the content they saw per Facebook policy. When you interviewed people you were not allowed to give any information to them, and I had referred a best friend and a cousin to work there in the beginning, I told them to apply and I now feel horrible that I told them to come to this job. After I was diagnosed with PTSD, anxiety, and depression, among other mental illness, I feel terrible asking them (or anyone) to come work for Facebook. Since working there, I now cannot watch scary movies or crime shows any longer as those are severe triggers for me now. Even dating someone was a very traumatic experience for me as I did not understand at that time that I was going through PTSD, anxiety, and depression. On top of that, to this day, allowing family and

friends to work there is something that I struggle with on top of my PTSD and it makes me feel horrible and I have immense amount of guilt because of it.  I did not know back then but Facebook wanted people, they needed people to work and because the pay from them in Tampa Bay area was so good at the time, people took the job.  Today I cannot watch shows or movies as they cause triggers. I have severe nightmares.  Some of my nightmares and triggers is about going into grocery stores and getting shot and killed, including Walmart. I cannot walk into a Walmart at all.  I do not sleep any longer because of the nightmares. I am also emotionally disconnected from everything. Life itself is a monotone and it is hard to connect to people and make friends. Driving for me is very hard, I drive while keeping my hand on the horn the entire time, I have a fear someone is going to cut me off or crash into me and it is very stressful which this fear is caused solely by the PTSD I developed from working on the content for Facebook.  I have never been in a car accident before, so I know this is solely stemming from my PTSD and anxiety that I am fearful of driving.

34.    Courtney Nelson.  While working at Cognizant as a content moderator for Facebook I was continually harassed and retaliated against as a whistle blower. I was in a focus group about what the content did and how we were not supported enough, I advised them that we did not have enough wellness and that the pressure of them always telling me and others that we were replaceable created extensive stress, on top of the harm watching this content caused.  Since working there, I noticed, and others say they notice that when I talk to people, I am morbid because

of the content and being so desensitized by it.  I have a photographic memory, so I relive what I saw over and over.  Fireworks scare me now and if it is unexpected, I believe I am hearing gunshots and my mind relives the video of people dying. Fireworks will trigger this, and accidents do the same, they get to me.  I now cannot watch commercials of gum as this is also a trigger, the Five Gum commercials trigger thoughts of people dying.  In my mind, someone is dying, and I cannot watch television anymore as it causes memories of what I viewed.  Accidents on television or while driving cause me very bad anxiety and if I am driving it is difficult for me.  I watched self-harm videos over and over while there and I have lost people in my life so the depression along with the triggers and nightmares I have is suffocating.  I try to act like it is okay, but it is not and when things in life happened, it causes triggers and intensifies my post-traumatic stress, anxiety and depression.  I had to sit and watch 30 pieces of content on one page, of self-harm, terrorism, bullying, ISIS video of cutting heads off and that sort of images stays with you.  Execution style deaths and dropping bodies in rivers or off bridges was horrific and since I live in Florida, I cannot avoid bridges, and this causes me severe anxiety and triggers.  I have had panic attacks and still have them, and they come about randomly.  When people are doing normal things, like crossing the street, I see in my mind that they are getting hit and dying, my first thought is how will I die next.  This all happens and comes up in different places and it is always in my mind and does not ever go away.  I keep seeing these images over and over and my mind believes it is happening in real time.

35.     Crystal Taylor.  I was in a long-term relationship when I started at Cognizant. I was relatively healthy and had an optimistic look on life. Since Cognizant I see evil everywhere. I see death everywhere and I no longer have faith in the human species. I sit close to an exit everywhere I go. I expect to see violence. I lived in fear of my workplace being shot up not just because I saw it happening online elsewhere or that coworkers were actually bringing in weapons but because we were told if anyone knew what we did at Cognizant we would be a target. I still live in fear of someone finding out I worked for them. I was constantly told I couldn't talk about it. I still feel uncomfortable talking about the things I saw, (even though I continue to see the images and videos in my head with the slightest provocative).

36.     Danario Smith. While working for Cognizant as a content moderator for Facebook, I had to watch graphic content such as beheadings, violent killings, rape, murder, constant negative and brutal videos, day after day, night after night. I suffered extreme anxiety and depression. Throughout my time working with Cognizant I brought up my concerns to management about our environment and mental health, after that, I was targeted and discriminated against by management and had to hire a lawyer.  If I mentioned anything about being exposed to the graphic content my wellness time decreased and I was penalized for things that I should not have been.  They knew the content would cause post-traumatic stress, anxiety, depression, and other mental issues, but ignored the complaints or my requests for help.  They made it that we could not leave our desks, or we would be

at risk for termination.  Management told us we would not see horrific content all the time so we should be able to cope with what we were seeing all day.  Of course, they knew this was not true and forced us to sit and continue to watch more heinous and graphic content even longer, day in and day out.  They continued to ignore my complaints and tried to shut me up.  I never had anxiety and now it is so bad that I shake physically. I sweat profusely and I am nervous all the time these can lead to physically shaking in the presence of others.  I no longer want to be around others, and I am now very impatient.  I now see a doctor now for my joints as well as they continuously ache all the time. This has been caused after years of my body reacting to being a content moderator and enduring triggers, nightmares, and cold sweats, causing physical pain to my body and joints.  I used to love always playing sports and socializing, but I can no longer do those things since working there. If you showed signs of post-traumatic stress, anxiety, depression, or any concerns stemming from the graphic content, they would attack you.  Once time, a site manager separate from my team even cornered me and physically grabbed my arm to intimidate me about speaking my views on the issues within the company.

This has also affected my relationships; I have become more heartless because of the long-term issues caused by watching so much horrible content and being employed with Cognizant for Facebook. My personality has changed and has ruined multiple relationships in my life.  It became hard to even talk to my mother about it, she does not understand as well as  no one else.  Because of this, I now must keep all of this inside and hidden down deep and cannot express myself.

What we watched was horrific and I think they believed if they hired military that they dealt with death in person so they thought because it was only a video, we should be okay with it. But, we watched it 100's of times, molestation, heads cut off, suicide, children being raped and abused, over and over, 100's of times all day, literally watching children being abused 8 hours a day.  I hated the way I felt at my job and I have a daughter and it was terrible seeing this every single day.  As a man, I felt like I could not save that child, and that something is going to happen to my daughter.

37.     Danoe Bernabe. I was not able to sleep and my wife noticed most changes in me.  I have nightmares and cold sweats; I have insomnia and my sleep pattern is totally off.  I now have an emotional support service animal in order to deal with my PTSD and depression and anxiety.  When I have severe anxiety and panic attacks my hands sweat, triggers my anger and my attitude towards the world.  I need it for stabilization and emotional support and will have to have one for the rest of my life.  Cognizant should be ashamed of themselves, if they had been honest in the beginning most of this could have been avoided, even at the end, if they had told us they were letting everyone go, we could have planned for this and many, including myself cold have gotten a job.  You expect the company to do what is right, they tell you in these meetings they are there for you and speak to us telling us all good things to help us with productivity but in the end that was not the plan they were always going to let us go and did not care about anyone financially nor emotionally.  With the type of job we were doing we now live our

lives like that, like a program, I moderate life – that is how it feels, I try to correct people I have no business correcting and see the world differently, including not trusting others, it is very hard to trust.  The cruelty we saw was unimaginable.

38.    Debrynna Garrett. Since working at Cognizant as a content moderator for Facebook I have been diagnosed with post-traumatic stress, anxiety and depression and in addition, I have physical body pains and migraines, as well as, I now have an auto-immune issue.  I cannot work all the time due to these issues.  I have had triggers from seeing things and going places, once I went to a funeral and had severe flashbacks of content I had seen and I had to leave, as I could not function normally.  I now have high blood pressure and diabetes which are affected badly by the post-traumatic stress, anxiety and depression.

I have had many instances where my PTSD has affected my personal relationships. My intimacy with my significant other has experienced moments when I have flash backs of violent behavior I have observed and has made me withdraw and/or react negatively when touched or spoken to when I least expect it. Having viewed repeated content regarding violence toward women. I had to watch a woman led into the forest, raped and violently beheaded while she struggled and begged for her life. She still vividly appears in my mind. There have been times where I have had to leave family functions abruptly when loud bickering begins due to my potential reactions. I have been previously told that I have what some consider an overly concerned attitude about personal safety. I never had high blood pressure or a diabetic diagnosis prior to my employment with

Cognizant. Since my experiences during my time as a content moderator, I am extremely more concerned for the safety of others (Some of whom I may not even know) as I observe aggressors threaten their wellbeing. I attribute that to the experience of watching content and thoughts of feeling helpless while others have been violated, beaten, raped, stabbed, shot, mutilated and beheaded while happening either by being prerecorded or live content. I am still unclear if any action was taken regarding the criminals (of all ages). The level of care toward myself and my coworkers was not even a minimal effort due to the scope of what we were constantly exposed to. I am very concerned for myself as I move forward because of both physical and behavioral impairment that I have to deal with. I struggle daily as what I refer to as semi functionally disfunction. I just don't see life in the same manner; therefore my quality of life has forever changed.

39.     Dejanique Hooi. Before working at Cognizant as a content moderator for Facebook, I was a big traveler and loved to travel and see people.  Now, after seeing the horrible content of many of the places I want to travel to, I cannot go now, I have this feeling that those terrible things that I saw will happen to me if I travel there.  I do not do well in public places and I need to make sure I know where all of the exits exist and know exactly where they are at.  I was out once with friends, and there was only one entrance into the room and I panicked, I had a severe panic attack and it ruined my night.  All I wanted to do was escape and find an escape route, I am like this now all the time, no matter where I go, I have to have escape routes.  Because this happens all the time now, I just don't go out and I feel as if I

cannot live my life and I'm not able to live it to the fullest.  I tell myself I can make it and I want to make it a better life, but it is a chore just to leave the home and once I try to leave, I start feeling as if I cannot do it anymore and that I will not make it.  My relationships have been destroyed because of Cognizant and I have disassociated myself from others.  I was a loving person before and now I don't care, and I don't love.  One relationship I would thrash out at him, I wanted the control of him or be free of him, so in the end I just did not care about my relationships and it ended.  I have severe nightmares of the video content or if I see normal movies or TV, I am triggered and I get scared thinking it is a splice video with horrific images, and now I just cannot watch those anymore. Also, my memory is horrible. I often need another person to verify what I remember.

40.    Demetrius Anderson. Working at Cognizant as a content moderator for Facebook was different and I had never experienced anything like it.  At first it was fine, but the more shocking and gruesome the content got over time and watching killings, abuse and murder eight hours a day, every day, affected me mentally.  I literally still, to this day, can describe the horrible content in detail and I just cannot get it out of my head from watching it over and over.  I have not slept the same since then, I use melatonin to relax at night for I can only get a few hours of sleep.  I have had terrible nightmares where I have woken up with my heart racing and in cold sweats from dreaming about killings, rapes and suicides.  I can go on and on about the way one job makes you look at the world differently now.  I am not the same person that I was when I walked into the training class on the first

day as I am the person who left when they closed.

41.     Demonterrio Jenkins. I currently suffer from the following since working as a Facebook content moderator at Cognizant: PTSD, anxiety, depression, sleep issues, hair loss, and bipolar disorder. I have incurred numerous damages since I started working with the company including the loss of my social life, and any normalcy I once had. I have also suffered damages by being incarcerated due to consequences from working at Cognizant.

After I started working for this company my anxiety and frustration began to increase due to the amount of stress that was put on me which would only eventually worsen. There were days where I did not think I could make it through the day which made it harder to want to go into work. Mostly all days were bad because of the horrible occurrences we had to view daily, especially when those excruciating videos involved children. It has truly affected the way I now raise my children and how I view things from having to constantly watch those disgusting videos. Cognizant only presented this job merely as a basic post reviewer, never in full detail that I would be watching torturous videos repetitively. It only continued to become more graphic.

Because of the stressors of working as a content moderator I started smoking tobacco, which I never smoked before. Because I developed this habit, it led to me to contract Bronchitis where I had to then be put on steroids. Since working for Cognizant, I have gone to multiple hospitals including Advent Health, St. Joseph's Hospital and Tampa General Hospital and have incurred numerous medical bills.

I also developed floaters in my eye, which creates blurred vision and loss of eyesight. It looked as though I had blood clots floating in my eye. My left eye has suffered more than my right creating a blurred picture and has formed a slight retinal detachment. I have never had any prior issues with my eyesight before working for Cognizant as I was always 20/20 vision.

My viewpoint on life has changed dramatically, as I am always in a state of precaution. I have become socially awkward and distant and do not feel safe in some environments. Certain circumstances trigger flashbacks causing me to have anxiety attacks. These flashbacks also led me to having issues while driving due to the traumatic and graphic events viewed. I am not the same person that I once was and constantly want to be alone. I had to stop working for this company because of the emotional and mental issues developed from moderating content.

42.    Derek Tyrone Anderson. Since working at Cognizant as a content moderator viewing graphic content for Facebook, I have changed mentally and physically.  My personality has changed, I am depressed all the time and do not feel like myself or how I was before.  I have a very hard time expressing myself or showing affection towards loved ones and I cannot open up to others on how I feel. I have nightmares and cold sweats, and in my nightmares, it starts off not aggressive but then things happen, and I become the aggressor in the nightmare. Before I always knew I am not capable of doing things, and now I question how far I would go, since seeing those horrible graphic videos.  My body appears to just automatically go into auto pilot, and I don't know what is going on around me, I

am not aware of where I actually am or what I am doing.  This is very scary, and I have even snapped out of it and I asked myself how long have I been here? I have a dreadful feeling of anxiety and depression when this happens, and I feel totally lost.

43.    Destinee Spruell. I began working with Cognizant as a content moderator for Facebook in August of 2017, I was one of the first hired in the class for subject matter experts.  While training Cognizant did not prepare you for what you would see, as we were shown just a few videos but none as graphic or detailed as what I did see after training.  I would go to my parents to vent but could not say much as we were not allowed to discuss it.  That caused a lot of stress at work and now I cannot hang out with a lot of people any longer.  I completely stopped being social and now living alone and being alone in the house.  After viewing such graphic content, I think the same thing is happening to me and am afraid which I cannot sleep at all and just hope that I will eventually fall asleep as well as my eating habits changed.  After seeing content of animals being abused, I became a vegetarian.  I have continued nightmares and night sweats and they are terrible.  I remember a vivid video of a child skinned alive and even sitting here now, all I see is that image and I am physically shaken thanking about it.  This and other triggers make me mentally depressed and I cannot talk to people or be around others, I have isolated myself.  I went to college and at first, I was very active in school, but over time, I slowly stopped going, the video content caused me to not trust people and I cannot handle being around others.  I then lost my grandmother and it

triggered video content I saw of older people dying and that took a severe toll on me.   Due to the stress of the job and going through post-traumatic stress, depression and anxiety it has given me a skin disease and auto immune issues which the stressors have heightened it and caused it.   My immune and skin are on attack mode, and my skin attacks itself and I cannot move or get out of bed.   I have pain, physical pain all the time and abbesses in my glands that grow (under the armpits, legs, feet) and I have flare ups which make it that I cannot work or move and this is caused by the post-traumatic stress, anxiety and triggers that I get.   I am now on so much medication and taking injections which, I never did in the past. I even now have to take pain medication and feel as if I am bed ridden, and areas of my body swell.   I retreat from everyone; I do not trust anyone, and I do not sleep at night.   I end up having to sleep during the day or at random times and I am more on edge and jumpy.   I used to be happy and upbeat and I no longer am.

44.   Dezhane Russell. I suffer from PTSD, social anxiety, panic attacks, as well as depression. Since working as a content moderator, I now struggle with anxiety daily. The way I view life has drastically changed and I am always cautiously looking over my shoulder. I have become socially anxious and do not feel safe in certain environments. Some circumstances were worse than others causing me to have panic attacks.

I feel as though I am a different person now since working for Cognizant. After I started working for this company my anxiety and panic attacks began to increase due to the amount of stress from high expectations put on me being a

Subject Matter Expert. Eventually it only got worse, and I had to go to the hospital on more than 3 occasions. From working as a SME I started to become desensitized to the horrendous content and started to get more anxious and upset every day that I came home. It seemed like I was always in a "graphic violence cue" and had to watch videos of just continuous violence in the cue and nothing else. There was always constant pressure and stress put on meeting the metrics to keep my job causing more anxiety because of fear of termination. I was unable to leave the production floor for extended periods of time due to the team's dependency on the SME's. This included limited wellness time which in the interview they stressed the importance of but then on the floor would be penalized for using time.

The counseling provided by Cognizant was just a form of meditation practices and coloring exercises not actual discussions with a therapist. There was also no confidentiality between the counselors and managers so the counselors would release personal information to managers causing those to be reprimanded. The stress levels and anxiety got so intense that it created more issues with my home life and eventually made my girlfriend start going to counseling separate from my own personal counseling. Not only have I incurred many medical bills but also legal ones as well. I had to hire an attorney in Boca Raton due to issues caused by working for Cognizant and had to pay both facility and retainer fees.

Cognizant does not nor do they ever care about their employees. They only presented this job to be a simple basic post reviewer limiting the amounts of abuse portrayed, they never explained in full detail that I would be watching horrendous

videos constantly. Cognizant only showed small slide shows with inaccurate depictions of content which were different that the more graphic content viewed on the floor. The environment in which we worked in was never clean or safe either. This company does not care about the actual damages this position has created or the horrible effects it has on its previous employees and families.

45.    Donte Crooks. I always thought it was just me going through the anxiety, depression, stress, and triggers.  I was always an extrovert and now I am not. I always had relationships, and friends, but since working at Cognizant I see things in a different light because of the content I saw, some which you never thought you would ever see.  This has affected me personally and financially.  I was not able to find employment right after and it took me months, which left me in a financially and economically hardship for well over a year.  When I finally was able to find employment, in January of 2021, the pay was much less and hard enough to work as I have changed so much it is hard to be around others.  I also have been unable to sleep, my sleep patterns are disruptive, and I have terrible dreams of people being beheaded, I continue to dream of what I had seen, like people being bombed, murdered, and abused.  When I did work there, I conditioned myself from seeing horrific content over and over, you are desensitized to it, and now in real life it affects you enormously. When I watch horror movies, I get triggered from seeing on the screen of murder, because I had watched real people being murdered and seeing dead bodies.  I now cannot indulge in that type of entertainment anymore.  Driving at night also triggers what I have seen, accidents, people getting

run over, which causes me to have high blood pressure and panic attacks when I go out at night or drive. I remember a movie called 1000 Ways to Die, and since working there I see ways for me to die, and I cannot stop thinking of ways I may die. This is not normal and everyday life and normal routines make me think of these horrible images, make me think of abnormal items throughout the day of how to die and it is not a good feeling. I feel like I have aged so much since working there, it has sucked the life out of me. Life is no longer normal as it used to be. Before working there, I remember seeing commercials for dogs for the humane society, or commercials with animals, now when I see those commercials it causes a deep trigger because I saw content of such cruelty to animals, most of my memories are bad memories. The traumatic things you see, and many are ones you only need to see once in your lifetime to remember, but at work I had to see it over and over, for days at a time, causing even deeper pain. On top of the content, the environment at the job itself was not safe and they never provided help with any of this.

46.    Ebony McCray. When I worked at Cognizant as a content moderator for Facebook, I had to view horrible content all day long. Because of the content I viewed, it led up to me being hospitalized and admitted to Grace Point, which has had a huge effect on my life as I never had any mental issues before working there. When I was at Grace Point I was diagnosed with depressive schizophrenia, PTSD, anxiety and severe depression. While there, when I had to speak about the issues and they did not believe me and thought I was crazy, as I signed NDA and could

not talk about it fully, and that made it very hard to discuss it and get treatment. Once I was released, I continued to be paranoid and had severe anxiety, and depression on top of the PTSD making it that I could not leave my home for many months.  I finally had to force myself to leave my house to go to work, but even while working I still have severe anxiety and with trouble sleeping, I am tired at my job.  I barely get 5-6 hours of sleep a night and I have terrible nightmares.  I now have to avoid things that have to do with the Cartel, murders (even if it is fiction) as that triggers what I saw back then and I have panic attacks.  I cannot watch violent movies or TV shows or talk about it.   Also, working in Tampa Bay, which is small, and while looking for jobs, everyone knew about what Cognizant did to content moderators and the issues and everyone wanted to talk about it, which I cannot because that also causes me to have triggers of the content I saw and brings all of the bad memories forth.

47.     Elton Gould. I worked as a Facebook content moderator at Cognizant for just under a year before I had to leave from the overwhelming amount of stress. When I left, not only did I lose my source of income, but I also lost my medical benefits and 401(k) pension plan as well. I remained out-of-work until March of the following year, putting me in a very difficult financial position. Despite not having a job or insurance, I knew my time as a content moderator had taken a toll on my mental health, so I sought treatment regardless. I started going to therapy regularly and paying for all the expenses completely out-of-pocket. At $150 per session for my therapist, I eventually ended up depleting my savings trying to both

take care of myself and pay the bills. Eventually, my car was repossessed because I could not afford to pay the remaining $2,000 for it at the time. While I was struggling the most to stay financially afloat, I was still having to deal with severe emotional trauma from content moderating. My sleep has been hugely impacted by the poor state of my mental health. Before working at Cognizant, I was able to get a full eight-hour sleep and wake up the next day feeling rested. Now, I can only get four hours of sleep at most each night and is constantly feeling exhausted or waking up with cold sweats. I also lost a healthy relationship with my girlfriend, which has had a very negative impact on my mental health. Every aspect of my life was altered because of the changes I went through moderating Facebook content. My financial security was destroyed and all the benefits I worked so hard to receive were stripped from me. To this day, I still have issues driving due to the high amount of stress that comes with it. The negative effects on my financial and mental wellbeing will follow me for the rest of my life and continue to cause me pain and suffering as it already has.

48.     Erin Mobley. Upon accepting the position for Cognizant – Facebook, I was very excited to be working my first real adult job. I had high hopes for the company and felt it would be a good place for me to grow. Now after that experience, I regret being there. I still have constant nightmares from the content I had seen almost two years later. There are so many specific posts that will just pop in my head and shift my mood or make me physically ill. Back then, I would have to suffer with it due to policies and not being able to talk about my job outside

of the building and currently, living with this and the post-traumatic stress, anxiety and depression makes it even harder. In hindsight, I feel like I was used as a guinea pig by Facebook and I would not wish this feeling on anyone.  Regardless, this is something that I now have to live with and deal with on a daily basis.

49.     Gabrielle Murrell. My life has completely changed since working as a content moderator for Facebook. While working for Cognizant and Facebook, I proved to be a model employee capable of tackling the intense requirements of content moderation. However, being employee of the month for Facebook and Cognizant has come with many negative consequences for me. I suffer from extreme anxiety and Post-Traumatic Stress Disorder which affect me not only mentally but also physically. I do not sleep well at night, if at all, and when I do, I have severe night sweats. On top of that, I have extremely vivid nightmares that sometimes cause me to urinate in my sleep. The struggle for me at night has affected myself and my partner, with whom I share a bed. Dealing with not only my mental health conditions but also the humiliation of their consequences led me to have random mood swings and develop a tobacco dependency. When I stopped working as a content moderator, I lost my medical insurance and any means of financially supporting myself. I had to visit three separate clinics to try and understand the changes I was going through, all of which I paid for out-of-pocket. I was prescribed multiple different antidepressants at one point but could not continue to pay for them without insurance, so I began seeing a chiropractor for my PTSD and loss of sleep. During the day, I used to be very energetic and eager

to act. Now, I find myself to be extremely weak throughout the day and mentally detached to the point of blanking out at times. My mother eventually had to relocate from New York and move into my apartment to help take care of me. I can no longer attend concerts with my friends or be in large crowds, which was something I always looked forward to. I struggle to be intimate with my partner and no longer want to have children, which has put a huge strain on our relationship. I have not been able to financially support myself since leaving Cognizant because I am too afraid and anxious to go back into the workplace. I have an emotional support animal and had to pay out of pocket for him and will have to pay for his continued are, as well as the vitamins and medical marijuana I am now on for sleep.  I was an exemplary employee for Cognizant and Facebook that has been abandoned and damaged and left with me no way to support myself or seek the necessary care.

50.     Genevieve Martinez-Miot. It all began when consistently viewing graphic content at Cognizant which took a strain on my mentally and physically.  I had been struggling mentally at Cognizant/Facebook from this, which caused me to develop an issue with my attendance.  Then after working there, it has affected my relationships, I no longer have close friends as I did before this job.  I completely isolated myself for 1 ½ years, I could not speak to people and I always felt like an outsider wherever I went, even with my family.  It is hard for me to meet people, talk to them or be social and I am always home and stay in my room.  I try to go out with my dog once in a while, but sometimes I cannot even get out of bed.

At some points I do not even want to brush my teeth or do regular routine things as I did before.  My sleep schedule is completely disruptive and not normal at all, I have problems sleeping and wake up numerous times throughout the night.  Because of this, I try to take naps during the day, as that is the only time I get some rest.  I still have nightmares from the content I watched and from what I saw and now I see it in everyday life.  I even have panic attacks in public from triggers, once from just overhearing something which I found offensive and it triggered a memory of something I watched while at Cognizant/Facebook.  My anxiety is the highest it has ever been, everything makes me anxious which is why I struggle to get work to this day.  It is hard for me to be around people and so hard to function as a normal employee as I cannot be around many people.  It is very difficult to keep a job or work with others now, and before I never had this problem.  Another reason I moved from Florida to California is that I lost all my friendships and relationships, even ones that I had for over 10 years of my life, all lost and gone, all of those friendships are gone.  I tried to start over and moved to California where none of my family is, I do not know anyone and to start over.  Unfortunately, I have struggled since I got here.  I thought the mountains, scenery and new environment would help me be more myself. It has helped some but being out here with no family and my mental health still not better, I continue to struggle, and it has been very hard for me to make friends.  My appetite is also not the same as I can go the entire day without eating anything and that is normal.

51.    Georgette Pitsicalis.   Since working at Cognizant as a content

moderator for Facebook I have developed nightmares/terrors as well as hallucinations. During my time there I had to view very graphic content such as murders, raping of young children, and babies being eaten alive by animals. I currently have been seeing a therapist for two years now because of the Facebook content I had to constantly watch, causing me to suffer from those images. I do not sleep due to night terrors and I suffer from sleep walking. I also have hallucinations which includes my children being harmed and killed. The graphic content of the children in those horrific videos are stuck in my head and replayed often which and causes me to have severe depression and anxiety from daily activities. I am terrified to go anywhere in public and find myself looking for an exit anywhere and everywhere I am at. I hallucinate about violent acts and of murder which causes me to look for all exits I can find. My relationship with my children has been strained and has changed. I cannot let my children spend the night at friend's house, I am terrified that something may happen to them while they are away from me. I now live a life in a constant state of precaution and now everything is scary to me. My life will never be the same after working as content moderator.

52.    Gina Lewis. I was hired by Cognizant as a content moderator for Facebook to view graphic and sensitive content and material which caused harm to me mentally, emotionally and physically. I was required to review this content and determine if it was violating community guidelines. After a year I was promoted to the workforce department they were trying to build out. There was

only 3 of us and we all came from the overnight shift which paid a shift differential of 25%. We were told that we would continue to be paid that rate, no matter what shift we worked so that we would not have a decrease in pay. We worked 3 shifts opposite of each other so that there was always someone there. I was the only one that worked the overnight shift starting at 4 a.m. The content I had to watch which was videos, photos, and live streams, affected me so much that I have nightmares and do not sleep. All my dreams are extremely vivid, and they never were before, and I physically wake up shaking and crying. One type of video I had to watch all the time is of child abuse, and I just had a baby myself which made me not want to put my child in childcare. She has not been in childcare since being born. I must get temp jobs and ones that allow me to work from home because of this. I recently took my daughter to the doctor, and she is developing slowly, and I know this is because I am afraid and keep her home all the time. This has also made me less trusting of others; I do not even trust her father. I do not socialize, and I stay to myself all the time. This has turned my whole life upside down and I struggle to get myself and a life for my daughter back to normal. I am angry all the time, I do not want to speak to others. I stay locked in my bedroom and rarely go out, if I do have to get things at the store, I pre-order and do curbside pickup.  Not having health insurance and benefits is also an issue and hinders me obtaining therapy or keeping up with my health. I do not have stability now like I used to, and this has caused such a financial burden on me and my child. My last month or two of pay I did not get the pay differential like I was told I would, and they tried to say they

were unaware of that, HR's response was, if I did not work the shift, I would not get that pay.  So, this change at the end of my employment which caused financial problems and put me behind on all my bills, rent and I had to borrow $1,500.  If I had been paid as promised I would never have been in that situation at that time. I continually struggle with my PTSD, anxiety, and depression.  I would stay in bed all day if I could, it is hard to get up and get moving.  I cannot handle any stress, at all, I just want to shut down and not deal with anything or perform normal daily activities which is very hard because I have a child.  I do not have relationships because of this, and I feel that I will be alone for the rest of my life.

53.     Gregory Stewart. I now also have to sleep in separate bedrooms from my wife, because of my severe nightmares I swing my arms, and once my wife got a black eye from me because of my hysteria in the middle of the night.  Before I went to work for Cognizant, I was a simple guy, I am from the military so I had been through stuff, I thought I lived a simple life, but after going through what I saw and working at Cognizant I have been affected in numerous ways.  My granddaughter will play with an item in my home and I will hide them because I have a fear from the content I saw and think she may get hurt, I am very over protective now.  I have become fearful of my granddaughter being in my home, and I even boxed everything up that I think she may get hurt from.  My drinking doubled since working there and all due to the PTSD, anxiety, and depression I am going through.  I feel as if I have lost my edge and common sense has seemed to leave me; I do things I would never have done before.  I am sometimes short with

my wife, angrier and more agitated, I never had been like this before even after being in the military.  My friends and I text, I am not a Facebook person and I simply stopped responding.  My friends would start calling my wife saying I'm not responding, so my wife would have to make excuses to them as I do not want to tell them what I am going through or the issues I am having.  I am embarrassed about the Facebook content being the cause of changing my life like this, it is hard for me to tell others. I have isolated myself from family and friends because of this, I don't answer my phone or see my friends like I use to.  I have been with my wife 27 years and she even notice how I have a hard time trusting other people.  One graphic video that sticks with me is when I was in the South America que, with Cartel, murder, and other horrific content.  I watched one video where they cut a ladies head off, then the hands all while she was alive, this is not like in the movies they are hacking the body parts off, this is not instant and it was graphic.  I see that to this day, and anytime I see a tool it brings this memory back and triggers me.  I have had family pets pass away and I watched a video where they sell these dogs and the horror is how they kill these dogs,  They remove the hair off the dog but it has to be while they are alive (or the meat is not good) so there was about 200 plus dogs, they put them up on a post, they chain their legs and tie the legs to the neck (hog tie the dogs), then they bring a flamethrower out and remove the hair that way.  All this time the next dog is alive and watching this, after the hair removed, they go to the next dog.  This was done by Asian people, so now when I see Asian people, I feel a certain way about them.  I know most are not like this at all, but

anger pops up in me when I see Asian people and I have never been this way before, I am African American and my wife is white, so because of the content I saw it has made me a completely different person. Even now at my current job in the courthouse, I process documents for people, so when I see cases on the court docket such as domestic violence, or abuse it triggers the abuse I saw of children and causes me severe anxiety and depression.

54.    Harold Walker. I worked at Cognizant as a content moderator for Facebook and spent 8 hours every day viewing horrific graphic video and live streaming of murders, suicide, hate crimes, abuse of adults and children, among other unforgettable things. I work at a hospital now and see others going through the mental health issues I now have, PTSD, anxiety, depression and it is very hard. I used to love hanging out with friends and family, but now, I don't and am alone, I do not go out at all anymore. I am alone, I do not talk to my friends and I do not even go out after work. I have been affected in many ways and one is I have terrible nightmares and day terrors, they are more vivid now then they were before, I have never had nightmares like this. I do not sleep well at all, I barely get enough sleep and cannot keep a schedule because of this, and I continually fall asleep. My mind is always racing and creating images in my mind. Recently while at the hospital for work, I think I am seeing like going to the morgue and being dead. While viewing content for Facebook I saw dead people and murder and now it seems like that is a normal day at the job and it is very disturbing to mee. I have seen horrible things while at Facebook and now while working at the hospital I am not fazed by

it as I have seen it all before, it is not jarring to me but it should be, it is not normal to be able to be around dead bodies and not have any feelings.  This is what Cognizant did and how they changed me, I now have lost empathy and am disconnected from realty.  When I was a content moderator it was a unique position and now trying to work makes it very hard to get back to a normal life.  Right after I left Cognizant, I got a printing job and had to work with people, now I cannot relate to or talk to people, I cannot bond relationships like I use to be able to.  I cannot talk to anyone about what I saw or went through, and I come across being mean, or uninterested.  I also have physical affects from my PTSD, anxiety, and depression, such as having hot flashes and I sweat more than a person should.  When I have triggers and remember content viewed, it makes me sweat profusely and this happens at work at the hospital, I am always hot and sweating.  Between the physical and mental health issues, I have to struggle every day.

55.    Isaac Morgan. All have commonalities – My sleep has changed, I must rely on Trazadone to get good sleep, which affects me negatively in my life.  Trying to get jobs and maintain relationships and bad sleep makes that hard.  Fearful and panic attacks in public places due to Cognizant, nervous in a crowd and was not like that at all.  I was a public relations major in college, and I was never like that, but now it is very difficult to stay in large crowds as it has changed my personality.  Being social and now I stay away from people and cannot have that type of relationship.  I have had night tremors, my legs shake badly, and I have flashbacks and nightmares of very disturbing content I had to view.  I have had continued pain

in my neck ever since working at Cognizant, which I have had tests done and there is nothing physically wrong with my neck or back but while at and since Cognizant I have severe pain.

56.     Jalissa Rivera. I currently suffer from Post-traumatic Stress Disorder, Bipolar Disorder, Depression, and Anxiety. I believe Cognizant is more than responsible for the damages I have incurred while being employed with their company.  I also suffer from paranoia as well and am more anxious and cautious especially with my children. This paranoia and anxiety have affected my parenting drastically and has changed the way I raise my children. It has also changed the way I view others as well.  I do not view things in the same light and must be continuously in a state of precaution.

While working for Cognizant as a content moderator for Facebook, I was told that a therapist would always be working at the location, however in reality if I wanted to see the therapist, I would have to go into work early because the therapist was not on duty while on my shift, so I was unable to talk to anyone. The stress became too much. Another damage that I incurred was the loss of my apartment. I was evicted from my residence due to losing my job. I was hired with certain expectations, but those expectations were constantly raised while employed and became unrealistic as I was unable to acquire the required production rating leading to my termination. I had specifically asked management prior to my termination if I needed to look for new employment due to my production rating and I was told no, a week after this incident my position was

terminated. I was given the impression that although my production rating was not at the required level, I did not have to be in constant fear of losing my job as I did not need to worry. After my termination I was also only given one paycheck which would not be sufficient in helping.

Cognizant did not present the content or characteristics of the job in the appropriate light and the job position was not portrayed to be as seriously traumatic as it was. I originally took the job because it offered good pay, but I did not know the extent of the violence and graphic content that I would see every day, all day.  I lost friends and my children who had to live with their father until they could be with me even though there was abuse with their father and that hurt me. I also developed a weak stomach from the content, and I would throw up and I did not sleep at night due to the nightmares and waking up with cold sweats.  I have constant dreams and nightmares of someone killing me or running at me with an ax.  Because of constantly being told by management that I was doing a good job, that I had nothing to worry about, I signed a new lease for a new place to live with my children and moved in, that Friday they fired me.  I was left with no job, no daycare for my children and had to work two jobs with a friend watching my kids. I even had to bring my three-year-old with me to my one job at the gas station and it was terrible.  All I could see is the content of children being abused and killed, and now I am paranoid and overprotective, always on edge with my children.  My family and friends do not understand why my mind goes to the worst possible scenario.  I have severe episodes and depression and stay up all night, I am lucky

if I get 2-3 hours of sleep, my body is on autopilot during the day.  When I am up, I lock myself in my room and just get up to feed or bathe and then lay back down in bed.  I lost my home because I could not afford the new lease and had to move back to Connecticut at one point for help from my family but that was sores as my family has drug issues.  I spent the time saving money, doing anything, to get out of there and came back to Florida and had to stay with friends but when their lease ended I found myself homeless with the children living in a U-Haul for months.  From January 2019 through March of 2020 me and my children were homeless, that is the worse feeling.  This would never have happened to me if it were not for Cognizant and Facebook.

Moreover, in February of 2019, I was pregnant but because of Post-Traumatic Stress, anxiety, depression and severe stress I lost the baby.  It was not until late 2020 that I found a place to live, I am grateful but having to put a double deposit down due to the eviction caused by Cognizant and Facebook, it is hard and I still to this day cannot sleep, have nightmares and many things that cause triggers.  Something as simple as a movie causes triggers and nightmares that continue for days on end, the images are so vivid and real, and the feeling of something coming after me, stays with me forever.

57.    Jamar Crew. I have flashbacks and day terrors along with nightmares and not sleeping at all because of the content moderation I did for Facebook/Cognizant.  I lost my housing after leaving Cognizant because I could not renew my lease with no employment.  I had to stay with friends or family for

several months.  My mind is constantly running and always remembering content which I viewed. I have a hard time focusing now which hinders my job now.  I did not realize in the beginning that I had PTSD, anxiety and depression and had to deal with it on my own until I sought help.  I have a lot of stress and trauma, with the visions constantly on my mind, seeing and hearing the screams and I do not feel like it will ever go away.  It is hard to talk to other people, hard to explain what triggers the memories or why you constantly remember it.  When working at Cognizant you were not allowed to take breaks and they allowed very limited time for wellness, which to this day it is very hard to focus and sleeping is a struggle at night.  I now am paying someone to teach me meditation to try to help with the anxiety, stress, and depression.

58.     Jameshia Jefferson. My life has been completely changed by the time I spent working as a Facebook content moderator at Cognizant. I suffer from Post-Traumatic Stress Disorder and depression, which has affected every aspect of my life. At night, I do not get nearly as much sleep as I used to because I have terrible nightmares and night sweats, causing me to feel very tired during the day in general. I also experience very bad anxiety that is easily triggered by videos or police officers. Due to the state of my mental health, I was completely out-of-work until December 2020, until I found work for a while, but even then, I experienced a major loss of income. After working at Cognizant, I have become very emotional and short-tempered, which I often reflect onto my loved ones and puts a strain on our relationship. Since leaving Cognizant, I have been struggling to financially

support myself and seek the proper medical treatment for my health. I lost my benefits when my employment ended and I do not qualify for Medicaid, so I have no insurance. The financial burden of my living situation became too much for me to bear on alone, so I was forced to have a roommate move in to help pay rent. I have developed poor eating habits trying to find ways of coping with my mental health, which puts my physical health at risk as well. Every facet of my life has been involuntarily altered by the consequences I must live with for the rest of my life. I went from being someone who loved travelling frequently with friends or family, to someone who can barely leave my house without suffering from extreme anxiety.

59.     Jamieca Brown. I began working as a content moderator for Facebook as a happy, eager new employee looking to move up in life. I used to wake up early in the morning to do a workout or go for a run before starting my day. However, after two years working at Cognizant, I have become a completely different person. When I first started struggling with my mental health, I became extremely dependent upon alcohol. My dependency reached an all-time high when I was arrested and charged with driving under the influence, and eventually had to seek treatment at a rehabilitation facility. I am unable to work a job to financially support myself due to the complex Post-Traumatic Stress Disorder I has been diagnosed with. Throughout the day, I am very stressed out and struggle with my strong feelings of anxiety. Without a job, I have not had any insurance to help cover the costs of my medical or dental expenses either. All my prescription costs have been paid for out-of-pocket, leaving me financially in debt. I eventually lost my car

because I was simply unable to make any payments for it. Moderating such graphic and edgy content caused me to develop a crippling fear of the police and other people, which prevents my from being able to live with other people. For a while, I was having intrusive suicidal thoughts and was placed on watch. I had to move back home with my mother in Connecticut so someone could watch over me and make sure I was safe. When I started working for Facebook at Cognizant, I was a phenomenal employee. Now, I am completely out of work and unable to support myself. My days are completely different from what they used to be, as I do not even start my day until mid-afternoon most times. At night, I barely sleep due to the severe night sweats I have. Every aspect of my life has been negatively affected since working at Cognizant. I have been financially devastated from the loss of my job and emotionally traumatized by the content I moderated and will continue to be for the rest of my life.

60.     Janie Gunnlaugsson. I currently suffer from PTSD, increased anxiety, the inability to sleep, as well as allergies due to my time working with cognizant. Since being employed with cognizant I have been unable to sleep on my own and have developed horrible allergies where I am forced to take medication daily. I've had to cover over $1,000 in costs alone just for these prescriptions and visits. I have tried to use numerous remedies to help me sleep but I am unable to sleep without the assistance of any type of sleep aid every night. If I do not take some type a sleep aide, I am unable to stay asleep.

Cognizant did not care about their employees and never kept a clean and

safe environment. The office was never cleaned, the vents were always dirty, supplies were scarce and there was never enough bathroom time or wellness time for me to utilize. While I was employed at Cognizant, I was pregnant, and it was very stressful to have to constantly deal with the lack of ability to use both bathroom and wellness time. Because of these stressors I started to develop more anxiety and then began to trigger my lupus causing it to get worse and lead to siriasis-like symptoms. Since working for Cognizant I am more nervous about things and get socially anxious. I am more cautious of people as well as employers and the conditions of their working environments. Currently, I have thought about looking for a new job and because of the environment at Cognizant/Facebook, I have a fear of working for a company now and it stops me from continuing my career. In addition, the content I viewed causes triggers and now I have no filter, my comments are unfiltered with friends and family, and they do not understand. You watch TV with murder or abuse but watching it as content is ten times more abusive and they only allowed you 20 minutes a week of wellness time, minutes in between each video is not enough to get your mind back to normal.

61. Japanie Rhodes. My experience at Cognizant as a content moderator for Facebook was horrible and very traumatizing for me. I was exposed to countless inhumane acts on a daily basis. I suffered from different ailments and it affected me then and still affects me to this day. I have seen disgraceful things, unimaginable things and just horrific content. I have seen things that people should never have to see and I saw it every day, for 8 hours straight. I witnessed

things like murders, rapes, and other sinister behaviors. It c caused very real repercussions to me mentally and physically.  It is difficult for me to sleep at night now and when I eventually do sleep for a short period, I experience nightmares and night sweats. I cannot be in large crowds now and it actually scares me, I am fearful to drive and scared to go out at night.  I do not trust others with my children and am very overprotective now.  It is very difficult to have them go anywhere or be anywhere without my supervision.  Watching suicides was the toughest for me personally and I wanted a wellness break immediately, but if you had no wellness time left you would get disciplined or terminated.  The wellness breaks offered were basically for show, not for helping people.  We were kept busy, not provided breaks and they ignored our mental health completely, they were sacrificing basic privileges.

62.    Florence Lloyd Yarborough. I still remember the interview very clearly. I remember doing a couple tests, answering regular interview questions, and watching two videos as samples of what kind of content "might" appear while employed. One video was a PETA style animal abuse video involving dogs, and one was a suicide video in which a man jumped in front of a train, taken from the dashcam of the train. I remember explicitly being told in the interview that these videos can (paraphrasing) "pop up every now and then," but I would most likely just be seeing bullying/fight/hate speech content. I considered myself a self-proclaimed "child of the internet," so I thought the occasional shock gore/violence videos couldn't bother me.

Due to my employment at Facebook through Cognizant, I don't think I can ever be the same person. I can't look at things I once used to love because of flashbacks and triggers. I can't look at my favorite animals, or snakes, without remembering the video I saw of a guy snapping the spine of one to kill it. I can't look at frogs or kittens without remembering the horrific torture videos I saw involving those animals; setting a frog on fire and using it as a tennis ball, stepping on and crushing kitten's skulls with high heel stilettoes as a fetish, the list goes on. I developed a sick sense of humor as a coping mechanism during and after my employment; I remember loudly laughing with a co-worker and joking about a man getting flattened "like rolling out dough with a rolling pin" after watching a man get run over by a steamroller. I constantly over-exaggerate how much traumatic instances like that don't bother me in an attempt to help sleep at night, and I made myself believe it worked during my employment. When I left afterwards and I was alone, I couldn't keep doing it anymore. I hate seeing myself as human after seeing the torture videos humans have done, and I've always wanted to have children but now I'm faced with paralyzing fear of the horrors of the world that my future child will grow up in. I saw parents selling their infant children to pedophiles, I saw a man viciously beat and step on his infant for spitting up on a couch, and I saw a woman slapping and beating her twin children on video that I later found out was out of revenge that the woman had toward her partner. In a lot of these instances, I felt disgust and rage, but also a feeling of hopelessness because simply deleting a video like one of these off the platform doesn't change what happened to those

children.

I just hope one day, with the help of therapy and treatments, that I can forget at least some of the things I witnessed.

63.    Jasmine Murrell. Since working at Cognizant as a content moderator for Facebook I think about things that I never have had to think about before.  It is hard for me to go to public places and when I do, I am always looking for the exits because I see flashes of all the shootings I had to endure while moderating. Since my time viewing the horrific graphic content of exploitation of children, the graphic abuse of them, it is hard to look at children the same way as I did before, all I see is the graphic images of what has happened to them and that brings up my own personal issues and when I was a child. As a half black woman, I remember the horrible racist things I had to view constantly while in the "hate speech queue", and how it affected my own self-image.  My entire view of the world is skewed since working for Facebook viewing the graphic content and seeing all of those horrific images. I was not sleeping and have problems with insomnia and severe depression and anxiety. I am now on medication to ease the depression and medication to just sleep, all of which I had not been on before working there.

64.    Jasmine Young. Since working for Cognizant as a content moderator for Facebook, I have mental and physical issues and on medications now because of the graphic content viewed, causing post-traumatic stress, anxiety, depression, stomach and menstrual issues. Starting the month before work ended, my menstrual cycle carried on from February of 2020 through mid to end of February

of 2021, causing my iron levels to be super low.  If iron levels are too low, you have to have blood transfers and this illness was caused directly by working at Cognizant and the stress and depression from viewing graphic content for Facebook.  I also do not sleep at night and when I eventually do actually fall asleep, I do not stay asleep, I have severe nightmares, night sweats.  Because of this, it now affects my time at work to this day.  I fall asleep at my desk, I cannot perform at my best due to the stress, anxiety and depression.  I am stressed out and anxious all the time. My socialization with others has changed as well and if I try to talk or others talk to me, I simply walk away.  I am more alone than ever.  I do not talk to my friends any longer and I am not the same person I use to be, I cannot relate to them and they do not understand me or what I went through.  I feel as if I have nothing to offer them.

65.     Jason Head. I worked at Cognizant as a content moderator for Facebook and it has affected by relationships drastically.  I became distant, angry, and cold and I got divorced.  I believe this was a direct affect by Facebook and working there.  It changed me and my ex-wife said that I became desensitized and don't care about her or other peoples' feelings.  It has affected me with my love life since then as well, my intimacy level is not the same and I cannot get close to others. I have nightmares and cold/hot sweats and cannot sleep. I am lucky if I get 2 hours a night and I am always exhausted during the day.  I find that I am disinterested in things that I use to love, I do not want to go out, I do not want to be with friends, and I do not want to be social or even play cards like I use to with

friends. I try to talk or go out but when I am, I find myself daydreaming or almost day terrors and I see the images from the video in my head.  I am also financially affected by Facebook, I cannot keep a job as I can't focus on my job, I don't sleep so I cannot do my job.  With all the things that have changed because of working at Facebook and causing severe post-traumatic stress, anxiety, depression, and other mental and physical changes, it has been really hard to have a normal life now.

66.    Jaten Percoco. From working in an environment (Cognizant) that taught us to "place our feelings in the trash when you badge into the building. If you action based on your feelings, you won't have a job here long as we follow policy & not our feelings." – leaving me apprehensive and feeling jaded towards the world and its people. I've become stand-offish or even a wallflower when I have always been a social elite. Feelings of fear consumed me as well working on the project as we had a handful of disgruntled ex-employees/people on suspension show back up to work with weaponry. Threatening the building and the employees inside. We worked on this extremely clandestine operation and in the past, I had seen Law Enforcement and Fire Departments have issues locating us in other unrelated issues from work.

I had a son born mid project (May 2018). Medical malpractice ensued and I witnessed an extremely up-close and personal botched birthing and delivery. We stayed in NICU for 11 days. We are extremely blessed that Micah survived after coming into this world with an Apgar score of 0 out of 10. This happening brought

up many vicious jobs that I had actioned and taught about from the prior years. Many botched births, live video abortions, miscarriages and baby neglection all played through my head watching as my own son was being hauled off away from his family without any skin to skin contact for nearly 2 weeks.

Flash forward (November 2021). A major legal lawsuit V the State of Florida for malpractice as we were represented by one of the State of Florida's best attorneys in this field.... They threw the case out because our son has been progressing well. The Power of Prayer is truly a Miracle. Three to 4 doctor's appointments set in stone weekly. Sometimes its 5 appointments or more in a week, spanning from Monday through Friday, daily. It becomes monotonous, the "doctor drudgery". I have a Psych appointment set on Thursday afternoons to deal with Diagnosis' of PTSD, Anxiety, and borderline personality disorder. I receive EMDR therapy as well as a bevy of other Cognitive Behavioral assignments. I was also diagnosed with Hyperthyroidism stemming from the PTSD. I now have to get lab-work handled on a 6–8-week basis, between specialist appointments. The Hyperthyroidism with medication has now remitted itself into Hypothyroidism and as medicines are weened hopefully my blood levels go back to a normal range. My weight fluctuated 20 lbs. or more now, affecting my Body Dysmorphia that I also suffer from. I have been consumed with Rage, it's not even Anger anymore. I am scared of losing myself more than I have to these debilitating mental faculties. I am scared of losing my family or potentially harming them or anyone else around at moments of unclarity.

Micah attends speech therapy per the referral of his Neurologist. (He suffered traumatic brain injury at birth), twice a week. We begin Occupational Therapy this week. All of this has been out of pocket for 2 years as our Health Insurance does not cover Speech Therapy. Micah also endured 2 years of Physical Therapy, out of pocket; before transitioning into Speech for linguistic guidance. His ribs and arm were broken at birth and we also used to see a Pediatric Orthopedic and a Craniofacial Specialist, respectively. We spend most of our time together travelling between doctors at this juncture. Time cannot be replaced.

Other:

Working on this project was not only detrimental to my health but essentially every area of my life included but not limited to my; Social Instincts & Self-Esteem, my Personal Relationships, level of personal Security/Insecurity, my Instincts, Emotions, Materials & Finances, and my Ambitions for the future inside and outside of a professional setting. Allow me to extrapolate.

This Facebook project got off on the wrong foot so-to-speak. I was hired onto the project on August 31st, 2017. Infamous Batch #2. The only other Batch was Batch #1 of approximately 12 comprised of TL/TMs, Trainers and Upper Management. Batch #2 was instructed directly by Facebooks Trainers. We got our intel "straight from the butcher", no agreeing to disagree.

"The Sky is purple" was a colloquial floor term basically a blanket statement as to why a job was actioned a specific way. Whether FB deemed it ignore or Actionable, the answer may or may have been "wrong" but this is how we were

89

going to action it contrary to how you may have been instructed.

When we hit the production floor after training, on our 1st day, we were trained to Action Photos specifically. All content flooded the queues was Videos. With totally different protocol then we had ever been exposed to. It also happened to be the day of the Las Vegas Massacre. I saw upwards of 10 people get up from their seats and quit the job on the spot, on my 1st day. Miscommunication doesn't begin to explain the debacles and overall difficult experience on this job. Let's be honest, any job that does not require a drug test urinalysis, isn't going to attract the largest set of "winners". Marijuana was not encouraged but was understood to be a crutch for most of the agents on the floor. Any job which enables you to partake in a breakfast, lunch, break and post shift party-favor really isn't the place to be if you're trying to climb the corporate business ladder. Sex, why not? the attitude amongst co-workers and even Team Leads to Agents on the floor. Under very high discretion. One co-worker was caught in the content, red handed. He had gone to the ladies Breastfeeding room and masturbated, photographed himself, uploaded to Facebook, knowing the job would be deleted and end up potentially in our queues. Well, it did. As I jot this story down another one surfaces. I used to do lunch with one agent who we had similar backgrounds in Music jobs prior to being hired onto this project. One day on lunch on the way to Dunkin' Donuts on the floorboard near my feet was an assault rifle with a 100-round drum, straight gangster for lack of a better term. I mean enough said about the individuals hired and the lack of respect given to the people around and the company in general. As

for Upper management. Rumors of Sexual intercourse between the head of HR and our Head Honcho were surfaced for many months. Ryan Moore's interest in woman and those that were easier on the eyes than most was noticed and noted by many of my coworkers who were ogled or verbally harassed in one sense or another. I also witnessed the head of our QA department at the time Angelo, sexually harass a 19-year-old agent and ask her to come drinking, at his home to make things even spicier. I was then asked to speak to HR on behalf of the woman who was harassed. I too was sexually harassed where a woman caressed my hands as I was adjusting my shirt back into the back of my pants post standing up from a chair. HR was involved in this case as well.

Working on a project where the acceptable range of performance is 98% is highly volatile. Individuals who fell below the erroneous mark would be sent to "Academy Bay" where they were considered remedial and threatened to lose your job if scores fell back below the elusive 98%.

I did not sleep solid, meaning more than 1-2 hours uninterrupted for over a year before being diagnosed & medicated. Before that I was afforded only 4-5 hours a night interrupted when working the job as well. I am currently feeling forced to go to work for myself to avoid EVER being taken advantage of by a corporate company who doesn't care about their employees.

Wellness was something that was offered to the employees; the first few months it was to be used as often as needed. As the program developed and more employees joined the floor Wellness was being abused and was then dropped to 9

minutes a day. Comprised of drawing and arts and crafts and support dogs would come visit. 9 minutes let me reiterate that. We also had Psychiatric doctors on board. My anonymity from AA was dashed as the doctor on multiple occasions violated HIPAA and had me assessing other employees who were struggling with drugs and or alcohol. Not my position nor appropriate or legal. To segue into other things that were not my position we will talk about my hiring experience.

Hiring Manager, that I am not, however I hired upwards of 20 agents to the production floor. 1 lasted a year or longer the rest were all fired for poor performance not being able to maintain their 98%, not to cast myself in a poor light by any means of the imagination I will now express to you the employee I was for Facebook.

One of the top 1% in performance. Appointed from your average Joe to SME (Subject Matter Expert), to the first member of the Policy team underneath Suzannah Fisher. Where some of my responsibilities were but not limited to; designing and implementing on a daily basis a Trending Errors Deck, presenting that deck Internationally and Domestically. Hosting International Conference Calls with upwards of 14 other Countries being represented in regard to Policy and Procedure, Hate Speech and Bullying (as I was also a Point of Contact for both subcategory Policy sections). I was also subjected to some of the "dirtiest work" while working for Policy.

We unturned every stone that was potentially able to be moved. With that being said, on one occasion for an entire week I was in a room by my lonesome

performing a "deep dive" on Child Sexual Solicitation and Abuse. Needless to say, no one should be exposed to 1 let alone over 1100 of these job in a given week. You're welcome FB.

Degrading your floor agents was a regular. In 2018 there was a day where ½ of the production floor was let go, we refer to this day as "Red Bag Day" as red bags were brought out on a lunch cart and agents were tapped on the shoulder, given a red bag, asked to Log-out of the SRT system, escorted to their lockers & the bags were used for their personal belongings. Then paraded out of the building for all agents who survived the thinning of the herd to watch their now ex co-workers leave unemployed. As for the 98%, I performed at a 99.2% over my close to 3 years on the job.

Rest in peace to Keith who died on this project and upper management swept his passing under the rug, jokes of ghosts rang thru the hallways hours after. A real compassionate workplace that was a corrosive thread seeping into the crevices of my psyche and breaking me.  My behavior and lack of my normal mental faculties have not only me but my son and wife affected.

67.     Jeannine Eberspacher. For the most part, I found fulfillment in being able to contribute to the greater good and, at times, save lives, but what I did not know was that my mental health was being affected along the way [at Cognizant]. In 2019, I began to experience nearly a total loss of appetite that has persisted to the present day. Later that same year, I had a mental breakdown on Facebook Live in which local law enforcement intervened and brought me to Gracepoint Crisis

Center for treatment. Despite the negative effects the job was having on my mental health, I stayed at Cognizant until I was laid off when the Facebook project ended. By that time, I was having to leave work at least once a week because I could not handle the mental stress. Since leaving Cognizant, I have struggled to establish new relationships with people, as the only friends I had are also from Cognizant. At night I has trouble sleeping so I am restless throughout the day until my body finally crashes. Not only have I been physically impacted, but I also has been mentally and emotionally affected as well. I has been seeing a psychiatrist since April 2019 to help with my mental health, but I still struggle. My emotional state pushed me to walk away from a ten-year relationship with my now ex-fiancé, which has been worrying my family members. I have a lack of sympathy and empathy for people, which is uncharacteristic of me, a mother of four children. Since leaving Cognizant, I have lost almost everything due to my mental and financial instability. I cannot support myself or my children anymore and recently became homeless. The only thing I have left is the van that I am currently living in. To this day, I still have flashbacks of the things I witnessed while working as a content moderator for Facebook. I wanted to do something good with my life and was left struggling mentally, physically, and financially.

68.    Jeffrey A. Sheppard. How much is it worth to see a child raped or hacked up. How much to see someone get bones broken and people to kill themselves. Seen cartel chop bodies from every joint and bone, cut off limbs, there is no amount for this. The worse is the children, a little girl abusing a child. Using

chain saw to cut up bodies.  When I saw baby girl raped, or little boy hacked up you wanted to quit your job, but you can't because you have to live.  I have 2 kids and 2 stepchildren, and I cannot get them out of my arms reach because of the content I viewed.  I will not let them out of my view as I continue to think I will lose my children in an instant.  This content has caused mental and physical ailments and you cannot recover from it.  I have the constant reoccurring nightmares, and it never stops. I was in the army for 12 years and nothing I did or saw there, compares to what I saw and went through at Cognizant viewing horrific graphic content for Facebook.  Everywhere I go, I see these things and cannot function normally now. I will never be the same.

69.    Jeffrey Benedix. Since working as a content moderator for Facebook, and while I was still employed there, I have suffered many losses both financially, physically and mentally. After only two months of working on the job, I needed a change to help ease my intense stress. I was switched to working nightshifts, which only worsened my anxiety. Soon after I started working nights, I noticed that my worldview had completely changed. Eventually, some of my coworkers started to agree with the hate-speech they were tasked with removing, which alienated myself from my peers.  After about six months of working I broke down from being in the Hate Speech Que and did not realize at the time, but I was having classic post-traumatic stress symptoms.  I was fearful, scared and scared for my future and society.  I was becoming neurotic and eventually told my team lead and team manager that I was being affected by the graphic content.  I was never removed

from that hate speech queue, in fact I was given additional hate speech queues.  In June of 2019, I went through a severe four-day mental breakdown resulting in me being hospitalized under the Baker Act. I was afraid of being raped and murdered. My family recognized that I had post-traumatic stress, anxiety and depression. The work environment was unsafe there as well, we would get death threats on Facebook for removing content, and I was worried about my safety at work.  I spoke with the site director, Ryan, at a Town Hall and he completely dismissed it.  On top of this, there was no real security, and it was obvious other employees were having mental and emotional ailments due to the content.  I spoke with the wellness counselors and they should have realized the signs of these mental illnesses and there should have been mandatory, and more wellness provided.  Several employees brought guns into work and this was frightening.  I was asked by other employees to help them action their jobs, which meant I had to view even more graphic content.  On top of the hate speech there was graphic violence of murder and that made it even worse.  The only thing that began to calm me down were anxiety pills provided by my physiatrist but having to be on mediation to cope is terrible.  Afterwards, I was put on medication to help with my sleep.

70.    Jeffrey Hunter Sheppard. While working at Cognizant as a content moderator for Facebook I was required, the entire duration, to review tragic and horrific incidences in which people were harmed, murdered and children being abused. I have now been diagnosed with Complex Auto Immune PTSD, anxiety, depression and severe stress.  All of this has affected my sleeping and every night

I am reliving the horrific graphic content that I viewed for Facebook, but in my nightmares, I am the person in the video, I am the one being harmed.  Almost every night I scream out in my sleep with my legs and hands struggling and flaying about which wakes up my wife as well.  My wife wakes up from the screams and the movement and is worried about me all the time.  At first, I did not think the content affected me but a few months later, once it all settled in then the graphic content started to resurface for me, so over time my condition got worse and worse.  I can only describe it by comparing it to a toy I had as a child, a "view finder" which had a disc with pictures on it, and you clicked through the images, and now anything arbitrary can trigger the graphic video or images from Facebook and once those images come back I am flooded with 100's of those horrible images, over and over, just like that view finder and there is nothing I can do to stop my mind from seeing these images.  The harder I try to stop thinking about it, the harder it is to stop the images, they just recurred over and over in my head.  I try to stay creative and build things to keep my mind off of it, but it is impossible to stay busy 24 hours a day and since this affects me during my sleep it is impossible to not have these triggers or go through these nightmares and wake up in terror.  Since I do not get good sleep, I am more agitated and angrier, I am quicker to snap at someone, but I was never like this before Facebook.  This hinders me now at work, the change in me and now that I am at a new job I cannot just explain to them what I went through, and I cannot just call out or take time off for FMLA.  This makes it very difficult to proceed with life and when I have an episode at night, I cannot simply take off work

at my new job the next day.  I do not like to be angry or a tired person, but this all causes severe anxiety for me.  I have been told that I should take additional FMLA time but because I just started a new job, I do not qualify for that, so I have to continue to struggle and keep going.  With all of this, it seems as if everything is pushing me to the edge, as if I am rolling down a mountain and I keep picking up speed as everything piles up on me.  The PTSD, anxiety, and depression has caused me physical issues.  I now have breathing issues which I have gone through a lot of testing, but I cannot take a full breath, and I cannot catch my breath.  My heart and lungs are fine, physically, so this has to be a cause stemming from the PTSD and anxiety which may be causing panic attacks.  Unfortunately, this happens to me continuously throughout the day, all day long, it is a very scary feeling when you cannot seem to get enough air and breath.  This never stops and it creates even more anxiety, stress and more breathing attacks on top of that.  It is hard to explain all of this, as many people think you are just having a dream but it is not, so I feel alone as no one understands what I went through or the images that I saw were real.  Everything else that I feel, falls in line with the anxiety and being secluded, you then lose interest in everything.  It is very difficult for me to "find" the energy to do things, once I start to do something, I can have a panic attack or trigger or breathing attack and then I do not want to finish what I started.  I lose interest in anything and everything I do, and it is very easy to hit a roadblock.  That is when the depression sets in as well, and I start to feel like a failure, even though I'm not sure why I feel that way but it progresses and continues on the road with more and

more affecting me.  I feel demoralized and desensitized because of the horrific content.  I always thought I was a strong man, and that I should be able to just brush this off and go forward, but it does not happen that way, it is impossible to just go on once the cycle starts.  My wife has been a rock for me, she is supportive and helps me through each day.

While at Cognizant for Facebook, they had different categories for different queues, like the hate crime, or violent crime, or sexual abuse was another.  They said they would rotate you into these queues, and I was put into the hate queue, and I watched racial or hate type of graphic content, all day long for 8 hours all day.  I would have to watch such heinous hate crime content and it was supposed to be cycled for 60 days only, but that never happened, and I was in that hate queue for over six months.  The worst part is at meetings everyone would bring this up to management, asking them to get us out of the hate queue, telling them that we need a break from it – but they would tell us too bad, there are not enough people to cycle you out of it at this time, so I was forced to stay and stuck in the hate queue for months on end.  This particular queue also changed my perspective on things and the world.  I used to have open mind, but now I have a different view of the world, they beat into my head by repeatedly showing me the same hate content over and over again that anyone would tend to believe the world is filled with that hate, and now I look at people differently.  The images were real, not a video or game but real people doing the most awful things to others.  The only thing Cognizant/Facebook tried to do was give you these wellness breaks which you were

only allowed 45 minutes per week which is only 9 minutes a day.  Therefore, if you saw something terrible, which you did all day long, you were given literally 9 minutes to somehow figure out how to purge that from your mental databank or to talk to someone about it.  Nobody can resolve anything in 9 minutes of time and Cognizant/Facebook never once provided any training or help on how to purge these images from your mind, or how to deal with these items.

Now after working there, I am stuck and here trying to know how to move on with life with all of this. Unfortunately, because of all of this, the continued spiraling down is unbearable and happens to me every single day.

71.     Jeremy Haddock. While working at Cognizant as a content moderator for Facebook, my job was to watch and filter out inappropriate pictures, video and live streams and content for social media.  Many of the graphic content consisted of graphic violence and violent murders, rapes, torture, lynching's, gore, sodomy, bodies burning, pedophiles and child abuse, suicides, mass murders and much more.  Because of the horrific content I viewed, I suffered extreme PTSD, anxiety, depression and other mental issues, all which caused me to be Baker Acted twice while employed there.  The stress from watching this content was unbearable.  I went to my supervisors, the directors, team leads and even the Wellness counselors on site in order to get help, I did this many times, but I was always refused and ignored.

All of this affected me because I am now totally disabled, and I have not been able to obtain a job since working at Cognizant.  I have been homeless since

working there, and as of today, I am not able to concentrate and my PTSD causes trigger from the content I saw. I was in the military before and when I watched the content, it would trigger me from when I witnessed roadside bombs. What I saw at Cognizant/Facebook was ten times worse than what I had gone through in the military, and this content is still in my head. I have severe trouble sleeping and terrible nightmares. This has caused me to be dependent on alcohol at times, to try to cope with this. I get severe anxiety, so I do not want to be close or near people or in large crowds. All of this hinders having personal relationships with others. The worse part for me, was having to be Baker Acted twice at Cognizant/Facebook and then go straight back to work, as I was denied FMLA because I was not there long enough. I actually walked into work with a bullet proof vest, that is how paranoid I became while I was working there, so my mind made me believe that I would be harmed. I let Facebook know that I was having extreme PTSD and anxiety, but they did not care, or help me. I requested to not be seated with my back turned towards the open center, this caused me extreme fear and paranoia, but they did not help me until much later, after I had to complain numerous times. It was very difficult and I was not confrontable watching that content, I even made it clear to my team lead and the directors but they ignored me and did not provide any accommodations to lessen my PTSD, anxiety or depression. Instead they kept me on the most horrific content there was, and they never allowed me to go into any other que to help me. Others who were recently hired were put in the other queues before me, so all my complaints

and cry for help went on deaf ears.  On top of everything I became homeless and had to live in a homeless shelter for over six months.  I had to do day labor in order to stay in the shelter and try to work in the mornings, all to try to save to get an apartment.  I also lost my car, so I was without a home and without a vehicle.  To this day, I have to try to cope with my PTSD, anxiety, panic attacks, depression and sleeping issues, among other things, on a daily basis, and this is something I will have to now live with for the rest of my life.

72.    Jessica Maloney. While working for Cognizant I experienced some trauma that I did not expect to affect me in the real world after my departure from them. I have a hard time sleeping. In fact, I don't sleep much and when I do it is with constant nightmares and night sweats. My anxiety also started acting up after working for Cognizant, and I had never experienced any type of anxiety prior. My speech sometimes is even slurred, I find myself breaking down crying and not knowing the reasons why I'm crying. My relationship has even been affected as well with the people who I love the most in this world. My headaches started to increase, it made me irritable, my hand physically shakes, and I have to smoke marijuana now to calm my nerves and anxiety down.  I just have not been myself since working for that company. I used to be a happy and positive person and now I am no longer myself and I am numb to many things now, you can barely get a smirk out of me I just want to feel normal again. It is funny how the brain works, you don't think something has affected you until down the road and I was in denial for quite some time, and I just didn't want to believe a 9-5 job could do this to a person.

I pray I don't have any other major symptoms down the line, but I can only hope thank you for hearing me out.

73. Jessica Mosley. While working at Cognizant as a content moderator for Facebook, I was forced to watch child porn, murders, rape and violent content. This was the worse job I have ever encountered.  I had to take a leave of absence after realizing that I was having mental and physical issues and after filing a sexual harassment case against a person there who was allowed by Cognizant/Facebook to harass all women.  After that, I could not get my blood pressure under control, it was a nightmare.  To top it off I was raped/molested by my mother's husband when I was a child, and I suppressed those terrible days to move forward in life. Before this job, I had no issues from my past, I had moved on from it and was happy and normal.  My life at work was watching graphic content for Facebook of little girls dressed up for sexual acts with older men and that was horrible, I mean who wants to see that.  It woke up some terrible things inside me and I could not watch it and when I left, I could not pay my bills.  I was financially, mentally and physically affected by the content I had to view. Cognizant/Facebook knew these images and content were not healthy and knew this content is bad for normal people, let alone those who have issues prior to this.  They tried to make it normal, but there is no way to do that.  The first night I left work I pulled into a liquor store to drown it out.  At night I have terrible nightmares and night sweats, I keep thinking someone is coming into my room.  It is as if the tape has been ripped right off old wounds.  I do not sleep at all anymore, I cannot go out with people or

friends, I am depressed, and I cry all the time now.  I cannot live a normal life and now I have to live with these horrible images.  I have isolated myself from everyone, I do not go to family events and have cut my family entirely out of my life now.

74.    Joao Gerundo. I was a happy, sociable man before working as a content moderator at Cognizant for Facebook. I began a new life when I moved into a new house that was fully paid off, eager to start my new job. However, the job I thought I was signing up for was nowhere in sight. Without any time for adjustment, I was thrown into a life of constant darkness observing the worst of humanity for hours on end, every single day. I struggled with Post-Traumatic Stress Disorder, anxiety, and depression as a result from my time at Cognizant, which has had lasting negative effects on my life. I have been fired by recent employers due to the intensifying stressors in the workplace. Unable to maintain a steady source of income, I have had to sell my newly purchased home for a loss to financially support myself. I do not leave my residence for leisure due to my struggle with post-traumatic stress, anxiety and depression. I have a very hard time sleeping, and when I finally do get rest, I have terrible nightmares of the content I used to moderate. I have not seen or gone out with his old friends in months because it is hard for me to get out of bed. I will be negatively affected by this for the rest of my life as it will be nearly impossible for me to find peace and happiness again. My duties at Cognizant have caused me undeniable pain and suffering which will continue to detract and prevent me from providing a good quality of life for myself.  My income and my ability to make a living is miniscule in comparison to

what it was before I was diagnosed with mental health issues which arose from the job. I have no choice but to suffer and face the consequences of my mental health at work, at home, and with friends for as long as I live

75.     Jocelyn Jones. I started working as a content moderator for Facebook as a means of providing for my family. Despite the gloominess of dark moderation rooms, I remained as outgoing and motivated as ever while starting my time at Cognizant. However, after I accumulated time on the job, I noticed some negative changes in my life. I no longer had the same burning passion or motivation I once had in my work or life. Slowly, I began to feel a total lack of confidence develop in every aspect of my life. Since leaving Cognizant, I have not been able to find a new job to support my family while my spouse is incarcerated. At night I have trouble sleeping caused by insomnia, which adds to the high stress levels I experience throughout the day. My anxiety has put a strain on the relationship between me and my stepchildren, and I do not see my family because I rarely leave the house anymore. Every day I was worried about an outbreak of violence that could threaten me or my loved ones' lives, which causes me to have severe panic attacks. Not only have I been emotionally and mentally drained, but I have also not been able to financially support myself or my family. With no steady source of income, I have lost both my home and my car, leaving me to bounce between hotels. I do not have medical benefits without a job, so I have not sought any medical treatment for my mental health. From once being so independent and ready to tackle the world, I am now forced to rely on the kindness of acquaintances to continue paying

for my storage unit, so that I do not lose the rest of my belongings. I must share a PO box with my mother since I no longer has a permanent residence and I have slipped into homelessness. The time that I spent working for Facebook at Cognizant, it has ruined my chance of living a happy life and having the financial security to support my family.

I have lost so much due to this experience. I have lost my respect from my children as they watch me struggle like never before going through this. I have lost a foundation and I am now out of a home and have exhausted my funds saved in order to move. I have lost my happy functional life as I let down my spouse because I couldn't provide and which caused him to work harder and put his freedom at risk to attempt to cover my weight from the layoff.  My children had to face struggling getting clothes for the last few school years and receive hand-me-downs. I have lost my healthcare benefits and I continually worry that my storage will not be paid off and always at risk of losing all of my belongings which I own. I am going through more than what God would expect someone to go through.  I am homeless and living out of my car which makes it even more difficult with my post-traumatic stress, depression and anxiety.

76.    John Dillingham. My life has been turned completely upside down since working as a content moderator for Facebook. The negative impacts my duties at Cognizant have had on my mental health cannot be fully expressed through words. I have been diagnosed with Post-Traumatic Stress Disorder, General Anxiety Disorder, and Bipolar Disorder as a result from my time as a

content moderator, which continues to negatively affect my life. When my employment with Facebook and Cognizant ended, I did not have the financial stability to support my costs of living. Without any job security, I could not renew my apartment lease in January 2020 and had to move in with my girlfriend for a few months. By June, I was living off unemployment on the side porch of my friend's house with nowhere else to go. I stayed there until November, when I moved in with my parents after experiencing a severe panic attack that left me in the hospital. During this time, I also lost the opportunity to close on a condominium deal because I could not provide proof of employment. Till this day, I am still on unemployment and homeless, unsure if I will ever be able to go back to work. Without a full-time job to support myself, I have not had any medical insurance to help pay for the therapy sessions I must go to every other week. Although I frequently attend therapy, I still struggle deeply to maintain my personal relationships with friends and family. I often get into arguments with my parents at home because I am constantly triggered and mentally exhausted. In public, I find myself easily irritated with strangers for things that usually would not affect me, which has caused me to have many negative interactions in the places at which I used to enjoy spending time. Since public interactions with strangers have been difficult for me to handle, I typically stay at home and watch television in bed most days. Even my appetite has been affected by the lasting trauma with which I must deal. I will sometimes go all day without eating anything at all, whereas other times I can eat three meals a day. For the rest of my life, I will struggle to get my

normal daily routine back. I no longer can work to financially support myself and must live with my parents due to the mental damage I have suffered. I left my job at Cognizant as an entirely different person than the one who started in 2018 and have been much worse off than I would have ever been.

77.    Johnny Guyton. Ever since working at Cognizant as a content moderator for Facebook, I have had severe nightmares and hallucinations, which has caused me to be extremely depressed.  I am emotionally worn out and that comes from the depression, anxiety and not sleeping at night, as I toss and turn, have vivid nightmares.  When I am having those nightmares, I have cold sweats and this has caused a lot of back pain, which has increased my medical expenses and over counter and prescription medication.  I even had to pay for a new mattress to help with the sleep and my back pain with what little money I had.  It is very hard for me to keep a job due to my PTSD, anxiety, depression and physical back pain, including always being paranoid about shootings.  I have this constant fear of someone running into my place of work and shooting it up as that is what I saw so many times at Facebook.  I now have to pay for uber rides all the time and have lost a lot of money because I cannot drive, I am afraid to drive. The PTSD and paranoia have caused me to be in fear that I will get in a bad accident, just like the content I saw of horrific accidents and murder. I have severe anxiety and panic attacks and they become more common each day, they get worse and worse and nothing seems to help me.  I continue to look for more therapist and doctors to help me with these nightmares, my PTSD, anxiety, loss of sleep and depression. I

have been unemployed for the most part, over and over, because I cannot sleep or I am too paranoid to be around a lot of people, and it is hard for me to trust others, this makes it that I cannot be in public areas too long.  Some of the jobs that I was able to find I had to pay for equipment to work as I could only do at home jobs.  I had to buy computers; monitors all with the little money I have.  Food is another terrible affect from this, as it is hard for me to digest food.  I have a lack of appetite because of the anxiety and stress from the content I viewed.  With all of the mental and physical issues that I have, and the loss of work and financial loss, there is also pain and suffering with my friends and family because I cannot communicate with them as I use to.  The depression and anxiety keep me away from others.

78.    Johnny Olden. I had emotional distress while working for Cognizant from watching all the gruesome and disgusting videos. I wasn't given the proper time to take wellness breaks because management was behind on the quota the promised Facebook, so when a video I watched bothered me and I could not get it out my head, I was not given the proper time to process what I had seen. We were promised time to get away from watching the videos to make sure our mental state was still good, but they lied we were not given that time as they got further behind on the quota.

I still continue to have bad dreams and nightmares from the videos I watched. It gets triggered when I see something in real life then the anxiety of what I saw in the videos comes back.  I also had emotional distress from the way they fired the employees as they just came around to employees' desks 1 by 1 telling

them to pack up their personal property and they did this in front of everyone. This was stressful because you did not know if you were next and that is why I found another position.  It became too much to handle not knowing if you would be fired each day when you returned to work.  The things I had to watch will stay in my head forever. The stress of the things I saw would cause anxiety and pain in the middle of my chest.  An example of a video I watched that would trigger my anxiety was a video of an 18 wheeler truck losing a tire on the expressway and that tire would continue to roll and go through a car's windshield killing the passengers. This created anxiety for me while driving on the highway. Another example was a video of child pornography in which the video made me have such hopeless feelings about society in general and seeing an adult perform sexual acts on a child, sometimes as young as a newborn. My last example is when I had to watch terrorist videos in which the hostage would get decapitated or tortured. I still cannot watch certain types of movies because it triggers the thoughts of seeing actual people done in the same gruesome ways. I also have trouble concentrating and focusing on tasks at work after I left Cognizant. I suffer from sporadic chest pains as well as migraine headaches that continuously happen without triggers. I will never be the same after working for Cognizant/Facebook as a content moderator.

79.    Jon Hunter. While working at Cognizant as a content moderator for Facebook, I was subjected to viewing suicides, murders, rates, mutilations, fights, under age sexual content and abuse, racial crimes, hates and slurs, political cover ups, animal cruelty, demeaning of religions, drug sales and cartel murders among

other horrific images, videos and even live streaming.  I also personally witnessed the death of a fellow colleague of mine, Ryan Collins, at Cognizant who also was a content moderator for Facebook, on the work floor only 2 rows over from me.  Ryan died while at work right on the floor and he had a heart attack while looking at this horrific content - he was only 42 years old. I watched him fall out of his chair and hit the ground and even after we all tried to help, he died right there.  They had some counselors there, but they were never available, and when Ryan passed away they tried an open forum group meeting, but there were so many people who attended it did nothing for anyone and did not go well.  They then wanted to do individual sessions but, again, they were never available, and to this day, this has affected me with current jobs as well as daily interactions.

My mental health issues continued while working at Cognizant as a content moderator for Facebook and after.  It slowly began after watching such horrific content that my personality changed. I was not able to talk to my wife, I could not explain to her what I was going through or the images I saw.  My attitude completely changed, and I became very dark, angry, mean and easily agitated.  My marriage ended because of my PTSD, Anxiety, depression and other neurological issues and we separated.  Before the separation we attempted marriage counseling and I would often get riled up and argue all the time. After this, she simply changed the locks on me one day and I had to move out.  My relationship with my children was also strained because of the changes in me and that is very difficult to this day. My children have become so afraid of me and the person I've become. My attitude

has changed drastically, and my children have become more distant. I feel as though I am on an island with no understanding of why I was losing my entire family. My family was and is my world which has suffered significantly. Because of working for Cognizant had certain circumstances it has changed my attitude and actions towards everything pushing away those I love.  I have lost so much financially and on top of losing friends and family, I could not find new employment after I left because I was afraid to work in another building.  After moving out I spent 1-2 ½ months in hotel rooms and sleeping in my vehicle until my apartment was ready. My level pf work dropped and was ultimately transferred to another office.

On top of this, when I left the job, they kept sending paychecks, but I never received any of them, it was the strangest thing.  When I found new employment at Alorica which was an office job I took it because it was flexible in order for me to handle it but it was in an office, and because of Ryan's death and my PTSD, anxiety and depression, it is hard for me to be around people, in an office and I did not feel safe. I have this continued feeling that someone will pass away in front of me again, while working.  After Alorica I got my insurance license, and I am now doing that, but has been a very rough road to get to this point and is still hard going forward.  I still do not sleep, if anything I get maybe 4 hours. I have nightmares and wake up in a cold sweat, this affects me physically and mentally and makes working very difficult.  Even to this day, I cannot socialize with anyone anymore, I simply come home from work and stay inside.  I have lost many friends from all of

this. I have triggers or memories of what I went through and what I viewed all day, each day and then I become very sad and get lost in myself. All I can do is try to continue the best that I can.

80.    Jonacee Penick. My son is five years old now but while at FB (Cognizant) he was 3 years old and the smallest things would trigger me. My son could be just running, and I would stop him as I had images of him busting his head open or running in a street and dying. These images are with me all the time and has made me very overprotective, more than a normal mother. Even while he is in the back yard, I have horrific images of something happening to him. I have images of even my son's friends will turn on my child and bully him or show aggression toward my child, and I triple check my home at night to make sure everything is locked and safe. I have mental images of someone coming in a shooting us, if I go to bed with that image, I will not sleep, I will be up all-night checking doors. I have no feelings of security in my mind or in my home because of the content. This is continuous and is all the time. The graphic content and abuse of children was horrific and causes over – I would view graphic violence all day lone so my head got use to worst case scenario all the time this is every day, night and all the time. I am not how I use to be. This now causes me to not sleep and I have nightmares and night sweats and experience day terrors. I cannot stop myself from the thoughts that I have which are related to what I had seen on a daily basis in my position there.

While at Facebook (Cognizant) they offered a counselor but made sure you

did not spend too much time with them.  You had to go to the counsel on your time not the companies.  They said you could go whenever you like, but if you spend too much time you will be terminated, so the environment you struggled with because you are worried financially for yourself and family so you stay silent and barely go to the counselor and only spend 15 minutes (on your own time, not the companies time) so you do not get fired.   I now stay to myself more than I did before, I do not like to be around a lot of people.  I used to enjoy being on social media, but because of what I saw, it is not fun for me.  I worry too much when family or friends post their children that they should be careful as once you share it belongs to Facebook, it is not yours and now child trafficking could have that photo.

81.   Jordin Taylor. Since working at Cognizant as a content moderator for Facebook I have been diagnosed and deal with Post-Traumatic Stress, Depression, anxiety and this has caused alcoholism, low sex drive, nightmares and night sweats, irritability, insomnia, migraines, joint pain, muscle spasms, short tempered, and paranoia.  On top of that I have lost memory and other people and family do not understand me or what I have went through and call me crazy. I also have severe stomach issues causing physical pain and cannot eat certain foods now due to the stomach and ulcer issues.  I am very paranoid; I cannot have people behind me or stay in large crowds.  When I go shopping, I am rushing through the store and forget what I need.  I have daydreams or day terrors which cause triggers and I try to block it out.  People say that I say stuff, like when I'm thinking about something from having a trigger or flashback, I say it outload, I talk to myself. My

last two relationships ended as I'm quick tempered and can tend to fly off the handle, this has caused depression.  I always forget where I place things and I constantly lose things.  My family does not want me around certain times or in certain situations because of how I have changed.  This has made me very isolated and adds to all the problems I now go through because of the content I saw, every day, hours on end.

82.    Kachaundra Brown. Since working at Cognizant as a content moderator for Facebook, I have continued to have post-traumatic stress, anxiety and depression.  What really started it for me from viewing the graphic content was that it brought back memories for me that were not resolved in my own life, something I went through and from see things like I did for Facebook brought it all back and started it over again.  It made me feel that I had to try to help myself, as I felt at that moment the thing I was burying inside me from my past made me feel that I had to confront it all over again.  This opened a fresh wound, and I could barely sleep, and I was more depressed then ever and had severe anxiety over it.  I had days I would cry at work and could not stop.  Now, since working there, I still deal with what I saw, and I deal with not being able to sleep any more.  I have night terrors and night sweats that continue to this day.  I have hallucinations and they get so bad that I feel paranoid wherever I go or wherever I'm at.  It got so bad that I feel like I am going to die, and the depression is hard to handle.  Still to this day, years later I am still going through it and still trying to handle it.  I do not have a social life any longer, I stay at home and don't go out.  I have tried to go out but I

have hallucinations more when I am out and I tend to find myself trying desperately to get home, so that stops me from having a social life or wanting to go out at all.  I feel strange now and I am a different person since working there, it has changed me forever.

83.    Karina Aryngazy. While working at Cognizant as a content moderator for Facebook, my job consisted of watching disturbing videos, photos, and live stream daily, for the entire day.  I worked during the night shift and that shift is where you view some of the most violent content. I have mentally suffered from watching content that was damaging.  Our managers never offered any help or support, they were telling us not to mention to anyone that we work as content moderators or to tell them what kind of content we were viewing.  They also told me not to mention Facebook.  It was very hard for me to watch the content, and once I could not really look at those terrible photos and videos and I had to skip a few of them, and I was reprimanded.  Since working, I could not find another job, I was severely stressed, had anxiety and did not have enough money for living and had to move back to Kazakhstan and start a new life from scratch.

84.    Keith Glasco. Since working at Cognizant as a content moderator for Facebook, I cannot sleep and have nightmares.  I have tried so many sleeping aids and they do not help.  I lost my apartment and had to downsize drastically and at the same time lost my relationship with a loved one.  It took a long time to build up and get back on my feet from losing my job and from what I went through and saw while working there.  This has changed my life, from my jobs now and activities

with my loved ones.  From the images I have seen, I do not trust anyone with my children except my mother.  My children will not take a bus any longer and I am now much more protective than I was before.  I used to love going out now I cannot be in crowds and stay at home all the time.  I do not trust people like I use to because of the horrific graphic images I had to view day in and day out.

85.    Keshaun Greene. The time I spent working as a Facebook content moderator has caused me to suffer insurmountable losses. From the state of my mental and emotional health to the many crippling financial burdens, I left Cognizant a completely different person. My worldview had changed drastically, causing me to become very negative towards other people. All of my personal relationships were poorly affected by my new personality traits, especially the ones with my wife and children. At night, I have nightmares of the content that I was tasked with reviewing, so I am only able to get four hours of sleep, at most. Along with the nightmares, I have been yelling in my sleep, experiencing night terrors, and having severe cold sweats. The poor sleeping conditions that I deal with have been preventing me from having energy during the day to do the things that I use to enjoy, such as pursuing my music career. As I have been trying to cope with the lack of energy and intrusive thoughts, my perspective changed, and I have become very hopeless. Everything that I was, and still are, going through has taken a huge toll on my marriage, which eventually led to my wife and I filing for divorce and separating. On top of losing my marriage, my relationship with my children has been put in jeopardy because I can rarely see them. Even the simple things in my

daily life has been affected by the conditions that I have developed since working for Facebook. I can no longer eat certain foods without getting sick, and my personal entertainment has been minimalized because I cannot watch things that I use to enjoy watching before. The pain and suffering I have been going through has completely changed my personal life and affected my relationships. I was initially unemployed for four months after leaving Cognizant until I found a short-term job but I have since been unemployed from June 2020. With no source of income, I cannot afford to pay my rent and I was evicted from my apartment. Similarly, my car was also repossessed when I could not keep up with the payments, forcing me to borrow money to buy it back. Through all the financial hardships and personal struggles, I could not afford to seek medical treatment because I no longer have medical insurance. When I was finally able to see a doctor, I was prescribed with medical marijuana and had to pay for the expenses out-of-pocket. Before I was a content moderator for Facebook, I was a happy person, living a normal life with my family. Not only has this pain and suffering greatly cost me in every aspect of my life, but it has also been financially uprooted and has left me with nothing.

86.    Kevin Sami. Working at Cognizant for Facebook's campaign has been quite the eye-opening experience for me. Every individual has access to the news where they report the politics, tragedy, and heinous events happening around the world. Not everyone has the opportunity to hear that they, as an individual, can make the world a better place by preventing the average person from seeing such

events. I was one of the people who assumed the role of the hero.

As the hero, I endured days in and out of not only learning about the most recent of the above, but seeing images taken by bystanders/witnesses of the events. Every police murder, school shooting, the racist rants supporting a political figure. These alone make people furious hearing about it on the news. Watching people die, seeing the snapchat videos and hearing the panic of the Stoneman Douglas High shooting before news outlets could even report it. Get this, that isn't even the worst part.

We've had to watch people kill themselves, slaughter each other, engage in molestation/rape, and the list goes on. The icing on the cake is, there was always someone on the thread who found it funny/enjoyable. One of your peers may even be that person. That part was absolutely infuriating.

Every night I went to bed, and every moment I woke up I needed to make sure my loved ones were safe. Any time I'd hear about a tragedy I needed to know my people were safe. I became very needy, attached, and anxious. I was also incredibly depressed. My symptoms became bad to the point that therapy wasn't enough, and I needed Psychiatric Care.

My girlfriend at the time left me due to my change in psyche, I haven't been able to cope with long term sobriety, I can't think as clearly or efficiently I used to. I struggle with the fact that after being treated for addiction, I've gotten to a point where a doctor has to tell me that drugs will help me. The most they do is make me feel how I did before Cognizant! I haven't been able to manage my stress on my

own without my meds, have had 2 episodes causing me to miss work. I can't be in my quiet bedroom alone without being haunted by the gruesome things that I've seen. I can't understand how after: fighting my demons, experiencing addiction, being treated for addiction, and beating addiction, the solution to my mental illnesses is to take substances.

I struggle with the feeling that as the hero, I didn't save a single person. All I saved was Facebook's profits by making the average user experience a safer viewing space. All it cost me, is my mental health, the woman I love, and my cognitive ability.

87.     Kristina Contes. Working as a content moderator for Facebook (Cognizant) is something I should have never been allowed to do. Not only was I already diagnosed with bipolar disorder before starting my time at Cognizant, but I had also just given birth to my first son and was experiencing major postpartum depression. There was no proper screening or preparation of any kind before I was thrown into the extremely fast-paced, highly stressful work environment of content moderation.

When I was still working at Cognizant, I felt very helpless throughout the day. The content I was moderating had started to take a toll on the comfort I felt in the workplace and the trust I had built with other people. The time I spent working for Facebook has destroyed my view on the rest of the world. Trying to numb myself through the gruesome content at Cognizant has caused me to suffer from dissociative episodes where I completely lose touch with reality. The negative

effects were immediately noticeable in my personal life at home, as I separated from my husband and father of my four children. Some of the content I moderated has caused me to become extremely terrified for my kids, which in turn has impacted their relationship because I no longer trust anyone but a very few close individuals to be around them. I have nightmares of beheadings which cause me to have night terrors almost every night, leaving me exhausted throughout the day. I only have a very few close friends that I can maintain a relationship with because I struggle with severe trust issues. Due to the extent of my mental health conditions, I have been unable to hold a steady job since leaving Cognizant in October of 2019. I have been able to find employment at times, but nothing permanent because I constantly feel like I am going to be attacked or harmed at work. I am currently participating in a program to help me reintegrate into society after becoming too isolated and disconnected from the world. Financially, I cannot support myself and pay for the costs of my mental health conditions. During a dissociative episode, I was arrested for assaulting someone and must pay the legal fees for my case with no source of income.

Before working as a Facebook content moderator, I had the potential to get ahead in life and make a good living for myself. Cognizant jeopardized my already damaged mental health and has undeniably made my life much more complicated. Unable to maintain a source of income, I can barely afford the costs of my medication. For the rest of my life, I will struggle to bounce back from the damage that Facebook caused me.

88.     Kshanta Nunn. I was hired by Cognizant to be an operations manager for the Facebook content moderation program. Although I was not hired to be a content moderator, the duties of my position required me to moderate content daily for various departments, one being the law enforcement response team. After almost a year of working for Cognizant watching the most violent and graphic content on the internet, my employment was terminated, and I was left struggling. Without any medical insurance for myself or my family, the entirety of my medical treatment has been paid for out-of-pocket. I have had to see, and pay for, a psychiatrist and two different therapists. I have been given prescriptions and magnesium supplements I must take every day and pay for as well. I was completely out of work for a year and a half, which took a huge toll on my family's financial situation. As the main source of income for my household, I could no longer pay the bills and my house went into foreclosure. I got behind on my credit card payments which resulted in me defaulting on four out of the six accounts I had, leaving me and my husband with very bad credit. Financially, I and my family have been totally devasted by the loss of my steady income. On top of the financial crisis I have been facing since leaving Cognizant, I have been dealing with serious mental and physical complications as well. I experience terrible migraines throughout the day and have many unresolved stomach and intestinal issues. At one point, my marriage was falling apart because my husband did not understand what I had been going through at work. The relationship with my children also began to deteriorate when I became uncontrollably edgy and angry towards them.

At night, I suffer from nightmares and wake up with cold sweats which never allow me to get rest. I have been emotionally and mentally drained from what I was exposed to working for Facebook and Cognizant. It will take me the rest of my life to fix the huge financial hole my family has been thrown down.

89.    Lakisha Nesbitt. While employed by Cognizant viewing graphic contact for Facebook, I was not properly trained, and they did not provide help or wellness for the content we viewed.  I was doing so many jobs a day and if we did not meet our quota we were terminated.  If any jobs were marked wrong, we were also faced with termination, as well as if you were late, had emergencies or took breaks longer than they wanted, we were threatened with termination.  I walked into work with fear of being terminated each day and on top of that, the horrific content that was viewed caused emotional and physical affects. I feared every day I walked in of being fired.

Started off thinking good money and would be a great job, first day in training there was no trainer. The second day trainer comes, and we did not get training like we should, no one knew what to do.  I trained with a friend and she helped me to learn what we are supposed to do not the trainer.  On the floor we are to get help, as part of the training, and they did not provide that, you were supposed to figure it out yourself and they graded you. The stress was enormous and then the content we saw was horrific.  We got fifteen minutes of wellness a day and if you went over you got points, which added up to termination.  The counselors walked around but did not assist you or provide any relief.  If you had an emotional

day or the content became too much for you, you are sitting with everyone else, there is no privacy so you break down in front of everyone and no one can help you. My post-traumatic stress, depression and anxiety are causing me severe headaches and physical chest pains. I also have nightmares, one is of someone chasing me or shooting me, which causes me to not sleep well. I must keep a light on at night now and it is very hard to go back to sleep once I have woken from the nightmares.

90. Lameka Dotson. My life completely changed after working as a Subject Matter Expert for Cognizant's Facebook project. My once very active lifestyle devolved into isolation, pain, and overwhelming medical bills. I used to earn a full-time income as a martial artist by teaching classes and giving seminars to fellow martial artists from across the world. On top of that, I had a regular presence online through streaming videogames on Twitch, which provided another stream of income. However, since working at Cognizant, both my martial arts career and my streaming revenue have been jeopardized. My time working for Facebook and the stress it caused me resulted in the development of severe neck and shoulder pain, which has caused me significant nerve damage. All the pain I have in my neck and shoulder along with the extreme headaches prevents me from being on a computer longer than two hours. Unable to sit at a computer for extended periods of time, I have been struggling to keep up with my virtual schoolwork and must complete it in segments. Throughout the day, I am triggered by ambulances or other emergency vehicles, and different sounds send me into a severe panic very easily. I can no longer eat at restaurants with my friends because

I have become very sensitive to lights and get migraines. When my employment with Cognizant was terminated, I was left with no medical benefits whatsoever. I have spent around $3,000 in total on BetterHelp, so that some of my medical expenses could be partially covered, but I have still been overwhelmed with bills. At one point, I was regularly seeing a chiropractor for my back at $400 a visit. The physical damage done to my body has taken a toll on the relationship with my father. With such bad back pain, I can no longer make the two-and-a-half-hour drive to go spend time with my dad. I spent around two years completely out-of-work due to either my back problems or mental health issues. When I finally did get an in-between job, the same unwillingness to accommodate my back pain prevented any long-term employment. Although I am currently working another job, I still experience difficulties with my employers surrounding my back problems.

91.    Lamond Richardson. On a daily basis, I viewed and monitored Facebook graphic content and live streams which had sexual nudity, racial content, mutilations, abusive activities such as child abuse, murders and decapitations.  I was also harassed while working at Cognizant, I was attacked. A young lady attached to the owner, did not like me, I had not spoken to her, but she disliked me.  They ended up accusing me of things that never happened and that interfered with my personal relationships. I did not deserve what they did to me.  I have night sweats and nightmares.  I now have problems communicating with people specifically in the work force.  I do not trust anyone anymore.  I used to be social

and am now a loner I stay to myself.  The defamation of character on top of the content I viewed made me cry, the things I saw and the things they said about me were terrible.  I am unable to focus, when before I was very successful, this is now a challenge.  My train of thought about people and life in general is changed, I look at them in a different way which is why I isolate myself.  My relationship with my own children has changed, I make outbursts and they look at me differently and I feel as if they are afraid of me now.  This has made our communication less then it used to be, they and my friends both say I have changed.

92.   Lanequa Simmonds. After losing my job with Facebook (Cognizant) I was out of a job for almost 2 years which caused me to be late on my rent numerous times due to me having to wait for my unemployment to kick in. I do not go out anymore, I am always locked in my room and don't want to socialize with anyone, I stopped going to family events as well, and I pretty much don't care to be outside to interact in this cold world we are living in. The type of content reviewed especially suicidal content and bullying makes me fear for my six-year-old son every day.  Also because of Facebook (Cognizant) and the horrific content I viewed, right before I was let go from my job, I was pregnant but had a continued fear of my boyfriend and I losing our jobs, not being financially stable to raise a newborn or my five year old at that time, and with the constant fear that horrible things could happen to the baby or my child, I had to terminate my pregnancy. I barely sleep at night and if I do fall asleep it is well after midnight and I am up at least by 3:00 a.m.  I have had a pretty rough time during and now after Cognizant due to

the PTSD, anxiety and depression that I now have.

93.     Lapoloean Washington. During the time I worked for Facebook through Cognizant the first couple of weeks in training were probably the best.  It was perceived to be his great workplace that allows everyone to not just review content but also to have fun and seek counsel if content is disturbing; but that was not even a percentage of what I endured.  From constant content of suicides, murders, beheadings, animal brutality, necrophilia, bestiality, hate crimes, bullying, death threats and more.  The counselors on site could not prepare me for what I am still dealing with today and unfortunately I cannot afford to seek outside help for how I was affected, due to traumatic events working for Facebook (Cognizant) and getting medications I was taking to help with everything.  I would now have to deal with this for the rest of my life and it is not okay.

Three weeks training could not prepare anyone for what was to come and the interview process was not even structured to prepare you either, which is why I took the job, they made it sound so easy and fun.  They made you think it was structured and laid back, which is not how it was and now I am screwed and mentally and physically affected by it all.  With a job like that you become neutralized and desensitized and even though inside you are being more and more affected you do not know how to deal with it.  I still do not know how to deal with it, I just to bury it, but I am not okay and I know that through my sleepless nights, anxiety, constant mood swings and behavior and depression.

Since working there I have lost many people and friends in my life because

my temper is not the same; I become angry and aggressive and seems no opinions of others matter to me. In relationships now I only speak my way and nothing else matters.  I have an eating addiction disorder and never before this, I eat and then throw up.  I also have no social filter. On top of my behavior affecting friendships and relationships, I steer away from sexual encounters, and I have severe trust issues.  From items I viewed I have triggers and I would act or do what I saw, I became a stalker at one point, was aggressive, verbally abusive, and very jealous. The graphic content and images made me this way.  I consciously try to be normal and try to make myself but I am not very successful.  I push myself to be involved, get out, surround myself with others, but I just want to be isolated and not go out of my house, and sometimes not get out of bed.  That is a daily fight for me and I do not want to lose more friends. One of my concerns is I am always angry and I get more angry when others try to tell me when I have a trigger to think of it as if I am "watching a movie" and that I should not be affected then.  Unfortunately, the content we watched was real, some were actually live stream but all of it was real abuse, murder, and hate.  At night I cannot sleep, I have nightmares and night sweats with severe heart pounding with physically sharp pain and it is hard to breath, and it wakes my partner up when I go through this.  Before this, I was a fitness guru and I now have no motivation to do it and I stay isolated in my home. I am depressed all the time and I try to involve myself with friends or my partner to do things, but it is a daily struggle.  I am simply not happy; I want to argue all the time or be combative and I do not sleep.  My partner is very worried about me

now and knows I just do not sleep.  I have to continue to seek therapy in order to function on a daily basis.

94.    Larry Kelley. Since working at Cognizant as a content moderator for Facebook, I cannot sleep.  I may get about 3 ½ to 4 hours and I also get night terrors and they are very intense.  I run out of the bed in my sleep. I have severe anxiety attacks all the time and my body will start shaking and if I am driving I have to pull over just to calm myself down, these just happen and are very scary because I have no warning of them coming about.  I do not socialize anymore, and I simply stay home all the time.  I have become very paranoid because of the graphic content I saw, I had direct images of the pandemic and the political outbreak and lockdowns and this made my perspective change.  Everything I saw from Facebook has changed how I see and interact with others in the world now.  I am mentally a different person; I do not do things with the same freeness that I did.  I am no longer naive to the double talk from the news, and its propaganda. From being exposed for prolonged amounts of time, which was every day, all day, has affected me dramatically and I will never be the same.  This has made me an introvert, which I never was before, and I do not associate with people at all unless completely necessary.  I cannot deal with human contact, because of what I have seen, I have no trust in humans based on what I viewed 8 hours a day, every day. I literally stay in the house unless it is absolutely necessary to go out.

95.    Leslie Julius. While I was working at Cognizant as a content moderator for Facebook it was very difficult for me as I saw a lot of horrific graphic

video, images and live streaming, such as hate speech, graphic violence, abuse, murder and this affected me. During my employment I started drinking a lot and using drugs to cope and forget the images I continued to see. I started viewing people differently than I did before, I viewed them more harshly because in my head I could not stop the images, terrible slurs made, and my mind would think about death and people getting killed all the time. Things I normally would not do I stated doing, I started doing risky things and that affected me as I would do things out of the ordinary for me. This continued since working there and now I cannot be around crowds or a lot of people, too much noise makes me nervous and fearful. I now have to take numerous medicines and see a therapist for help, but I still engage in behavior that I have never done before and I to this day cannot clear my mind. I'm scared of pumping gas at the gas stations since seeing images and graphic video of people being blown up while doing that at the gas pump. I don't like to be by myself at night outside as I am always thinking about how I will be hurt or taken advantage of or kidnapped. The images of seeing so many ways of being murdered, kidnapped, and killed now has a hold on me, and I always think someone is following me or going to kill me, even while I am at home alone. I am always terrified, and this is a horrible feeling. I never was this way before, and in order to forget this and cope I had started using drugs and drinking. Friendships are different now for me because of what I saw. The content to which I was exposed makes me afraid of everything, so much so that it is hard to function in society and hold friendships. I close my eyes and I see bodies being burned, jumping out of

buildings, terrorists killing everyone, or people in the movie theater being killing; I do not like public places because of this and it makes me afraid that someone will come in and shoot everyone.  I cannot sleep at all and must take medication to help me with that, but I still have severe nightmares and wake up in a sweat.  Nothing has been the same because of moderating content for Facebook.

96.     Margaret Rogers. I started my job at Cognizant as a team lead for Facebook under the impression that there would be ample support provided to employees in need of counseling during long shifts. When I arrived, however, I realized that on-site counselors were never available to help employees during the night shift because there was a five-hour period where counselors were gone. The lack of available night counseling meant content moderators had to work full-length shifts without any breaks at all.

Since leaving my position as a moderator, I have been suffering from Post-Traumatic Stress Disorder, depression and anxiety. The high levels of stress I have experienced resulted in a physical manifestation which required me to undergo surgery. I have lost relationships with many of my friends, and my relationship with my husband has been negatively affected as well. The overwhelming anxiety that I feel in public prevents me from being able to spend time and build back those friendships because I am too scared to be out of the house.  When I have finally been able to rest, I am tormented by terrible nightmares that cause me to scream in my sleep and wake my husband up. Daily life is completely different than what it used to be for myself. I have completely lost my sense of security in familiar

environments and will struggle to find peace for the rest of my life. I spend every day working completely exhausted from long nights to recover the income which I lost while out of work for six months following my departure from Cognizant. Although I try to find normalcy in a daily routine, life will never be the same for me or my family.

97.     Mark Langley. I began my employment with Cognizant working as a content moderator for Facebook in November 2017, when the project first started. I went into the program as a seasoned employee that had served in the military and retired. When I started working at Cognizant, I was subject to a high amount of harassment from my team leads. Eventually, the harassment progressed to the point where I was put on administrative leave for a while. When I came back from administrative leave, I was still having trouble with some of my team leads, but I was continuing to work the night shifts. I ended up leaving Cognizant because the medicine I was prescribed did not allow me to work at night without putting myself in harm's way in getting home. When I left, I felt extremely isolated from everyone due to the poor conditions I experienced at Cognizant and from view horrific content day in and day out, repeatedly. I was not talking to people how I use to too, which took a huge toll on my relationship with my girlfriend. Without having a job or source of income, I was unable to pay my child support and ended up burning through all of my credit cards. I still needed many knee surgeries resulting from my time in the military, which I could barely afford. As of today, I am 90% disabled between my physical and now mental health complications. I have been prescribed

medical marijuana to help with my post-traumatic stress, anxiety and depression, but sometimes struggles to pay for it without a job.

The time I have spent working at Cognizant changed my perspective on the world and made me see the worst in humanity. As an African American man, I am already against the use of racial slurs, the content I moderated pushed me into a depressive state surrounding racism, making me uncomfortable around others. Not only have I been financially struggling since I left moderating content for Facebook, but I have also been emotionally and socially struggling to reconnect with people in my life and no longer have any friends. On top of this, I have nightmares and night sweats and cannot sleep and my sleep patterns are completely off.

I saw so much, and we were told Facebook says it is a "secret" and we cannot talk to anyone about it.  As I said I was in the military, and before this, I loved people, I looked for the good in others, now, I hate everyone, I do not trust people and I am not friendly.  The content of children being abused has broken me, as I love kids, and it eats at me and has caused a physical illness and stomach issues. When working there, you watched content, had a 30 minute lunch breach and ate and then back to watching horrific content.  I miss my normal life and the struggle to just go through my day.  Before I could say I was a strong man, but now I am broken and scared and cannot trust what I see, feel or hear.  I thought we lived in a peaceful world before all this, and now it has made me hate every race, ethnic group and due to the video content.  Now I try everyday to get back to trusting and

get back to a normal life, if that is possible.

98.   Marteyuna Holmes. Since working at Cognizant as a content moderator for Facebook and from viewing the graphic content it has put a huge barrier on my family, my husband and myself.  I would come home from work and cry and could not talk to my husband about my day.  I simply zoned out, each evening, in a depression and it changed me and affected my relationship with my husband.  I am now also fearful to do most things outside, like something as simple as pumping gas, I fear doing these items because of the content I saw.  I was forced to watch graphic video to determine if it should be deleted and there were things like beheadings, murder, and rape.

99.   Matthew Tyler. Since working at Facebook, I have had trouble sleeping.  There were images and video I watched that has given me nightmares and I cannot sleep and causes severe anxiety.  I also have trouble falling asleep. From the content I watched which some were gruesome car accidents, and they give me anxiety and apprehension in driving.  I notice that when I drive, I have changed my habits, as I am scared to turn in front of people, I wait for huge gaps when pulling out or turning. I actually pull off the road if there is a lot of traffic or cars or pedestrians, all from seeing too many videos of people walking on the road and getting hit by cars.  This also makes it that I am scared of walking on any roads with any cars on them or crossing the street.  I have trouble with socializing because of the content, and after all that, it has given me a different outlook on people, in general, and it is hard to be around or socialize with others.  This affects

me and my family and friends and employment.  My general feeling is that of helplessness because of what I saw, and it has given me a lack of enthusiasm in life, I just want to stay inside.  I was very active before, and now because I just want to stay inside, it makes my back pain worse as I cannot do anything active as I'm too scared to go out or do things or be around people. This has caused both a physical and mental health deterioration. I can now injury my back more easily now, and I have trouble walking around due to sitting too much and staying in, as I cannot go out any longer.  I now have a very different lifestyle because of the depression and anxiety, which makes it very difficult to socialize and find job which I fit into.  I now have to figure out how and where to work due to my physical and mental changes and what this has put me through.  It is hard to talk to people so that also limits my opportunities as well.  My sleep schedule is completely off, as I sleep to noon or 1:00 p.m., most days.  I try to get onto a normal sleep schedule, but I cannot go to sleep and then stay up late and cannot get myself up and out of bed the next day.

100.   Maurice Moore. I worked as a content moderator for just over a year when I was forced to leave due to underlying health complications that had developed from the job. Since leaving Cognizant, I have not been able to find another job to support myself or my five children. Without having a job for financial support, I was evicted from his home and had to move in with my girlfriend.  My constant struggle with mental health nearly ruined the relationship I had with my girlfriend and my son. To this day, I am still fighting homelessness.

I have tried taking out loans to support myself long enough to find another job, but ultimately, I defaulted on the loans and eventually lost my bank accounts. I have been financially devastated due to the consequences I have suffered from being a content moderator for Facebook. The lasting negative effects of my time with Facebook and Cognizant on top of the stresses of homelessness eventually caused severe inflammation which required surgery to fix. Without any help from medical benefits or insurance, I have had surgery to remove one of my testicles. As a result, I will have to pay for and take testosterone pellets every day for the rest of my life. Not only am I physically affected, but I am also mentally and emotionally damaged from such a traumatic experience. I left my job as a content moderator in a much worse place than when I arrived. I have suffered permanent mental, physical, and financial damage that will continue to burden me for the rest of my life.

101.    Meghan Lajeunesse. When I started working at Cognizant as a content moderator for Facebook, I was completely unaware of the possibility that my health could be severely affected by the job. After almost a year of extreme stress and lack of concern for employees, it was apparent that I was having mental and physical issues due to the graphic content I had to view over and over, day in and day out.  I was originally one of the first training classes and we were forced to see terrible things and were told to just accept whatever they told us.  On top of the content, my schedule was constantly changing, and I had absolutely no control over it.  They held us to a 98% accuracy rate and would throw you into remediate training class if you went under or took too many breaks.  One video that stays with

me to this day, is of a five-year-old performing a sexual act on an old man, I could not sleep after seeing that for days.  Even now, this is embedded in my memory. I am now a negative person and do not enjoy anything, I just cannot seem to ever be happy. I cannot sleep with the horrible and vivid nightmares; my brain thinks I am awake but asleep and I wake up feeling as if I got no sleep at all.  The content and the job have caused severe post-traumatic stress, anxiety, and depression, which I now will have to live with.

102.   Micah Amlong. I have been affected mentally.  When I drive, I get anxiety just because of the accidents I saw, and individuals run over. I cannot sleep at night; I get nightmares and cold sweats.  I get anxiety physically l sweat, breath heavy and heart races. Social settings are difficult. I'm always checking surroundings, and fearful due to the gun violence we saw.  I drink more than I did before to cope, and it got worse as time went on.  It made me emotionally numb and desensitized to a lot of things.  When I need to be serious I can't and that is harmful. I look at the world different.  Every time I hear baby crying, I think of the videos. Same with dogs barking.  I remember the past videos and they stay with me.  We were "taught" when we're done with a video be done and work on next, and to not bring past emotion to the next.  Now my memory is not the same … I forget things instantly and it affects my work now. I'm more a worrywart and overprotective. I cannot do the same things I used to do.  I get agitated easier than I did before, and that is not me normally.  Engaging socially is the worse. In social settings I am withdrawn and always looking at others and the surrounding to find

an exit.  Police officers now scare me because of the video, it is a strange feeling because I know it is not normal.

103.    Najee Fisher. Before I started working at Cognizant as a content moderator for Facebook, I was living and enjoying a normal life. By the time I left, however, I had gone through some significant changes. Instead of being relaxed and calm throughout the day, I am constantly on very high alert. I struggle to be around people for extended periods of time, which has affected my ability to go out in public the way I once did. Since leaving Cognizant, I have been having a very hard time sleeping at night. I only get around four and a half hours of sleep each night, which leaves me waking up unrested and exhausted for the day. Until I found employment recently, I was completely out-of-work for three months. During the time, I did not have the financial security that would allow me to seek medical treatment for the mental health issues I was facing. Unable to see a doctor, my condition had been left undiagnosed and untreated for over a year, which caused my mental health to worsen. Now, throughout the day, I am very anxious and always on edge about my life in general. I have become extremely worrisome regarding children in Tampa and cannot stop myself from fearing the worst-case scenario. Although I have been able to maintain my employment with Tampa General Hospital, I have been having more and more trouble at work. I often find myself very disturbed by the things I must help with or see at the hospital, which has a negative effect on my overall mental health and comfort in the workplace. My entire personality changed after I started working at Cognizant. I can no longer live

in peace or provide myself with the proper care and support I require to maintain a healthy lifestyle. Working for Facebook destroyed what I spent most of my life building for myself

104.    Narada Williams. Since working at Cognizant as a content moderator for Facebook, I could not find employment due to my Post-Traumatic Stress, acute stress, anxiety, and depression.  This caused me to have to move back to Virginia and move in with my parents.  Before I could move, I had to stay in a hotel and pay for a storage unit, until I could get enough money to move back to Virginia.  I also do not have a social life like I used to and all I really have is my dog in my life.  I do not even trust anyone to watch my pet, except my parents, because of the horrific and graphic content that I had to watch all day of abuse of animals.  Other content which contained murder, horrific car accidents, abuse of children, suicide, I now find it very hard to connect with people at all.  I thought it would be different when I moved back to Virginia because I had friends since I was a child, but even with them I am withdrawn.  I tend to preach to them to stay off social medica and continually tell them to watch their children because of the content I saw.  I do not sleep at all; I have nightmares and wake up in night sweats.  On top of the nightmares, I have random triggers and flashbacks during the day.  I try my best to not think about it, or what I saw or the images, because it bothers me so much and causes me anxiety and panic attacks.

Before I left working for Facebook as a content moderator, I had requested a leave of absence because my cousin, who was also my friend, was murdered on

Facebook live.  Everyone at the office was viewing the content while at work and that caused a spiral of anxiety, stress, and depression.  I try to warn and tell people about the harms of these graphic content to help them avoid what I am going through.  This distrust of others and this fear, carriers into my daily life now and carries into my jobs.  I cannot work a daytime job because I cannot be around a lot of people, so I am forced to look for overnight shifts.  Working the night shifts, I have to take physical labor jobs and that causes me physical pain on top of the emotional and mental pain I am going through.  I was in the military and have an injury in my left shoulder and now I am forced to work a labor job which is very hard on my body, but because of my PTSD, stress, anxiety, and depression, I cannot work during the day with a lot of people; I am now only around nine people. I will have to continue to seek treatment and talk to a therapist about this.  I also turned to smoking marijuana and drinking alcohol to cope and to sleep, and that is not good for my health on top of the expense of it.  The mental and physical toll of all of this is hard and sometimes it is the only way for me to sleep.

105.   Nate Oliver. I started working with Facebook (Cognizant) when the building first opened up in batch 3.  When I first started it was around hurricane season and we were shut down for a while, calling in everyday to see when we could work.  Everything started well until I got onto the floor and started seeing videos of things that were very uncomfortable. I saw content with animals being beheaded to sexual activities being done on adults and children to someone getting shot live. The word "nigger" was used constantly. Everything was about status, and the

postings were racial.  We had training to go over this but the trainers themselves would use the word "nigger" over and over, like it was okay.  I am not okay with that word or the racism, makes me uncomfortable with this, from African Americans as well, it is now a trigger word and I get very offended.  The entire environment changed, the kind people who were there before were now cold, callus and nasty to everyone.  It seemed that even the employees changed while there.

They had tranquility rooms there, but we could never use it.  We only had 30-minute lunch and a 15-minute break but that was not enough time to use the room or get yourself together.  There was video of animals and someone abusing that animal and drinking the blood, or someone being shot alive on the recording, those bothered me and now it is a trigger.  If someone treats an animal wrong now or the news with murder, it is very hard to handle.  I used to love scary movies and now I cannot watch them, the content has changed me and I cannot watch those movies with my family.  My family is concerned for me too, I am on an emotional roller-coaster, I have 2 kids and a stepchild and have to try to stay focused and create a better life for them but it is hard.  I was accused of sexual harassment falsely and then told be put on paid suspension but was terminated over the phone. They did not allow me to explain or defend myself when the branch manager was actually hitting on and harassing other employees all the time.  It was very unsanitary, bathrooms very messy and management never did anything to help you emotionally or take care of the physical building itself.

They would have town hall meetings and ask employees embarrassing

questions in front of everyone.  They thought they were joking but it was hurtful and caused me to be very emotional and cry or be very angry all the time.  Now, I have headaches all the time, they come out of nowhere, and I am an emotional reck.  I have young children so I have to keep myself together for them but it is a struggle and my own children know that somedays I'm different as I just want to sit in the dark and not come out of my room.  I was incarnated and I do believe what I went through had something to do with that, it changed me emotionally and physically and I do not think I would have made those choices if I had not been a content moderator.  I now have to try to make peace with it all, and struggle to get my life back together.

106.    Neftali Diaz. When I started working as a Facebook content moderator at Cognizant, I was already monitoring my mental health with resources provided by my Veterans Affairs benefits. As an ex-military member, I had grown accustomed to working and living in high-stress environments. When I left the service, before working as a content moderator, the VA determined that I had Post-Traumatic Stress Disorder at 30 percent disability. Once I started working at Cognizant, however, my symptoms slowly began worsening.

I requested accommodations for my disability but was denied and eventually terminated for tardiness. The VA re-evaluated my mental health and determined that my PTSD disability had increased from 30 percent to 100 percent. I began experiencing severe panic attacks and became very antisocial in my personal life. I struggle with overwhelming anxiety in public and must avoid loud noises to get

through the day. I turned into a very heavy drinker through all my emotional hardships and had to start seeing a Veterans Affairs counselor for alcohol abuse. During the day, I am always on edge and become very anxious before leaving my house, which has prevented me from being able to find a job since being terminated from Cognizant. Although the VA helps with the cost of my treatments and medication, I still must make copays for my prescriptions out-of-pocket. Not having a steady source of income through all the counseling and psychiatrist appointments has left me struggling to financially support myself. The nature of my mental health condition has caused me to lose many friendships and relationships from being so desensitized to compared to my peers. I have no money, no emotional support system, and no way of being able to work a job that can provide the means necessary for me to live a happy, normal life again. The two years I moderated content on Facebook have completely uprooted all that I worked for.

107. Neishia Holmes. I was a social media content moderator (at Cognizant) and had to action different jobs (view different content) to see if it was to stay up on the site or be taken down. Sometimes I had to watch people getting their heads cut off, people being tortured and having their insides ripped out while they were alive. I also was forced to watch adults and children being raped or getting ran over by vehicles. I have not been able to sleep since then, and while working there, we were told we would have support or hep but that never happened. I lost wages from 2020 to now and that has affected me – working

doesn't make as much so getting normal stuff like bread, food and finding a job at the last minute when laid off was very hard to do.  We simply got an email letting us go, was very hard to try to find a job that actually paid what you were making, specially not having a degree to get the same pay. I do not like to be around people at all now, it is very scarry as I get very bad anxiety.  I have hard time breathing and my body shakes, my legs don't move, so I must go home.  The anxiety keeps me at home, and I cannot do normal things.  Now I must deal and cope with this by myself, which is very hard, all while trying to find another job.  You must deal with your own problems yet try to work and listen to other people's issues.  I stay in my room unless my family encourages me to go out but if I do it is very limited or shorter periods of time.  I don't go outside, and it is aggravating. Content had to see then go to normal life, I saw video someone on a motorcycle get hit and die and then go home and my husband has a motorcycle which I could not handle.

   At Cognizant, they did not give you long breaks to get yourself together after seeing this content, but you must go back to your desk to view these videos, one of someone getting their heart taken out with a kitchen knife.  I only sleep 4-5 hours a day, I do not sleep and when I do I wake up with night sweats.   I have terrible nightmares and they have continued to get worse.  I am a grown woman scared of the dark, I have a nightlight or keep the TV on in order to sleep.  My eating has been disrupted, the PTSD and anxiety has caused my appetite to diminish.  I eat maybe once a day, at night and it is not good for me or healthy.  I cannot hold conversations with people any longer, I don't know how to keep a conversation

going, my mind wonders, cannot keep focused and very hard to listen or have conversations with people.  My eyes have changed and now have glasses.  I got in a car accident while working there, I was tired, had long hours and when I left work, I got in a car accident.  When people die, I tend to laugh, I never did before and now have a dark humor to life and death, and I know this is horrible but must laugh in order to not cry uncontrollably.  I kept the job because of the good pay and great benefits, so I stayed, and laughing at death was a coping mechanism due to the painful and horrible things that are going on inside myself.

108.   Nicholas Davis. While working at Facebook (Cognizant), for 8 hours a day, we were required to see images, watch multiple videos or live streams of horrific items, such as murder, death, suicide and rape or abuse of adults and children.  Because of the content that I viewed at Facebook (Cognizant), I am continually paranoid by normal things, and I do not trust others like I use to and this has affected my relationships with friends, family and even strangers. Most nights I cannot sleep, I have continued nightmares from the content I saw, and I wake up in sweat and am unable to go back to sleep. I will get on average about 7 hours of sleep the entire week.  This takes a mental and physical toll on me. I now have headaches a lot and migraines all the time. My own family and friends say that I have changed, that I act different and am not the same person.  My personality and trust have changed, and I am angry and more aggressive than I ever was before.  I get mad at the drop of the hat over small items which I never would have before.  I now distance myself from everyone, even family and friends.

My appetite has declined heavily, and I have lost a lot of weight.  I do not go into public places and when I have to, it is very hard to, even doing simply things like going grocery shopping.  During the day I have day terrors and triggers, I will see things that will make me think of the horrific content I saw, and I become paranoid and withdrawn.  The triggers remind me of things that happened (the content I viewed) and I'm fearful that it is happening in real time. This makes it very hard to function normally and it has taken a toll on me mentally and physically.  Since leaving Facebook, I was unable to find employment, which I'm sure was due to my paranoia and inability to be in crowds.  I collected unemployment for just a while and even at my current job I make less than I did before, and it is difficult working. This has caused a severe financial hardship on me, and I was forced to max all my credit cards just to survive.

109.   Nicholas Collins. I joined the Facebook-Cognizant program in Tampa after being misled about the type of content being moderated. I was informed that the only forms of content employees had to moderate were text posts and photographs. On my first day, however, I realized that I would be moderating everything from simple text posts to full-length torture videos.  We were told that we would not be creating any content which was a lie and we had to pass a course to be a certified Facebook training, in which we show competency with separating head from heart and action the content by policy not how we "feel." This was comprised of one week of training at the Austin Facebook office and two rounds of community guideline trainings maintaining a 95% or greater accuracy, then we had

to facilitate training of all of the community guideline training to live classrooms with Facebook trainers evaluating which was extreme pressure. I would spend 4 hours a week when in class and 10 hours a week when not training a batch which was moderating content with a 98% accuracy rate.

Content we were told we would be training on was reviewing, initially posts, photos and texts and that quickly changed to video content which eventually included live FB & IG videos. During training, we had been shown a small sample deck of 10 slides with, at the most, extreme roadkill and some hate speech with the "N" word. We were then asked how we felt about the slides and if we could handle that type of content. The imagery was completely shadowed by the extreme difference of what we were exposed to. How can someone compare a photo of roadkill to a video of a boy strapped down to a table struggling to breath as his chest is cut open and his lungs can be seen inflating and deflating outside of his chest. This is one of many videos that have been a burden on my mind. Nowhere in my employee new hire packet was there statements requesting mental health screening or had anyone ask me anything in regard to my mental health.

110.   Nicholas Lovelady. I was hired in November 2017, by Cognizant as a content moderator for Facebook and in January 2018 I was promoted to Quality Analyst. I began to voice my concerns to management over the continuous graphic and violent content, the negative effects it was having on my own mental health, which we were subjected to all day, every day. I was not able to sleep at night, waking up with nightmares and losing weight, suffering from depression, extreme

anxiety attacks and having flashbacks and feelings of fear, foreboding and paranoia.

I tried visiting the on-site counselors and did so maybe six times, but management came after me for it, accusing me of trying to get out of work. Management and team leads did everything they could to discourage us from seeking help during work hours and during team meetings we were threatened with termination if we did not maintain productivity. On top of this, our bathroom breaks were closely monitored, and we were reprimanded if we exceeded the time allowed nine-minutes per day. Team leaders would use vulgar language and single out me or others, tease people based on their physical appearance, we worked in a culture of fear and intimidation. They had days of mass termination where as many as thirty people would be let go and given a plastic bag to gather their items and escorted off the property in front of everyone.

It did not matter how many times I told them what we were all experiencing due to the constant onslaught of violence and hate, all concerns fell on deaf ears. Because of the years I had to endure watching graphic and horrific content it has destroyed my mind and body and the happiest parts of my life have been taken away from me. I cannot live like I did before, those options are now gone. One item I remember watching was cannibalism, people eating other people, so raw meat, food and steak now disgust me. My own wife has been severely affected by this as well, she tried to commit suicide due to all the changes in me as she could not understand or handle it either.

111.     Noah Sheehy. Since working with Facebook (Cognizant) and from the content I had to view, it has affected my sleep and I have had to take melatonin for the last two years.  I also worked the night shift making $18.75 an hour, as there was a large financial incentive to work that shift, and that also threw off my sleep schedule, on top of the nightmares and night sweats that I have been experiencing. One of the nightmares I tend to remember is about being at the facility and not being able to get out or being kicked out of the facility, including being publicly humiliated there.  After leaving the job, I lost my career path and have not been able to find any other opportunities like that as to the financial aspect of the job, and because of this I have experienced huge wage losses since working there, even as of this day.  It is very hard to talk about that job and hard to put it on a resume, as it is very difficult to explain to others, what exactly we did, as they don't understand what everyone went through. After I left the job, I have been stuck in a rut, since then, and am not myself. I have physically and emotionally changed. This has taken a physical toll on me, with no sleep and a lot of the content that I saw goes on replay over and over in my head.  There are also triggers in my head from certain sounds, or images that cause pain.  Sometimes when I try to mention what I am going through to others, they don't understand and now I cannot talk about it as it is very disturbing and you cannot talk to others about it as they don't understand.  I don't speak with former co-workers and cannot talk to my friends or family about it which is very lonely.  I feel as if I have no one to talk to about this or what I am going through.  The content I saw, I will never forget as they were so

jarring and disturbing, it was something I was not expecting at all when I took the job.

112.     Peach's Jones. Since working at Cognizant as a content moderator for Facebook, I do not sleep well at all. I have severe depression and anxiety now and how I cope with things is very difficult for me. This causes nightmares almost every night and it wakes me up in a cold sweat. My Husband and I have been together for 10 years and he has noticed significant changes. Any video that is too graphic will send me into a deep depression and I cry all the time. I also now sleepwalk, which I never did before. I will have spells and panic attacks and break down and cry, which my husband must console me all the time. I have a constant fear for my children that they will be harmed, and it is very difficult for me to let them be anywhere without me by their side.  The videos had a profound effect on me, and my life has not been the same.

113.     Precious Dumas. Since working at Cognizant as a content moderator for Facebook, anytime I hear a story, see on the television or think about someone or myself being hurt, I cannot help but to close my eyes tightly and try to keep the images I have seen from flashing in my head and causing severe anxiety and depression.  Every time this happens, my hands physically start shaking and sweating and I get panic attacks, and anxiety.  Because of a lot of the things I witnessed, I can no longer enjoy things like I used to, such as enjoying car rides, roller coasters or even scary movies.  All of these things I can now not enjoy, I am fearful of large crowds and am always thinking someone is going to hurt me or

loved ones.  I feel that I am always jumpy or afraid that the images on the screen that I viewed will happen to me.  After I left Cognizant and lost my job, I had my car repossessed and was evicted from my home, as well as my credit cards were maxed and I became behind on my bills, putting me into debt and unable to care for myself.  It took a long time for me to get out of this debt and back to reasonable living.

I have specific dreams of suicide and I wake up in a sweat, I am very nervous to be in a car due to the graphic content I watched.  I do not like large crowds, and I am scared to put my child into school because of the video I saw regarding school shootings.  One video about the cartel makes me nervous to travel and I now stay at home rather than going out or enjoying myself.  Because of the content I am more protective than I was before.  I went into a severe depression when I left, and I got a puppy to help with my depression and anxiety and Post-Traumatic Stress. Unfortunately, my puppy died after I got him, and that just triggered my depression and memories of horrific content of animal abuse.

114.   Queen Perterkin. In the beginning at Cognizant, while training, they made us watch video and content to make sure we were capable to do job. One of the policies was under graphic violent and cruelty content, and they showed us a video of a girl and guy, and they dragged the girl in the woods and tied her up, bonded her, and proceeded to cut her eyes out, and then cut her head off completely, this was a training video in my second week there.  At that moment I did not know if this is something I could do but the pay was compelling and they

kept telling us that this type of content is not something you will always see, just once in a while.

So I continued and after training I soon realized that this is the content you will always see, you are put in a queue and would see all video of cutting people's heads off, murder, abuse and other horrific graphic video, all day long. I started working nights and now I had disruptive sleep and on top of it seeing these videos. I would relive these videos in my head when I went home, as I had to watch the video for 8-9 hours a day, every day, in and out. There was another policy besides the graphic content cue, about sexual abuse with mainly children, and one video a camera was set up by the parents in the room and someone would come in and do the most unthinkable to a child. We were told we had to watch the entire thing and that made me not trust anyone, I would go straight home and be afraid. The anxiety of what if there is someone out there like that.

No one expected to be used like that by Cognizant or Facebook, we saw the worst of the worst, we were told we were helping the community by stopping these items but what about us, who was there to help us? At first there was no wellness and when they did start that, they gave us 9 minutes of wellness a day, but if you went over that, you were hit with points towards termination. That was not enough time to talk to a counselor or seek help, for the content we saw all day long, every day. One instance, there were accusations of an employee who brought a gun onsite and was going to shoot up everyone. I was scared, to think while at work we had to watch this type of content and now it was happening at our job. Another

video which was part of the graphic content policy, there was a guy who had two kittens and took a vacuum sealed bag and put the kittens in the bag and vacuum sealed out all the air and I had to watch the kittens suffocate.  There was nothing I could do about it, I could not stop that man from doing this, no one could stop these horrible people form the harm they were doing to others, including what they were doing to animals and children.  Not being able to stop it or help, made me feel horrible each night or day leaving work, you could not help these people or animals. Now, after Cognizant, I have problems sleeping, it takes hours for me to go to sleep.  I will wake up several times in the middle of the night, I have strange dreams and nightmares, as I will picture me still doing that job and reliving the content I saw.  I have continued triggers, as you live with anxiety, paranoia, being on edge and waiting for something to happen to you. My anxiety and depression have gotten worse since Cognizant, it goes hand in hand with the paranoia.

115.   Rasheeda Gerald. My life now is not what it used to be, I just want my normal life back.  I watched content (at Cognizant) but had a supervisor and had to go to Human Resources for being harassed by that supervisor on top of the horrible graphic content I had to watch day in and day out.  The supervisor was eventually terminated.  I still had to work there, while he harassed me and even after he left, he harassed me on my LinkedIn and my personal Facebook.

I am twenty-six (26) years old and wish this had never happened to me.  The part that was affected the worst was how my mental state, with post-traumatic stress, anxiety and depression I lost my closest relationship, an 8-year friendship

and roommate.  My best friend that I grew up with, we graduated high school and both were track team captains, all gone. My friend would tell me that I was not acting like myself, but I was viewing horrific videos of content and could not even talk to her about it.  I was getting angry for no reason; I was agitated, and we got into a physical fight which had never happened in the 8 years that I had known her, and our friendship ended.  My friend had told me that I needed mental health help and put a magnet on the fridge for a suicide help hotline but I did not realize it back then that I needed to see someone. I also did not realize then that friends and family had to separate themselves from me, because of the changes the job caused.

I now have sleep paralysis, where I cannot speak or move and I see a dark figure coming at me, I am terrified when this happens.  I do not get sleep and have terrible nightmares, and night sweats, which makes it that I don't want to even fall asleep as I don't want to see in my head the graphic content of the videos or go through the paralysis.  These images never leave my head no matter what I do.  The images do not leave, like one where a little boy was recorded by an adult having sexual relations with an animal, it left me horrified and now I cannot stop seeing it or the graphic beheadings.  I cannot eat meat now as one of the first videos was pigs and cows being slaughtered, and I see it constantly over and over.

Back when I worked at Cognizant you had certain rules on how you moderated and had to watch the video for a minimum amount of time.  The scariest was when I viewed live video of suicide and have to moderate it and send to local

law enforcement.  To this day, I live in fear of what if you do it wrong, their life is in your hands, and in the end you finish the video and they did and commit suicide, it makes you feel as if you are too late, the what if syndrome.   There were also queues that you do pages and groups, the pages were full of pornography, sexual abuse and rape, and that was new to me, and I see it over and over.  It was terrible, one content was harvesting woman, selling women, abusing them, even children, it shows the worse in the world on these videos.  I know when I started there I took the position because they offered tuition assistance, I thought I would shine and grow my career, but I left there with no hope, and dropped out of school.  I left there and to this day, not caring what I looked like and not caring about myself.  A supervisor took advantage of his role and on top of what I had to deal with, I received no support at all from Cognizant/Facebook.  They would say: Perception is everything, they wanted us to pretend and make it look good and from their actions it made me not trust them or anyone else.  I have anxiety and I am depressed all the time, and cry all the time, anything can trigger me into this deep and severe state.

116.    Raul LaLuz. While working at Cognizant as a content moderator for Facebook, we were not treated with respect and were constantly watching gruesome videos, including videos of people getting tortured and raped, gutted opened, or similar horrific acts. I was on the third shift when there were no counselors available on the floor.  Even when there were counselors during the day, there was only one counselor available to over 300 employees so there was never

time to see one.

I have been severely damaged, and I currently suffer conditions caused by working at Cognizant, including but not limited to PTSD, depression, nightmares and loss of sleep, as well as emotional and social anxiety. I am overly cautious about everything that I do. Even with respect to simple things like going into Walmart, I look around to see if someone has a gun to shoot me or my wife. I never felt this way before working there.  I have become socially distant and do not feel safe most of the time. I am always constantly looking over my shoulder and out for my safety. I am unable to sleep regularly as I have constant nightmares where nothing helps. Since working at Cognizant my life became more stressful. I began to not only have stress at work because of high expectations as well as the unavailability of management or counselors to help cope, but also I started having issues in my personal life. My relationships with those close to me began to change including my relationship with my wife. My relationship issues started to worsen to the point where we both had to start marital counseling. These complications only began since (and because of) being employed by Cognizant. If it wasn't for working for this company, I would not suffer the damages I have today.

117.    Rayvin Mackey. I think the main difference in my life is the fact that I live in a constant state of fear. I am always worried that something bad is going to happen. I live with invasive thoughts, nightmares, and anxiety. I worry about how to approach people because I never know how they'll react. I'm afraid to speak or ask questions for the same reason. I live constantly worried about my kids and

what steps I need to take to protect them and keep them safe. The worst thing is feeling as if your helpless and after watching so many people be in positions of helplessness it's difficult to feel safe in any aspect of your own life. I struggle with hearing loud noises (the hand blow dryer in the bathroom as an example). I have a difficult time explaining or understanding my own feelings so a lot of the times I feel like I'm alone. My life is permanently altered and that is also something that terrifies me. So, if I had to explain how my life has been affected, the easiest and most broad way to explain it would be just that: I live with constant fear and anxiety.

118.    Reneal Eubanks. Near the end and since working at Cognizant my family and friends think I'm crazy and when I try to tell them some of the things we had to endure and watch, they just do not understand.  I do not sleep and when sleeping I have nightmares and night terrors and melatonin does not help any longer.  Also, when I do fall asleep for a short period, I physically fight in my sleep and talk in my sleep, and my ex-husband believes I'm crazy and does not understand how post-traumatic stress, depression, anxiety or other mental ailments can cause this.  I was even accused of being on drugs because of my change in my mental and physical self.

I got married in 2018 and by 2019 my ex-husband left me over all that Cognizant did to me, thinking I was insane and not normal.  I have severe depression, anxiety and post-traumatic stress and my family and friends think I'm nuts rather than understanding why I'm the way I am.  I used to be a very social

person, the social butterfly, and now I am anti-social, even now, which is why it is hard to continue working, and being at work, large crowds scare me and I cannot socialize with others.  I no longer go outside, and I no longer have any friends because of what Cognizant caused.  I cannot go to family functions either, any longer, I have no urge to go out and be around people.  I don't feel worthy to my husband, and I'm basically all alone and do not go anywhere anymore.

119.   Richard Miller. After leaving Cognizant, it was my daughter's senior year at high school, and we were evicted from our home and had to live in hotels, which ruined my life and my family.  I used to be a social butterfly before the graphic content I had to view, I would hang out with my friends, who were a very big and nice group of people, but now, since Cognizant caused me to have severe post-traumatic stress, anxiety, depression and other issues, I have not been able to be with friends or socialize.

When working there, I saw a particular video of a 22-year-old girl on a dance floor who was being raped.  My daughter was about same age at that time, and it caused some sort of trigger inside me where I constantly think that it could have been my daughter.  I have anxiety and thoughts of something always happening to my daughter, and I never had this before.  I had to get off the floor for a while just to recoup from seeing this.  That happened often on different horrific graphic content and live streams that I had to view, each one more disturbing then the last. Since working there, I worry all the time, and it just does not stop, even though I try to block it out, and try to not constantly worry about my daughter (or others)

and it is a struggle every day to have this fear all day long. To top this off, my daughter works nights making it even harder for me. I also belonged to a couple associates, one is a Referee Associate and now I cannot hangout with them any longer, or go get drinks with them, like I use to. This is not because of the pandemic but because of the anxiety and depression I have from the content and being in crowds now affects me adversely. I am now an introvert which I have never been, and I am a shadow of myself of what I use to be. I have extensive sleep issues now and even got tested for sleep apnea which came back negative. Therefore, this is directly caused from Cognizant and the content which caused my post-traumatic stress, anxiety, depression and worsened many other conditions. I only get about 3-4 hours of sleep, if I am lucky, and end up trying to take quick naps. I have nightmares, can wake up in cold sweats repeatedly and I have the overwhelming fear when I am sleeping that something terrible is happening or will happen. This is not the life I use to live and is not the life I want to live, but now I must struggle every day.

120. Robert Thorington. Since working at Cognizant as a content moderator for Facebook I have had to search for new employment and work for a temp agency. I am unable to find employment due to my PTSD, anxiety, depression, and hypochondria diagnosis. Since working there, I have had to leave my apartment and live in my car for a year. This has added stress on me from working there and on me mentally. I have lost all motivation and am scared to work in an office setting. Therefore, trying to find jobs that let you work out of your

home is very limiting especially for someone with severe anxiety. I cannot perform as I use to at work or normal things in life. I have extreme anxiety of death and found that I could only cope with this by drinking. This stress, anxiety and depression start from when I wake up in the morning to the night and I still drink to this day to cope with everything. From all the death and suicide, I saw on the graphic content I still live with these images to this day. I am trying to find my niche in society, but it is a struggle each and every day.

121.   Samantha Emmanuel. I pursued a job as a content moderator under the impression that the company would be mindful of and flexible with my school schedule. Upon starting my time at Cognizant, I realized that there were none of the promised accommodations being offered to help balance work and school. In need of the money, I stayed working as a content moderator for just under a year. During that time, I tried to control the stress of both schoolwork and content moderation but was not receiving the proper care Cognizant and Facebook promised to provide.

After being encouraged to take three days off to help grieve the loss of my aunt and deal with work stress, I was fired for improper use of bereavement. Since being fired, I've been struggling to financially support myself and pay for school. Without having medical benefits, I was unable to seek treatment for my mental health, which eventually worsened. Every night is a losing battle against insomnia for desperately needed sleep because I am constantly invaded by terrible thoughts of death. Throughout the day, I am truly terrified for the wellbeing of my nieces

and nephews because I never received proper help in dealing with seeing such graphic content. Being a content moderator for Facebook stole the already dwindling peace of mind many college students already deal with and left me with terror.

122.    Samantha Klein. Since working at Cognizant as a content moderator for Facebook, I have been afraid to leave my house. I no longer can enjoy the things like I once did before working there. I used to enjoy shopping, and now I don't as I am fearful of crowds. I no longer will go hiking, fishing, or on nature walks because of the horrific content I viewed. I cannot watch any kinds of movies that have even the smallest amount of violence in them as this will intensify my already terrible nightmares. I am constantly looking over my shoulder anywhere I go. I must always be facing the door or have my back against a wall so no one can come up behind me and loud noises make me physically tremble, as well as thunder. Fireworks are very hard for me and it is almost crippling physically and mentally. I even have a very hard time going on Facebook which is very upsetting as it was the best way for me to keep in touch with my family across the United States. As a past victim of child abuse and rape, working for Facebook viewing horrific content every day, for 8 hours a day, that job opened a whole new wound that I thought I had healed years ago. Since working there it has also affected my social and sex life and something that is supposed to be good, is no longer appealing to me. It is impossible now to do normal things without having graphic images or triggers of sounds, and other items continually flooding my mind.

123.   Samantha Rosa. I was hired by Cognizant as a content moderator for Facebook to view graphic and sensitive content and material which caused harm to me mentally, emotionally and physically. I was promised support and counseling to help with the role but was not given proper treatment or assistance. My role was to train and build a quality team in the Tampa office and in that position, I had to review the most disturbing images and video repeatedly and all day long, without proper breaks or counseling.

Since working and because of my position as a content moderator for Facebook, I now have Post-Traumatic Stress Disorder, acute stress disorder, anxiety, and depression.  This has affected me and my ability to work and function in my daily activities.  I now suffer from PTSD, anxiety, depression, and acute stress. During my pregnancy it was very difficult with the PTSD and anxiety, and it caused me to develop prenatal depression, which was very serious. I was bed ridden and had to take mediation for the depression.

While working there (Cognizant) I was not evaluated and just thrown into the position, shortly after that I was promoted. They offered the position with an extra dollar an hour and just said I would walk around and help people.  They did not say it would be the worse of the worse content that people could not handle, I had to watch all day.  About 3 months later I got a call at home to start the quality assurance team in the Tampa office, saying it would be a pay cut because I would have to go to the day shift, which I declined.  The same night he called back and because I viewed so much volume of content they offered me the overnight pay for

that position, without telling me what the role was. They flew me to Phoenix for training and only paid for airfare and one meal, I had to pay the rest out of my pocket. When I returned, I trained teams which ended up being again, the most gruesome suicide content. I was promoted once again to team lead, and I go to Phoenix again, and when I arrived, they told me the position was not available. I moved across country for a pay cut. They offered another promotion a month later and after training refused to give me the position as I did not clock in correctly, so they offered me a position on the policy team, which I declined as it was a pay cut.

This has stayed with me, and I am no longer the same person that I was before. I cannot handle watching shows or news that is like the content I saw; I cannot even talk about it. I physically shake and get stressed. I remember to this day, foaming at the month, slitting their wrists, I have continued flashbacks of this and triggers. It is hard to fight those emotions off. I am very cautions with my children and overprotective, because of what I was exposed to, and this affects my children as well. My own anxiety is from flashbacks and thinking that Facebook will could come after me as they threatened when I worked there. I also do not sleep, I have nightmares, my weight fluctuates, and I have severe mood swings. This affects my relationship with everyone, my children, and my family. I am not as outgoing as I used to be and now, I do not like to be in a large crowd, so I stay to myself and stay in my bubble.

124.   Samira Blackwood. During my employment with Cognizant I had to take a medical leave from the content which I witnessed. Once I returned, my

supervisor even extended my medical leave among other things, including the Post Traumatic Stress, anxiety and depression which was severe. I started feeling that I could not catch my breath all the time. I could not breath and it was hard to even swallow. I constantly had cold sweats with my hairs standing on end all over my body, this was all very scary, and it was not until later that I learned this was caused by severe anxiety. I was always a very calm person and happy, I now have random emotional outbursts and am desensitized to items which most people should have reactions to. I have been dealing with severe anemia which has gotten worse because of my depression and anxiety. My doctors determined the Post Traumatic Stress, anxiety and depression are all related to the worsening of my anemia. I have three (3) young children and am now unable to go out in public. My lifestyle has dramatically changed and is not the same as it used to be. I used to be a vibrant individual and outstanding mother to my children, but now all of that has changed and my children suffer because of it. In addition, my sleep patterns are all over the place, I either don't sleep well, at all, or I cannot get out of bed all day, I am continuously restless. My husband passed away in 2014 and even though that was a very traumatic and hard time, I was able to work through it without medication or locking myself in my room. Now due working at Cognizant and the content I was made to view, I am on medication. Most times I go back and forth on different medications to cope. This is against my beliefs to have to be handcuffed to medicine. The Post Traumatic Stress, anxiety, depression happens suddenly much more than often and without warning. I can be out with others one second and

then suddenly, I am depressed, or am having a panic attack and need to get out of that situation and go back home.

125.   Sania Malik. I started working at Cognizant as a content moderator for Facebook without knowing what the project was.  It was my first full time job, and I did not object to many of the things.  I saw a lot of different content, horrific items such as suicide, death and injury, bullying, hate speech and crimes, child pornography, graphic violence, and abuse of children and adult as well as watching the New Zealand massacre streamed live. These things keep me up at night and I have nightmares and do not sleep.  I do not see the world the same and am not trusting of others like I use to be.  Has affected my relationships with friends and my best friend and family.

I continually saw horrible things, such as hate speech and some with gay people and that affected my own self-worth due to this.  While working I had several mental breakdowns where I could not breath and I literally shook, I would have to call out of work due to that.  What I went through affected me even while trying to find a new job, during my interviews I would have panic attacks, and could not coherently form sentences. I also became angry more easily from having to answer certain questions in interviews and during a normal day.

126.   Sarai Bryant. Since working at Cognizant as a content moderator for Facebook, I have been severely affected.  It has ruined my social life and from me having any friendships with others, I simply cannot open up to people like I used to.  I believe this stems from both being told as a content moderator for Facebook

that you cannot talk to anyone while working, and from viewing the graphic content.

I cannot trust people and I do not trust anyone to have a relationship or have children with them. I used to want to have children. I have a lot of trouble sleeping and get maybe only a couple hours of rest because of nightmares and night sweats which at this point I now have trouble with my memory. I constantly wake up knowing I am scared and knowing something is wrong. This along with not sleeping brings up severe stress, anxiety, and depression for me. I also must work from home now because I cannot leave the house that often. On top of that, I have very bad migraines which I did not have before, and the come and go almost every day. I have panic attacks and flashbacks or triggers of the graphic content I viewed. If I'm at a gas station, I will have a flashback of being gun down and I have to try to pull myself out of the trigger and finish what I was doing. All of this has also brough me further away from my family, as I cannot open up to them like I use to. Driving also causes severe anxiety due to the graphic video that I viewed of road rage and accidents, that instilled a fear in me, and I am constantly on the lookout when I drive. I do not like to be in crowds, and I do not go out anymore. I am only 23 years old, and I do not go out and I now order in for food because I stay home. The Post-Traumatic Stress, anxiety and depression have taken over my life. If I must go out, I do not sit around other people, I stand in the back or away from others and stay to myself.

127.   Sarai Miranda. I was exposed to traumatizing images daily with

minimal counseling provided.  I moved to the overnight shift, which had almost no counseling provided at all.  I developed severe mental health issues and physical ailments that have become debilitating and I cannot afford to treat myself.  This has evolved over time and for the worse, and it manifests in different ways.  I have panic attacks and trigger attacks, as any little thing I see can trigger it and put me in an almost catatonic state where I freeze and cannot move or go forward or think clearly.  I don't know when they will happen, they come on suddenly.

I used to have social life before this and now I cannot even leave my house, I literally go to work and occasionally exercise (when I can force myself to go).  I do not hang out with my friends like I use to, as I get anxious and have developed social anxiety due to the content I saw and the treatment at Facebook.  I do not do as much as I did before, this is because when I go out I am in a constant state of stress and depression.  When I actually get sleep, I have nightmares, and wake up in a sweat and state of anxiety, it is a feeling that I do not know what is going on or where I am.  When I watch certain shows on TV it causes triggers and if I see violent or sad shows, I will literally see myself as the victim, I will see my face as the victim in the show and I freeze and my stress and anxiety take over.  I have to turn it off and get air to get my mind back.  This has caused depression and lack of motivation; I do not know where my path is or where I should go or what I should do in life. Before I was a happy person, social and driven to find happiness and now I try to do as little as possible, just enough to have quiet around me and lock myself in my house for some peace.  When I get anxious, I get stuck in a repetitive action,

like cleaning, I will clean the same thing over and over, stuck in a loop and I have to force myself out of that.  This has changed my life dramatically and my personality and mental state, and it is something that will stay with me for the rest of my life.

128.  Servano Simmon. Some of the damages that I currently suffer from that have been caused by working at Cognizant as a content moderator for Facebook are PTSD, depression, physical pains, lack of cognitive functioning as well social anxiety. I have physical health issues due to stress and suffer from sciatica that creates horrible back pain as well as night sweats. I have become socially awkward and distant and do not feel safe in some environments. My viewpoint on life has drastically changed to a darker perception and has created a large amount of stress in my life. I feel as though I am a completely different person, alienated from thew world and only have the ability to associate with those I have trauma bonds with. I have lost numerous friends including a relationship with my significant other. I also struggle with my memory on a daily basis and forget things all the time. This has also created an issue with organization as I now have difficulty and lack the organizational skills I once had. I had such a detrimental lack of confidence that I even had to replace my eye.

129.  Shakena Perry. While employed at Facebook (Cognizant), I was constantly needing to take breaks due to the horrific graphic content and needing to see the counselor.  I could not function with the severe anxiety, depression, and nightmares I was having, I could not focus, even on normal activities.  Whenever I

asked to go see their counselor, I was written up for it, sent home or sent to speak with a manager, they did not like you away from your desk and punished you for it.

Facebook was a very stressful and overwhelming environment that did not actually care for its employees mental and physical health.  I was constantly being belittled by managers because of the state of mind I was in which was directly caused by the content and I was constantly being threatened to be sent home.  I had come to a point mentally where I requested and needed a short leave of absence, but I was told that I did not qualify for it and was denied.

Now, to this day, I suffer with post-traumatic stress, panic attacks, depression and anxiety.  When I hear children play or speak, I freak out and have to find out what is going on, as it triggers the content I viewed and I think that they are being hurt or abused.  I cannot sleep at night and I feel like I have no control.  I physically have pins and needles and twitching, when I'm worked up on something this triggers it.  If I focus on these symptoms it triggers other symptoms and my body goes on overload and other physical and mental symptoms are caused.  My driving is affected, sometimes I can start driving and if a trigger happens and I start having day terrors my body will physically have affects and I go into a state of memory and forget where I am at and have to suddenly break or cause an accident.  This is very terrifying. I have connivant memory and forgetting things a lot  I have severe mood swings, change at the trigger of a button, will be happy and all of a sudden upset, sad or angry.  I am very sensitive more now than

before, will cry for no reason and be depressed and upset.  UI have night sweats and wake up and cannot go back to sleep.  Sometimes I feel that I see things, but nothing is there.

130.   Shaniqua Field-Hunter. After working at Cognizant as a content moderator for Facebook, I was unable to work, the stress, anxiety and depression stemming from my post-traumatic stress caused me to isolate myself.  I do not sleep well at all, as I have nightmares and wake up in a cold sweat.  The continued fear and paranoia keep me isolated and in my home.  The images I saw will never leave me, and normal day items, cause triggers of these images which is very hard to handle.

131.   Shannon Griffin. Originally and during training at Cognizant as a content moderator for Facebook, it was fine but as I worked there longer I realized I was dependent on myself as to the direction they wanted me to go was not healthy.  Every day as I continued to work, I had layers of stress and anxiety added to me on top of the policies and quota given to us.  When you are viewing the horrific content, you try to think that these are other people's voices and you don't want to silence them, but you have to make the decision in accordance with the companies' policies and quota.

Following the restrictions and policies there was very hard, they offered wellness to you but it was only words, they never actual gave you help and when you tried to use the wellness, it was rushed, very limited, and you were not actually able to take the time for wellness or bathroom breaks, as they hounded you on your

numbers. I was actually afraid to use the wellness because of their policies and how they treated you when you did use it. I have always thought that I have good work ethics and that I am a good individual, but I could not meet their numbers due to the stress, anxiety and depression from viewing the horrific and violent graphic content.

They told me in the beginning that they try to randomize the content each person would view and the work each of us got so that each individual would not get too much of the graphic content. This was not true at all, I viewed all violent content, all the time and day in and day out. Now I get nightmares and tremors, I have high levels of stress and anxiety, I am depressed and look at the world differently now. What is also difficult is when I worked there, I did not get sleep due the content I viewed and due to the hours I put in, and now since working at Cognizant, I have developed more and more severe nightmares, I wake up in cold sweats, I now have post-traumatic stress, anxiety and depression. My sleep is worse now and I do not sleep well at all now.

Post-traumatic stress, anxiety and depression have caused me to not be able to control my very own emotions. Even slightly stressful situations cause me pain, I just cry and cannot stop, I physically shake, my heart rate goes up and the smallest triggers from the content put me in an emotional spiral. I don't mean to cry all the time, but it is a physical reaction for me now. Others, like family and friends, all say that I am different since working there. I try to hold conversations with others, but even that is difficult. I want to be able to handle stressful situations

and do normal things, without breaking down each and every time.  Because of these mental and physical changes, I now try to avoid stressful situations, avoid crowds, and other normal things, at all cost, since I cannot handle it any longer.  I have not been able to do things that I need to do or want to do.  I have been affected by severe financial loss and I now have to work so much just to make ends meet.  I used to have a security with the income while at Cognizant/Facebook, but since then it has been a struggle to keep my head above water.  I now have no security because of no job and on top of that, the post-traumatic stress, anxiety and depression that I go through every day, makes living very difficult.  I just want to get back to normal and I question if that will ever happen or if it is possible now.

132.   Shirley Montgomery. Since being employed with Cognizant I have developed severe anxiety along with many other issues. I have severe anxiety and cannot go to the grocery store since working at Cognizant as a content moderator for Facebook.  I also do not sleep, load noises bother me, and I simply stay at home, I do not go out.  I used to work as an Uber driver just to feed myself. I am no longer able to Uber which makes it difficult to pay for my psychiatric medications since my insurance does not cover any psychiatric medications, causing me to have to pay for those out of pocket. Because of the medications I am on, I do not have a very good memory.

My entire life has changed, including losing 50 pounds because my sleep and eating habits.  My resume shows a wide range of skills that I have but since working with Facebook it has taken all that from me, the knowledge and memory of it.  I

cannot recall my life; time has not helped and is an enemy to me.  I have spent the last year trying to push all of this down and the lawsuit brings it all back again, as well as the therapy I have to go to for this.  When I take showers, I reimagine all of the horrific images and my mind brings them all back to what I saw and what I went through back then. I also sleep walk now and I wake up in the mornings and I am drained and once the chain on the front door was removed from the wall, while sleep walking I tried to turn the lock open and force the door open.  Now I have to double chain my door and before that I would have to push my washer and dryer up against my door because I am afraid to fall asleep.  I have lost weight and been in the hospital numerous times because of my work at Facebook.

I am not the same person I was before, I cannot even go through my mail each day and because I cannot go grocery shopping (which is why I keep losing weight) I have to depend on meals on wheels.  I cannot even cook my meals anymore.  I had to view some terrible content of people being burned or caught on fire and when my mother burned herself and caught fire in the kitchen, that caused a huge trigger for me.  Now because of this, every time I try to cook, I get that trigger and I have my circuit breaker off on my stove because of this.  Because of the content I cannot cook and am terrified that I or someone will be burned so I am left with ordering meals on wheels or anything as long as I do not cook.  I also have hallucinations of a little girl in my house, in my sleep and while I was sleeping I took a photo of myself and sent it out to all of my contacts in my phone, the photo of me looked as if I was dead and that scarred me.  It is very hard, I am afraid to go

out, afraid to cook and afraid to fall asleep. At the end of working with Cognizant I was admitted in the hospital for PTSD, anxiety, depression and other issues, from the hospital I was sent to the nursing home and while in the nursing home, I received a letter from them saying I was terminated.

133.   Sophia Dottin. When I started working at Cognizant as a content moderator for Facebook, I was the team lead, I wanted to support my family and get ready to send my son to college. I thought the job would be manageable with the assistance of in-house counselors, however, I soon realized that there were no counselors available throughout the night and you were limited to the amount of time you could even use them. From midnight to eight in the morning, there would be no in-house counselor at all for myself and my co-workers to utilize.

Eventually, I had to seek treatment after one time falling asleep while driving home from work and getting into a car accident. I was put on disability and given some time off to seek help from a therapist for my sleeping troubles, among other mental and physical issues. Around this time, I lost multiple family members and requested time off through Family and Medical Leave but was denied by my superiors. When my time with Cognizant and Facebook ended in February 2020, I was out of a job for over a year and a half.  My son had graduated high school and was starting his freshman year at college, which I struggled to support financially. I could not keep up with the mortgage payments for my home, so I was put on forbearance and eventually had my car repossessed as well. I regularly see a therapist that I have had to either pay for out-of-pocket or with little help from

Medicaid. I take Ambien to help with my sleep, which has been completely ruined since working for Facebook. I also take and Paroxetine for depression. Throughout the day, I am very depressed and anxious of being in public or having people behind me. I have developed a very short temper because of the content I viewed, which has put a strain on my relationship with my children. Since working for Facebook, I find myself constantly tired and exhausted, with terrible back pain from tossing and turning at night. When I try to go to sleep, I see flashes of certain videos content which I saw while at work and this keeps me up for hours. Due to Facebook and Cognizant's failure to properly accommodate me or their employees, I will never be able to wake up fully rested or be in good mental health for the remainder of my life.

134.    Stephanie Raffan. While working at Cognizant as a content moderator for Facebook, I was subjected to viewing and watching a lot of vile images and graphic video. Throughout my shifts, I watched videos, listened to audio and read descriptions from different people on the platforms throughout the world. The content that I had to watch or hear came into my queue because it was flagged because the images, video or audio were terrible. It was so bad that some days I would have to remove myself and walk outside and I would cry because I was not sure how to process what I had just seen. Other times, it would make me physically sick and I would be in the bathroom because of it. Much of the content would circle back and I would have to watch the same content over and over again for days, maybe weeks, if it kept coming back.

These images have stayed with me and have caused Post-Traumatic Stress, severe anxiety, paranoia and depression.  If I am in different scenarios of everyday life, they play out in my head and I have terrors of the graphic video I saw which triggers anxiety and paranoia.  For example, if I go to a gas station, I feel as if something is off.  I can be at the very last bit of my gas tank and when I stop and start to fill the gas tank I start to have triggers.  If I make it inside and am waiting to pay for the gas, while in line I get that feeling something is off.  If the trigger is too strong, I literally cannot even go inside at all. I have had this feeling that something terrible will happen, that there will be stabbing or gun shots, basically something harmful is coming. There have been many times that I went to the gas station and left with no gas at all and barely made it home.  Since working at Cognizant, it has affected the way that I raise my children, and they cannot do things that the other children can.  My children do not take the bus, they are picked up from school and dropped off at school.  They also cannot sleep over at friends, because I fear that I lack control if I let them alone with others. There are also a lot of movies that my children are not allowed to watch, even PG-13 movies. If a movie discusses or portrays killing or death, I simply cannot have them watch those types of shows or movies.

When I worked for Facebook (Cognizant), I saw so much horrific and graphic content like beheadings, suicide, abuse, and it has stayed with me and has changed how I handle things.  I do not go to crowded areas, which I use to love going to concerts and going out, but now I avoid big crowds at all costs.  I do not

sleep anymore and have to take Melatonin just to relax my mind, as my brain constantly over thinks and I cannot fall asleep, my mind drifts to the videos and images and I am very anxious because of it. Most nights, and certainly each week, I wake up because of nightmares. My inability to sleep at all makes me even more anxious during the day because of the lack of sleep and triggers that I constantly have.  Not only this, but even a description of something being told me causes triggers.  My mother once was describing a death of a friend, and that caused me to panic and triggered me which brought me back to the horrible images that I saw. I am unable to listen to those types of things on top of everything else.

135.   Tania Paul. Before I started working at Cognizant, I loved being outdoors and always had something planned for the day. I always enjoyed spending time with my friends and made sure to work out every single day. Life has not been the same for me since working as a content moderator for Facebook. I have trouble sleeping every night, due to constant nightmares or waking up with night sweats, and I suffer from migraines that will last for days at a time. The content I was forced to watch repeatedly caused me to lose faith in humanity and start judging my closest friends very harshly. During my time at Cognizant I started to get hesitant about how my friends and family would conduct themselves online. I ended up getting pregnant during this time and it seemed like everything I saw from that point on was all related to child abuse or kids getting in fights which made me scared and nervous and stressed while pregnant.  This stress created irrational fears which turned into arguments over small things. My relationships

began to strain, and I started to lose sleep and the night sweats, nightmares, and migraines seemed to become an everyday thing.

Also, during my time at Cognizant, my husband and I had a son. Instead of being able to enjoy my newly found parenthood, I have been emotionally tortured by the things which I saw at Cognizant. Although I want nothing more than to take my son outside for a walk around the neighborhood, I must rely on my husband and his parents to keep our son active and happy. For a few months immediately following the end of Cognizant, I struggled very hard to find a job and was stuck on unemployment. During this time, I have had no medical insurance for myself or my son, which cost me to spend money out-of-pocket for my son's doctor visits. Without a job, I was also forced to move out of the apartment which we were living in because I could not provide proof of employment. Luckily, I have been able to find a job that can support me and my son, but I now have a very difficult time concentrating and retaining information. Not only have I been struggling to take care of my son, taking care of myself has proven to cause me more trouble than not. The long travel distance to see [a mental health provider] eventually caused my car to breakdown, which I have had to pay $2,000 to repair. Every aspect of my life has been affected, from my personal relationships with friends and family, to my ability to work and support my son. Every day I am stressed out and living in fear for the worst because of my duties moderating Facebook content at Cognizant.

136.    Tanishia Bolton. Since working at Cognizant as a content moderator

for Facebook, I am no longer emotionally here.  As an example, my uncle died, and I did not feel it and I had no emotion and no care.  I can no longer enjoy time with my nieces and nephew who I co-parent.  I am financially broke and work to pay bills but that was not enough.  I had to move out of my apartment and live with my mother as Cognizant financially broke me.  Mentally, I am exhausted, and I cannot sleep except for maybe 2-4 hours each night and still wake up with nightmares and cold sweats.  I cannot go anywhere as I am always paranoid and if I do go out, I am always looking around in fear and paranoia.  Because of this, I stay inside more than anything and as much as I can, I shop online even for groceries.  Before I was an outgoing person and I liked to go out but now I do not go out and I am scared to go out.  I even sleep with a light on or the TV on, as I'm afraid of the dark.  I am scared to live alone now and am still living with my mother. I have lost a lot of my friends because of Facebook, as my attitude has changed and I am depressed and it shows, as I cannot connect with my nieces and nephew and stay in my room all day, I eat in my bedroom and am a loner.  I do not see my nieces and nephews when they come, I have lost touch with them and that hurts me dearly because I fear for them.  I remember the content I viewed, and I fear for the children and family.  It is very hard for me to drive at night, but I had to force myself to try to be an Uber driver just to make ends meet as I cannot keep a normal job since Cognizant.  As of lately, I have been more fearful and unable to continue with being a driver for Uber.  The graphic content has caused me to fear driving.  I dream about the content and I daydream about it as well and it comes randomly.  I lack

energy and motivation to just get out of bed.  I used to love to clean and organize and now, I do not enjoy that.  This has changed my life drastically and not for the better.

137.   Terance Eady. I spent three years of my life working for Cognizant as a Facebook content moderator. When I first started, I focused on maintaining the high-performance levels required by them so that I could keep my job. Unfortunately, it took only six months of moderating Facebook content before I had to take a medical leave-of-absence for psychological reasons. I came back after my leave and continued to be a strong employee to maintain my position because I needed financial stability. By the time my employment with Cognizant ended, I had developed many health complications both mentally and physically.

The changes that I went through were extremely personal and caused me to start drinking and smoking heavily. After struggling with alcohol for a while, I lost my long-term boyfriend and had to move back home. The time I spent working as a content moderator for Facebook caused me to completely change my perspective on life. Every night, I had intrusive nightmares which have caused me to isolate myself from other people. During the day, my mind is constantly racing and making it difficult for me to concentrate. I had a bank job for a while after Cognizant, but eventually lost it because I could not pay attention while at work. Currently, I am working at home because there is simply too much anxiety for me to handle in the workplace among crowds of people. Although I am working as much as I can, I am still struggling to support myself financially and sufficiently.

In total, I was out of work for almost two whole years living with no wages or medical insurance to help me.

The costs of my prescription for depression medication have been paid out-of-pocket for over a year, along with the classes that I must attend for smoking and drinking. Not only have I had to take on such a huge financial burden, but I am also struggling just to get by mentally. Before working as a content moderator for Facebook, I was a happy, outgoing individual. Now, I spend most of my time alone and can barely maintain my closest, most valuable relationships while struggling to provide a life for myself.

138.   Terrell Lumpkin. I feel as though I am a different person now since working for Cognizant as a content moderator for Facebook. I suffer from Post-traumatic stress, as well as anxiety, social anxiety and depression.  I now lack the ability to properly associate with those around me. I have lost numerous friends including a relationship with my significant other.

The presentation of the job that was presented to me was a more lenient interpretation and an illusion from actuality. In my experiences with Cognizant, the management was horrible, and they treated everyone poorly. The environment in which we worked in was not healthy at all as there were people having heart attacks and dying on the floor. We were also only allowed 15 minutes for both the lavatory and wellness making it impossible to utilize both during the day, if you went over the allotted time you were penalized. Everyone was always in fear of termination.

Because of my time with Cognizant as a content moderator for Facebook, I now struggle with anxiety daily. My anxiety had gotten so bad that I had to admit myself into the emergency room. I was prescribed anxiety medication but was unable to fill the prescription. I have previously suffered from IBS which only initially became worse due to the stressors from working at Cognizant. Since being employed I have had more flare ups and must take probiotics monthly. I also suffer from lack of sleep and must use melatonin every night. Due to unexpected care costs, I was forced to withdraw my 401K and be penalized for using those funds. I also started to become more alcohol dependent and even lost my vehicle in an accident. Because of those issues I had to obtain an attorney, go to therapy and attend DUI classes. I spent well over $5,000 in legal fees just to have the case dismissed. I've had numerous other drastic changes in my health and did not think that working for Cognizant would affect me the way it did.

139. Terence Baxter. My life was completely ruined by working for Facebook at Cognizant. Not only was my mental health jeopardized, but the high levels of stress I experienced working there has caused me to develop multiple severe health complications. At first, I noticed that I was beginning to lose control of my eyes during the day. I could not keep myself from looking away at random times or having my eyes drift off.  The issues I was having with my eyes led me to completely lose the focus that allowed me to work at high performance levels. Eventually, I learned that I was having major heart issues and even experiencing partial heart failure. I had to wear a monitor at work to make sure my heart was

functioning properly throughout the day because of the stress I was going through. I was diagnosed with Multiple Sclerosis, a very severe auto-immune disease that has many debilitating symptoms. When the Facebook project at Cognizant ended in February 2020, I was left with no income, and no medical benefits to help cover the costs of my extremely intensive treatments. To make money for medical bills, I had started driving for Uber until I was shot in the stomach while on the job. All of my hospital bills from those traumatizing events were paid for out-of-pocket as well. At night, I have terrible nightmares that prevent me from getting any normal amount of sleep, and during the day my ears pop and my body is always off-balance. With anywhere between $600 and $1,000 worth of vitamin and supplement costs each month, I am severely struggling to support not only myself, but also my two sons. My medical conditions are so severe and lifelong, that most treatment is merely experimental and highly expensive. It could cost me upwards of $120,000 each year just to treat the Multiple Sclerosis that I developed from the stress of content moderating. I went into my employment with Cognizant unaware of the lasting trauma I would be forced to leave with and carry with me for the rest of my life.

140. Timothy Dixon. Even before I stopped working as a content moderator for Facebook (Cognizant), I noticed the negative impacts the job started to cause me in my life. My mood changed drastically, as I am now very easily frustrated and have no tolerance for simple inconveniences. I can no longer be around other people because I struggle with severe trust issues and paranoia.

These difficulties I have with people have caused me to lose two serious, long-term relationships with my partners. Connecting with new people is nearly impossible for me because I lack the sympathy and empathy required to build trusting relationships and friendships. After leaving Cognizant, I got a few contract-based jobs, but I have not been able to find permanent work. With a total loss of income, I have had to move out of my three-bedroom, 1500-square-foot home and into a 500-square-foot tiny-home, which then forced me to put my own dog up for adoption. I applied for unemployment, but Cognizant withheld paperwork and prevented me from being approved, so I have gone with no income and no medical benefits since working as a content moderator. I go to therapy twice a month and have been prescribed medical marijuana, but without insurance I cannot afford to begin treatment. On top of that, I have been going through my most difficult time completely alone because my family does not live in Florida. Without anyone to turn to for help, I am constantly living under such high stress that I have already started to experience hair loss at 27-years of age. Even if I was able to get another job, I can no longer function at work the same way I use to because my attention span is extremely short. During the day, I am extremely exhausted from trying to avoid having intense nightmares when I sleep at night. Working for Facebook at Cognizant has cost me a piece of every part of my life, leaving me with virtually nothing. Not only have I lost priceless relationships, but I have also lost my home and part of my identity.

      141.    Todd Alexander. I had belonged to one of the first groups of content

moderators to ever start working for Facebook at Cognizant. I began as a content moderator, but I did not know what to expect as it was a relatively new field and Cognizant did not describe the job accurately. Upon arriving at Cognizant, I eventually started to realize that the job required moderators to sit through hours and hours of horrible videos because the artificial intelligence system for flagging items, needed to be "taught" how to remove certain videos. Not only was I required to watch the entirety of every terrible video, but I also had to maintain a 96 percent accuracy rating or be threatened with termination.  After three years of dealing with highly stressful and disturbing content, while also trying to handle the intense pressure of quality content moderation, I was put on disability and never returned to work. Since leaving Cognizant, I have been completely out of a job with no medical benefits to help care for my mental health. All the costs associated with seeing a psychiatrist and being prescribed multiple medications have been paid for completely out-of-pocket by myself.  I suffer from auto-immune Post-Traumatic Stress Disorder and depressive disorder which causes me to experience memory loss, anxiety, mood swings, joint pain, and night sweats when I sleep. From working with Cognizant I am now afraid to be in crowds, and I have developed a hatred for Asian culture because of being forced to watch dog meat festival videos.

Dealing with my mental health has caused me to lose essentially all the friends I had before I started working as a content moderator for Facebook. I have been forced into a situation where I do not have the financial stability to support or maintain my health. The last few years have been undoubtedly troubling for me,

but now I must deal with the lifelong consequences of my own mental health due to the graphic content and work environment. I will continuously suffer from PTSD, Autoimmune PTSD, memory loss, gastro issues, and Major Depressive Disorder.

142.    Tommy Mazin. Damages that I incurred or suffer from caused by working at Cognizant are Post-traumatic stress, anxiety, depression, the inability to sleep, lack of self-motivation as well as the inability to be socially active. I have tried to use different methods to help with sleep but there aren't any that are effective. I have tried numerous remedies, and nothing has worked. The anxiety from this job was not only extreme but I was always in constant fear of employment termination due to the excessive need for perfection.

I feel like myself as well as the other content moderators were continuously taken advantage of and put under unrealistic expectations to attain a 98% accuracy rate including an effective speed rate with added stressors pertaining to new weekly updates including being threatened by termination if those rates were not achieved. Eventually every task became overwhelming, and the environment began to feel like a prison. Because of working in this type of environment being subjective to illicit content I now have become socially awkward and distant and have developed forms of paranoia.

143.    Toni Badillo. The treatment I experienced by Cognizant has affected my life profoundly, largely due to the enduring memories of the content I was forced to watch. I now have random triggers. Working the "hate queue" affected

me the most and memories of the images stay with me all the time.  For example, I no longer am able watch the news and I struggle in conversations when it comes to subjects of justice.

In addition, my memories of the horrific and violent images continue to adversely affect my health. For instance, due my employment with Cognizant I saw disturbing images, such as bodies broken in car accidents, and now I cannot drive at night.  I remember vividly watching the Facebook Live streaming of the shooter in New Zealand and remembering that it was not a video but was live; that was horrific.  Watching people get heads cut off, children get heads cut off, watching child getting raped on a video or live feed: it was all very disgusting, and no one would ever want to (and never should) see it.  Remembering certain things from the job, my head feels a physical pain through my neck and back and it is physical as I relive it. I wake up randomly with that physical ailment and fear.  I am afraid to drive on highways, as I literally see body parts and accidents in my head.

This has affected my physically and emotionally.  I used to be into love, and caring for people, but this has now changed me with family and friends as I cannot participate in conversations with them. I have my master's degree and love intellectual conversations but now I cannot participate in discussions about certain topics as it scares me and triggers me to memories I do not want to relive.  It causes a physical anxiety over my body and mentally.

How Cognizant was run, such as having to meet a certain unreasonable quota and how Cognizant enforced the policies only exacerbated the harm, we were

already suffering from dealing with crazy stuff and now in a toxic work environment. They would falsely tell us that we had "wellness" time to step away from the graphic images, but the strict quota prevented us from taking the wellness or bathroom breaks, because Cognizant would fire us if we exceeded the limited time allotted or failed to meet the strict quota.

144.   Travis Simpson. During my time working as a Process Executive at Cognizant (contracted by Facebook), I have seen the worst of humanity. I have seen adults, children, and animals attacked, dismembered, abused, killed and more. I have read hateful comments of online bullies, hate speech, cursing, threats of violence, people exposing revenge porn of others. I have witnessed terrorist killings and beheadings, cartel killings, suicide videos, deadly car accidents, freak accidents resulting in deaths.

And this wasn't occasional or sporadic, no, I would work an 8-hour shift and some nights it would be full of these instances. During times of viral tragedies (the New Zealand mosque shooting, the murder of Bianca Devins, etc.) we would be watching images and videos of these events pretty much back to back for 2-3 work days because they were being shared so frequently. Due to certain protocols, we couldn't just watch it for a second and delete it, in case there was a higher policy violation. I left work a couple times, trying to leave the job there and not take it home with me but I would find myself at home still seeing mental images of child abuse, blood and gore, and not be able to fall asleep at night. A couple random instances, some of the things I saw would be so intense I would sign out to take a

quick break outside, and I would borrow a cigarette off someone to calm my nerves even though I don't smoke on a regular basis at all. Or some nights I would fall asleep, but would wake up from nightmares, or wake up in a cold sweat.  To this day there are certain sounds and images that give me very vivid flashbacks of things I saw during my employment with them.  I've always been seen as a very friendly, happy-go-lucky person according to my friends and family, sociable, making new friends etc. but after working that job, I tend to think the worst of people. I've found it harder to trust anyone new, to meet new people and make friends. I pass strangers on the street and just automatically think the worst. My overall view of humanity, society, people in general has become jaded because I've seen the extent of what people are capable of.

While working the job, I found myself stress eating more often, and during the time of my employment I discovered I gained ~35 lbs and have recently been diagnosed with Type 2 diabetes possibly as a result of rapid weight gain and stress. I now have to check my blood sugar twice a day including buying the necessary glucometer supplies, and get bloodwork done roughly every 4-6 months. I spoke with my primary doctor and psychotherapist about having high blood pressure, heart palpitations, nightmares, etc. The therapist informed me that certain other conditions I was experiencing such as dry, itchy skin, insomnia, and others were signs of inflammatory PTSD and I was also showing multiple symptoms of depression and anxiety.

After losing my job at Cognizant at the end of Feb 2020, I wasn't able to start

working again until mid-May 2020, for a job that paid less. For the first time in my life, I struggled to learn a job.  For some reason it wasn't clicking, I ended up falling behind in training and had to stay in training while others from my hiring class moved on.  I continued to not be able to progress, and eventually was terminated from the position in Sept 2020. I was then without a job until mid Oct 2020, where I got my current job and have remained, but the pay difference is a large step down from what I was making at Cognizant.

I didn't realize just how much this experience had fully affected me until I started talking to friends, families, and professionals, people who noticed some changes in my behavior, and they saw some of the effects before I did. But after talking with people I'm beginning to see the impact this experience has had on my life, my mental health, as well as my physical health. And it may take some time but I'm hoping through therapy and the help of my doctors I'll be able to improve and lead a normal, healthy life.

145.   Vajillian Guttierrez-Depree. While working at Cognizant viewing graphic content for Facebook, I was promoted to subject matter expert which meant if someone on the floor needed help with their content I had review theirs and walk employees through their content. On top of this, I also had to review four or more hours of my own graphic content.  Every day, I went home upset, had anxiety and depression, on top of the post-traumatic stress, which caused me mental and physical ailments. I now cannot go outside, like I use to, which caused me to gain so much weight.  I am now overweight and have hypertension.  I have

these feelings that I will be run over by vehicles or be in a horrible accident all the time, while driving and walking.  I am now socially awkward, as I cannot speak to others normally, like I use to.  I am now desensitized from the graphic content I had to watch, and always feel that I will be attacked or that someone is out to get me.

Since being a subject matter expert, I do not feel the resources were there for me while I was employed and when I reached out to managers or Human Resources, they ignored any requests.  I feel shut off from the world and feel that I am different and that I am an experiment gone wrong.  Other people, friends and family do not understand me or what I was forced to watch.  Sometimes I am in my room, alone, and cannot even be with my husband or child.  Because of this, my husband and I went to counseling as this affected my marriage on top of my health.  I'm not the same I use to be, I am in my room, alone, and a lot and I no longer go out to places anymore.  This is not how I used to be, I use to go out all the time.  I am not close to my family as I was before.  Sounds affect me, different sounds and music now bother me, and they cause triggers.  It is sad that music is not the same to be and is not a source of enjoyment.  The graphic content I watched during peak slaughter videos, they have background music, theme songs, and now if I hear any of those songs or music, I literally have severe panic attacks from them.  Same with fireworks, they make me think guns are being shot off and it triggers the content I watched with the Cartel.  I now look at people differently, I do not trust others, I have panic attacks all the time and some are that of thinking

someone is trying to come in my back door to shoot me.  The images I saw cause anxiety and make me to think these things are really happening in that moment when I have triggers.  This has changed my life forever, the constant feeling someone is after me or that I will get murdered or hurt in a horrible accident.  The terrorism videos that I saw, made me very angry because the Facebook guidelines would make us keep that content up and I know my family and friends would now see the very same content.

When I asked for extra wellness time, they refused me and others even an extra nine minutes because they wanted me on the floor, they would not provide additional help.  Even after I left employment with them, I asked for help and they said no, because I was no longer an employee.  My manager, Maria Blancher, said she could not offer any services to me because I was no longer an employee, so once you left, they cut you off and did not care.  If I went to Human Resources for assistance, they would retaliate against me, they made me feel belittled, and would leave me out of group events because I said I did not get enough wellness or assistance.  At one time, they said they were going to provide pet therapy and yoga to everyone, but they never did, all the promises they made to help you with your mental state of mind, they went back on.

I have hypertension now due to being overweight and that has caused back problems for me, all because I am now confined to my house and my room and I eat to forget.  What is truly sad, is if I see an accident I can just walk pass it as I am desensitized but I will go straight to eating, that is how I handle it.  While watching

black history month content, Facebook would keep the content up as they categorized it as freedom of speech, including slavery memes and graphic video content related to that. Facebook would compare picking cotton candy to picking cotton. I had to watch video of kids being molested and I would escalate the content to get the child help, they would tell me that is not my job to escalate so I would never know if that person being abused was helped or not. This left me feeling helpless and depressed.

Now, in present day, I feel that I am cheating my child out of a normal life, which has caused my own child to be socially awkward because I cannot show him how to socialize or be normal. All of this has caused great harm to my own child, on top of me, it has cheated him out of his own childhood because of how I am now. I don't want my son going out, I want to just stay home and be safe. Facebook caused me post-traumatic stress, severe anxiety and depression and it has changed my life and that of my family and my son.

146. Valerie Young. While I was working at Facebook/Cognizant I experienced and saw some unimaginable things. I was raised in Mississippi during the Civil Rights Movement. When I was a little girl my church was bombed by the Ku Klux Klan. Some of the videos and comments on that platform were very racist. There are videos of bombings and pictures of mangled bodies which I was not made aware of before they popped up on my screen. One afternoon I was on my way to work, and I hit a pedestrian. Technically he ran into me but that caused me more post-traumatic stress, anxiety and later, depression. There are videos of people

getting hit by cars, grizzly car accidents and there was one particular video of a baby getting run over by a truck while in its stroller.  I have never seen things like this in my entire life.  I don't even watch horror movies now. To see a cartel chop someone's head off is hard to comprehend or explain.  During the pandemic and the Black Lives Matter protects this really caused triggers and affected me. Like I said before I was born and raised in Meridian, Mississippi, S. Michael Schwerner, Andrew Goodman and James Chaney were all killed by a Ku Klux Klan mob near Meridian, Mississippi. The three young civil rights workers were working to register Black voters in Mississippi, thus inspiring the ire of the local Klan. There was a lot of racist material on the platform that would not trigger younger people as it did me and does to this day.  Therefore, during the Black Lives Matter protests I was anxious all the time as a mother of black men and women. I know that things happen but at that time it looked like it was happening again. This is still affecting me. I am taking medication so I will not have nightmares when I am actually able to go to sleep.

147.    Virginia Yazid. While employed at Cognizant as a Content Moderator for Facebook, I was subject to seeing horrific images, and they did not provide any counsel or assistance to deal with such graphic content.  While working I would get terrible migraines, anxiety attacks, go into depression and not sleep at all until I would crash about three days later.  When I did sleep, I had terrible nightmares. From all this, I have been diagnosed with Post-Traumatic Stress Disorder (PTSD) and PTSD Autoimmune, severe anxiety, depression which have caused loss of

memory, physical body changes including menstrual periods lasting over seven days with excessive heavy bleeding which in turn made me weak.

With all of this, I had to take FMLA and they would continue to threaten me with being fired, which added to the stress.  Since working as a content moderator for Facebook, one thing that really triggers me now is that I am more fearful of everything but specifically police.  From all the graphic images I saw of police killing people, this has caused me triggers now that I am very fearful of police, more so with the killings going on in our world it now causes extreme triggers.  Once I left working there, I do not leave my house anymore, I stay home.  I am also more cautious with my grandchildren.  My daughter will not even let me watch my grandchildren much anymore because I will not let them leave the house, I am overly cautious and protective so I have this fear someone will kidnap or murder my grandchildren.  My family and I tried to take a vacation to Jamaica, and I had a panic attack while at the airport, I actually screamed.  Because of the content I saw it triggered my PTSD and anxiety while at the airport, I kept thinking they would be aggressive and abusive there.  Everything triggered me while on vacation, staying at the hotel I thought someone would come in and rape or kill us, I completely ruined our vacation.  I got too overwhelmed and could not do anything, and anytime we went somewhere, I was fearful, and it destroyed me and our vacation.  Going back into the real world is very difficult for me, and I do not leave my house now.  I have not slept since working there, I am always up and have nightmares and cold sweats, this is constant, and my sleep patterns are messed up.

My son is in the military and I have images of him being shot and I call him all hours of the night just to check in on him.  I am afraid he will go to Russia now with war pending and I call him at all hours of the night just worrying about him and this all stems from the horrific graphic content I saw and how we were treated there.  This is extremely stressful and makes me look at the world and people differently.

148.   Wilna Rejouis. I began working for Cognizant as a content moderator for Facebook. Initially at my interview, they discussed very briefly the type of content we would have to moderate. I was shown a video of an individual getting hit by a train from an angle far away. This to me, wasn't traumatizing, because of the angle, it wasn't very gory- and it was explained these are the types of videos that may come up, but very rarely, it would mainly be social media posts, memes, etc.

As soon as it was time for me and my class group to begin training, they set us aside and explained we would be part of a special project called "BI." This was a group of people whose duties included determining whether a post or ad was political or not. I was on this project for about 5 months. Then there was a site-wide schedule shift, and I went from the morning shift to overnight - this is when I began moderating graphic video and live stream content. There was a nationwide issue that happened, and we would see it on our computers all day. For example, the multiple shootings of POC by police, or the New Zealand mosque shooting. We had to watch these videos in its entirety, because depending on the video, it might

have to be marked under something specific.

Although you were given "wellness" breaks, it was heavily micromanaged and discouraged. Sometimes even reprimanded for how much wellness time you took. These types of graphic content desensitized me, and it also increased my anxiety. It is difficult for me to go out in public areas without constantly being on alert of people around me. I do not go out at night, if I must go out, I make sure I set my appointments early in the morning so I can be back home before the sun sets. I'm constantly on edge and it is difficult for me to sleep at night. I have night sweats, restless nights, and nightmares. I don't remember the last time I had a full night's rest.

My breaking point for me was when my cousin passed away on August 24th, 2019. I had to go into work the same day, because regardless of this being a family emergency, I would've got an occurrence for calling out, and that would've gotten me written up. I ended up not being able to take grievance leave for him. Luckily I had a few PTO hours that I was able to use for his actual funeral and wake- and I was off the Sunday after so I had to use my "off days" as a grievance and go right back to work the following Tuesday as scheduled. The internal grief I had during that day and the period after, I don't think I can explain in words. A close cousin of mine passed away in a horrible way and I had to go into work the same day watching individuals either get shot, beheaded, or abused. I felt like screaming but I had to hold it in. Shortly after is when they disclosed that the project was ending, and because I already worked out the work schedule with my school schedule and

I needed the job to pay for my out of pocket school fees- I decided to stay until the end, which was Feb 29th, 2020. Over a year after the site-wide layoff, I still have anxiety and extreme PTSD.

149.   Yesenia Viscaino. Since working at Cognizant as a Facebook content moderator for Facebook, I have experienced many losses in my life. After over two years of employment, I left my position emotionally beaten and battered. The severity of my struggles with mental health have prevented me from being able to hold another job. Eventually, my girlfriend of two years broke up with me and moved out due to my mental health issues I have been dealing with. Without a steady source of income or a partner to help me pay the rent, I have lost my home.

All alone with nowhere to go, I also put on a lot of weight in a very short period of time. The extremely fast weight gain caused me to develop high blood pressure, and all the health concerns associated with it. My poor state of physical health only contributes towards worsening the mental health issues which I deal with.  I struggle with anger issues daily, which is part of the reason why I cannot hold a full-time job anymore. When I was at work, however, I get very emotional and often have panic attacks. Since I can only work part-time, I do not have medical benefits, so all the trips to my physician and the costs of my prescriptions are being paid out-of-pocket. To help with my severe depression and anxiety, I was prescribed medical marijuana, which I must pay for completely out-of-pocket as well.

My daily routine will never be the same as it used to be. The time I was a

content moderator has caused me permanent damage that requires many difficult, lifelong changes to care for. For the rest of my life, I will not only have to check my blood pressure twice a day, but also fight just to get through my anxiety and depression. I avoid the people I love most because I am too afraid of my own mental health affecting others and hurting my loved ones, which means I have been left to deal with my health issues alone. Working for Facebook at Cognizant completely devastated my mental and physical health, while leaving me unable to financially support myself.  On top of this I cannot go out or enjoy myself.  I used to go to clubs, now I stay home, and I will freak out if I do not leave work early or on time to go home.  I have episodes and flashbacks and I do not sleep; I have nightmares and wake up in a sweat.  My brain just keeps seeing the images of kids getting raped or murdered and people committing suicide.  I was at such a low point at one time that I took drugs to make the pain go away, and I almost OD twice, this included drinking.  I soon realized that drinking and drugs do not take the pain away, but I lied to myself for a while.  I did not know how to cope with this, and it made me very angry and depressed, I had panic attacks all the time. I am grateful that I am now in therapy, but this is something I will have to live with for the rest of my life.

150.   Yolanda Mosley. After being let go from Facebook (Cognizant) I am in no condition to work, due to the panic attacks and anxiety I have a very hard time working in a physical office.  It is very hard for me to return to work in an actual office.  I continually had episodes while trying to work in an office, I have had to

have friends/family come get me due to the triggers.  This makes it that I tried to find jobs working from home, which was very difficult.  I am now a shell of who I am, as I am not the same person as I was before being a content moderator.  I have multiple night-terrors each night, all the time, my sleep is broken, I can stay up for days not wanting to sleep.  I walk around wondering what my life could have been like if I had not gone through this, I wish I had never worked there.  My reality is broken because of this, as I'm restricted now in life, including work.  Even now, I have to take jobs that I can handle, and are remote, rather than jobs that pay for what I am worth.  I am a grown woman who now have issues, which I should never have had.  They ruined my personal past-time, and my everyday life is different than it ever was, I cannot do the things I enjoy. I do not hang out with my friends any longer, I cannot emotionally handle that and decline social settings as I am awkward now and too many people or a crowd cause me to struggle.  It is hard to explain this to friends or family, try to explain what I am going through as they could never understand.

The company failed to provide enough resources for the amount of trauma I was exposed to and continued nightmares of the content is unbearable.  The triggers are the worse, certain sounds or images can trigger the content and cause severe anxiety and flashbacks of the video I saw.  I enjoy the skating rink, but will pull up and sit in the lot and never go in, just watching, and will start imagining what could happen and then will have to just go home as I cannot get out of the car.  This is the same for simple things like working out, sometimes I can make it

and others I don't even go inside.

151.   Zjakycia Field Hunter. I worked at Cognizant under the Facebook project and prior to working there I had never had a seizure or suffered from post-traumatic stress, anxiety or depression. I was overall a healthy person. I have found out that my seizures were triggered by the post-traumatic stress, which was caused by the horrific graphic content I had to view while working for Facebook.  At that time, I had two boys, and I now have three. The night I had my first seizure I couldn't get my children off of my mind. I thought about what life would be like for them without me and it truly broke my heart. I want to be sure if I suffer from another seizure, my family is taken care of. I want to be able to continue to work on myself as I'm still in therapy and working on how to live with these mental illnesses caused by Facebook (Cognizant). Every night I go to sleep thinking about the crazy things I had seen. You ever see a baby get shot in the back? You ever hear someone beg for their life? You ever see someone shoot themselves in the head? You hear about these unfortunate things happening but to be able to put an image to it is unimaginable and it haunts me every day. I used to be a social butterfly and used to take my boys everywhere, but now I stay in the house and sometimes my room.

I'm afraid of the world, the "real world," the world Facebook hired us to protect everyone else from. Try to imagine the responsibility, there is no way carrying something so heavy could not have caused pain and suffering.  The job caused me to have autoimmune post-traumatic stress, anxiety, depression and

because of that, it caused me to have seizures.

152.    Zuania Vazquez-Padilla. Since working at Cognizant as a content moderator for Facebook, my life and my children's' lives have changed.  The way we live now and the way we do things is not the same as before the graphic content. We do not go out hardly at all, I use to think others were trustworthy and now I do not, this goes for friends as well. It is hard for my children to have sleep overs or even harder for me to let them sleep at other friends' houses.  Even when I'm in a car or around people outside, it causes me extreme fear.  I feel as if anything can happen. The holidays and especially fireworks cause triggers and I think gun fire is happening. I always think the worse and that death will follow.  I'm scared for me and my kids all the time, mostly for my daughter that she will be kidnapped or abused and I fear that someone is going to hunt my children or take them due to the graphic videos. My son goes to a therapist and I believe it stems from my own post-traumatic stress, anxiety and depression.  I sometimes attended my son's therapy because of content I saw of other kids committing suicide and because of this it has affected our progress with him.  There have been times I have to leave the computer while at work, when I saw graphic content about children being abused or live suicide happening, that was just too close to home.  My train of thought is not the same, I cannot concentrate, and I always fear for myself and my children, even while working.  I stay indoors, and we do not go out and are not fun any longer.  I also have continued nightmares and my son stays up with me, I do not sleep and have severe migraines.  When I have the migraines, I can hear the

blood rushing to my head. I get anxiety and tremors, actual physical tremors, because of the thoughts I'm thinking.  If I send my daughter to walk our dog I get severe anxiety and I think she may never return.  I feel, at all times, that someone is hurting them even if it is not happening.  My relationships with other family members and friends is affected, they don't understand and I don't want to be that way but I shelter myself and my kids from others.  I had a death in the family recently and I tried to grieve but I'm detached, I feel as if it is a simulation because of all the death I viewed.  I cannot grieve like a normal person or the way I am supposed to.  I feel as if I'm desensitized, and I feel guilty all the time.

## JURISDICTION AND VENUE

153.   This Court has subject matter jurisdiction because (i) Plaintiffs and Cognizant are citizens of different states and (ii) Plaintiffs seek to recover more than $75,000 each, exclusive of interest and costs.

154.   Venue is proper in this Court because the unlawful conduct giving rise to the claims herein occurred within Hillsborough County and Cognizant is located in Hillsborough County.

155.   This Court has personal jurisdiction over Cognizant because the corporation operates, conducts, engages in, and carries on a business venture in this state and has an office in this judicial circuit, at 7725 Woodland Center Blvd., Tampa, FL 33614, and regularly conducts substantial business there, committed a tortious act within Florida, and engages in substantial and not isolated activity within Florida.

## **PARTIES**

156.    During all times material, Plaintiffs were citizens of Florida.

157.    Cognizant is a professional services vendor that employed approximately 800 or more workers at its Facebook content moderation site at 7725 Woodland Center Blvd., Tampa, FL 33614. Cognizant is a publicly traded corporation incorporated under the laws of Delaware, with its headquarters located at 211 Quality Circle, College Station, TX 77845.

158.    Plaintiffs have been required to retain the undersigned counsel to represent them in this action and is obligated to pay them a reasonable fee for their services.

159.    Plaintiffs request a jury trial with respect to all claims.

## **CONTENT MODERATION, GENERALLY**

160.    Every day, Facebook users post millions of videos, images, and livestreamed broadcasts of child sexual abuse, pedophilia, rapes, torture, live kidnappings, bestiality, beheadings, dismemberments, suicides, burning bodies, racist violence, hate speech, and murder. "Content moderation" is the practice of removing this vile online material from social networking sites or applications like Facebook and Instagram as violative of their terms of use.

161.    In August 2015, Facebook rolled out Facebook Live.  Facebook Live provides a platform for users to not only post images, but also livestream, this horrible content including their own suicides and terrorist attacks.  In the context of protecting users from this kind of content, Mark Zuckerberg, co-founder of

Facebook, announced on May 3, 2017:

> "Over the last few weeks, we've seen people hurting themselves and others on Facebook—either live or in video posted later. Over the next year, we'll be adding 3,000 people to our community operations team around the world – on top of the 4,500 we have today – to review the millions of reports we get every week, and improve the process for doing it quickly.
>
> These reviewers will also help us get better at removing things we don't allow on Facebook like hate speech and child exploitation. And we'll keep working with local community groups and law enforcement who are in the best position to help someone if they need it – either because they're about to harm themselves, or because they're in danger from someone else."

162. Content moderation is conducted either electronically (through algorithms) or by human review.  During all relevant times, Cognizant was in the business of supplying labor, such as Plaintiffs, to perform as human "content moderators" to review the reported offensive content – sometimes thousands of videos and images every shift – and remove those that violate Facebook's terms of use.

163. Facebook entered into a $250-million per year contract with Cognizant to provide human content moderation services. In turn, Cognizant established call centers in relatively low-paying labor markets such as suburban Tampa (Carrollwood), Phoenix, Poland and India in order to hire and employ low-paid, unsophisticated workers with little knowledge of the technology industry to perform the grueling job of content moderation.  In Tampa, Cognizant particularly targeted historically economically disadvantaged groups such as racial and ethnic minorities and veterans.

164.    Cognizant put great pressure on Plaintiffs to review large quantities of vile content as quickly as possible and for extended periods of time in order to maximize its profits. Cognizant's compensation under the Facebook contract hinged upon satisfying Facebook expectations that a certain amount of content be reviewed per day and that all user-reported content be reviewed within 24 hours of a report and with an overall error rate of less than one percent.

165.    From their cubicles during the overnight shift in Cognizant's Tampa office, Plaintiffs and other human content moderators witnessed thousands of acts of extreme and graphic violence per day. As one Facebook content moderator told the Guardian, "You'd go into work ..., turn on your computer and watch someone have their head cut off. Every day, every minute, that's what you see. Heads being cut off."

## **PROPENSITY FOR HARM**

166.    Cognizant's unique system of human content moderation, when employed as intended, was highly likely to cause, or contribute to in substantial fashion to, numerous human illnesses, injuries, and conditions, both mental and physical, to individuals (including Plaintiffs) subjected to long-term unmitigated exposure to such content.

167.    At all material times, Cognizant knew that long-term unmitigated exposure to images and livestreaming of graphic violence and other vile content was known to cause debilitating injuries, including PTSD.  Indeed, Cognizant was aware of Facebook guidance and other industry studies (described in part below)

and other expert data exposing the dangers to humans of unmitigated exposure to images and livestreaming of graphic violence and other vile content. These guidances, studies and data were not known or readily available to Plaintiffs who were entry level workers with little knowledge of the technology industry.

168.   In a study conducted by the National Crime Squad in the United Kingdom, 76 percent of law enforcement officers surveyed reported feeling emotional distress in response to exposure to child abuse on the internet. The same study, which was co-sponsored by the United Kingdom's Association of Chief Police Officers, recommended that law enforcement agencies implement employee support programs to help officers manage the traumatic effects of exposure to child pornography.  This study was known to industry insiders (including Cognizant) but was not known or readily available to entry level workers like Plaintiffs.

169.   In a study of 600 employees of the Department of Justice's Internet Crimes Against Children task force, the U.S. Marshals Service found that a quarter of the cybercrime investigators surveyed displayed symptoms related to psychological trauma, including from secondary traumatic stress. This study was known to industry insiders (including Cognizant) but was not known or readily available to entry level workers like Plaintiffs.

170.   Another study of cybercrime investigators from 2010 found that "greater exposure to disturbing media was related to higher levels of . . . secondary traumatic stress" and that "substantial percentages" of investigators exposed to disturbing media "reported poor psychological well-being." This study was known

to industry insiders (including Cognizant) but was not known or readily available to entry level workers like Plaintiffs.

171.    The Eyewitness Media Hub has also studied the effects of viewing videos of graphic violence, including suicide bombing, and found that "40 percent of survey Cognizants said that viewing distressing eyewitness media has had a negative impact on their personal lives." This study was known to industry insiders (including Cognizant) but was not known or readily available to entry level workers like Plaintiffs.

172.    In June 2010, the Online Safety and Technology Working Group, an industry group established by Congress, "took note of the emotional toll incurred by employees who face the task of reviewing abhorrent images" and recommended that the federal government provide financial incentives for companies to "address the psychological impact on employees of exposure to these disturbing images." The group's recommendations were submitted to the National Telecommunications and Information Administration, which advises the White House on digital policy. This study was known to industry insiders (including Cognizant) but was not known or readily available to entry level workers like Plaintiffs.

173.    The aforestated studies were known to industry insiders (including Cognizant) but were not known or readily available to entry level workers like Plaintiffs. Plaintiffs was not aware of these studies when he applied for employment with Cognizant.

## COGNIZANT WAS ON NOTICE OF CONTENT MODERATION'S PROPENSITY FOR HARM TO HUMANS

174.   Aware of the dangers of long-term unmitigated content moderation, Facebook helped draft workplace safety standards to protect content moderators, including Plaintiffs, from workplace trauma and associated adverse consequences. Plaintiffs was not privy to these safety standards.

175.   Facebook informed Cognizant of the dangers to humans of long-term unmitigated exposure to content moderation in the workplace, provided Cognizant the afore-stated safety standards, and required Cognizant operational leadership to: (i) implement workplace safety standards designed to protect content moderators from these dangers; and (ii) to notify employees of the dangers of content moderation.  Cognizant operational leadership willfully refused to comply with either of these requirements (as described below).

176.   The workplace safety standards that Facebook required Cognizant to implement included pre-hiring psychological screening; providing moderators with robust and mandatory counseling and mental health support; altering the resolution, audio, size, and color of trauma-inducing images; and training moderators to recognize the physical and psychological symptoms of PTSD.

177.   Incorrectly assuming that Cognizant was implementing the requisite workplace safety standards as directed by Facebook, Facebook stated in a company statement that content moderators received "extensive training" that includes "on-boarding, hands-on practice, and ongoing support and training." In fact, as

discussed below, Cognizant did not provide content moderators the requisite "extensive training" including "on-boarding, hands-on practice, and ongoing support and training," thereby deliberately concealing the known dangers of its system of content moderation from Plaintiffs during the onboarding phase of their employment.

178.   Facebook helped create the Technology Coalition, a collaboration of internet companies aiming "to develop technology solutions to disrupt the ability to use the Internet to exploit children or distribute child pornography." In January 2015, the Technology Coalition published an "Employee Resilience Guidebook for Handling Child Sex Abuse Images" (the "Guidebook") to address the known harms associated with moderating such content.

179.   According to the Guidebook, the technology industry "must support those employees who are the front line of this battle."  The Guidebook recommends that internet companies implement a robust, formal "resilience" program to support content moderators' well-being and mitigate the effects of exposure to trauma-inducing imagery.

180.   With respect to hiring content moderators, the Guidebook recommends:

a.   In an informational interview, "[u]se industry terms like 'child sexual abuse imagery' and 'online child sexual exploitation' to describe subject matter."

b.   In an informational interview, "[e]ncourage candidate to go to

websites [like the National Center for Missing and Exploited Children] to learn about the problem."

      c.    In follow-up interviews, "[d]iscuss candidate's previous experience/knowledge with this type of content."

      d.    In follow-up interviews, "[d]iscuss candidate's current level of comfort after learning more about the subject."

      e.    In follow-up interviews, "[a]llow candidate to talk with employees who handle content about their experience, coping methods, etc."

      f.    In follow-up interviews, "[b]e sure to discuss any voluntary and/or mandatory counseling programs that will be provided if candidate is hired."

181. As a Facebook contractor, Cognizant was aware of the findings and recommendations set forth in the Guidebook and knew that implementing these recommendations could mitigate the effects of exposure to trauma-inducing imagery.

182. With respect to safety on the job, the Guidebook recommends:

      a.    Limiting the amount of time an employee is exposed to child sexual abuse imagery;

      b.    Teaching moderators how to assess their own reaction to the images;

      c.    Performing a controlled content exposure during the first week of employment with a seasoned team member and providing follow up counseling sessions to the new employee;

d.      Providing mandatory group and individual counseling sessions administered by a professional with specialized training in trauma intervention; and

e.      Permitting moderators to "opt-out" from viewing child sexual abuse imagery.

183.    The Technology Coalition also recommends the following practices for minimizing exposure to graphic content:

a.      Limiting time spent viewing disturbing media to "no more than four consecutive hours;"

b.      "Encouraging switching to other projects, which will allow professionals to get relief from viewing images and comeback recharged and refreshed;"

c.      Using "industry-shared hashes to more easily detect and report [content] and in turn, limit employee exposure to these images. Hash technology allows for identification of exactly the same image previously seen and identified as objectionable;"

d.      Prohibiting moderators from viewing child pornography one hour before the individuals leave work; and

e.      Permitting moderators to take time off as a response to trauma.

184.    The National Center for Missing and Exploited Children ("NCMEC") also promulgates guidelines for protecting content moderators from psychological trauma. For instance, NCMEC recommends changing the color or resolution of the

image, superimposing a grid over the image, changing the direction of the image, blurring portions of the image, reducing the size of the image, and muting audio.

### COGNIZANT CONCEALED AND FAILED TO DISCLOSE MATERIAL FACTS RELATED TO THE DANGERS OF CONTENT MODERATION

185.   Cognizant management understands (indeed, Facebook repeatedly warned Cognizant of) the dangers to humans associated with unmitigated long-term exposure to its system of content moderation.  In contrast, Plaintiffs were not privy to the findings of the aforestated industry studies or the dangers to workers associated with Cognizant's system of unmitigated long-term exposure to content moderation.

186.   Plaintiffs did not know, and could not have known, of the dangers of Cognizant's content moderation system at the time they applied for the position or when they were hired.

187.   Cognizant has blithely claimed in this and/or related litigation that Plaintiffs should have known of the dangers of its system of content moderation because "a simple google search for information about the position each Plaintiff was considering would have revealed significant amounts of information about the realities and dangers of content moderation."  This is false. Plaintiffs were not aware of any websites that would have been available to them via any type of internet search that would have disclosed the dangers of Cognizant's content moderation system.

188.   Notably, Cognizant operational leadership, including Operations

Leader Terry Oliver and the supervisors who reported to Oliver, did not call Plaintiffs "content moderators" but opaquely (and deceptively) called each and of them "process executives." Thus, the most logical Google search terms a new hire would have entered was "Cognizant" + "process executive." A Google search using these terms does not retrieve any websites disclosing the dangers of Cognizant's content moderation system. Instead, the only relevant search result is a generic Cognizant job posting containing no warnings about the dangers of content moderation appeared. Thus, Cognizant operational leadership, including Operations Leader Terry Oliver and the supervisors who reported to Oliver, concealed and misrepresented the nature of the job by misidentifying Plaintiffs as "process executives."

189.   Furthermore, a Google search of the terms "Facebook" + "content moderator" in November 2017 would not have retrieved any websites disclosing the dangers of Cognizant's content moderation system.

190.   Cognizant had a duty to disclose the dangers of its unique system of content moderation.

191.   "A duty in Florida can arise from (1) statutes or regulations, (2) judicial interpretations of statutes or regulations, (3) sources in the common law or judicial precedent, or (4) the general facts of a case." *Joseph v. Chronister, et al.*, No. 20-11073, 2021 WL 4739608, at *7 (11th Cir. Oct. 12, 2021) (Jordan, J., concurring) (citing *Limones v. Sch. District of Lee Cty.*, 161 So. 3d 384, 389 (Fla. 2015)).  Moreover, Florida courts have held that "although silence as to a material

fact (nondisclosure), without an independent disclosure duty, usually does not give rise to an action for fraud, suppression of the truth with the intent to deceive (concealment) does." *Garofalo v. Proskauer Rose LLP*, 253 So. 3d 2, 6-7 (Fla. 4th DCA 2018).

### Contractual Duty Under the Facts of the Case

192.  Cognizant had a contractual duty via its contract with Facebook to implement the workplace safety standards required by Facebook to protect human content moderators and a contractual duty to notify employees of the inherent dangers of its system of content moderation during the onboarding process and throughout the Plaintiffs' employment.

193.  Based on the known dangers of Cognizant's system of content moderation, Facebook contractually required Cognizant operational leadership to provide human content moderators, including Plaintiffs, with robust and mandatory counseling and mental health support.

a.  For example, in its contract with Cognizant, Facebook mandated that Cognizant "will ensure that [Cognizant] Operations leadership **considers Vendor staff safety/psychological wellbeing <u>the</u> <u>highest priority</u>.**" To the contrary, Cognizant operational leadership, including Operations Leader Terry Oliver and the supervisors who reported to Oliver, exhibited little to no regard for the Plaintiffs' safety/psychological wellbeing.

b.  In its contract with Cognizant, Facebook further instructed Cognizant

"Operations leadership to **ensure staff members are looked after and if necessary moved to either other content types or as a last resort to other programs if necessary to ensure employee's safety/psychological wellbeing is <u>considered the highest priority</u>.**" To the contrary, Cognizant operational leadership, including Operations Leader Terry Oliver and the supervisors who reported to Oliver, deliberately failed to ensure Plaintiffs were looked after and refused to move Plaintiffs to either other content types or other programs to ensure Plaintiffs' safety/psychological wellbeing was considered the highest priority.

c.   In its contract with Cognizant, Facebook mandated that Cognizant "will ensure that if Vendor staff is affected by the content moderated as part of this program, [Cognizant] Operations leadership **will ensure staff members are provided <u>all</u> necessary support, care and accommodation**." To the contrary, Cognizant operational leadership, including Operations Leader Terry Oliver and the supervisors who reported to Oliver,  provided little to no support, care or accommodation for Plaintiffs who were affected by the content moderated.

194.   The purpose of Facebook requiring Cognizant operational leadership to provide counseling, training and mental health support was, in part, to allow human content moderators to learn of inherent dangers of Cognizant's system of

content moderation and to provide them a way to mitigate, prevent or cope with the mental health ramifications of those dangers.

195.   Based on the known dangers of Cognizant's system of human content moderation, Facebook contractually required Cognizant to conduct psychological screenings or evaluations of new employees, including Plaintiffs, during which the employees would learn the nature of the job and it would be determined if they were psychologically fit for the extreme nature of the job.  Cognizant operational leadership, including Operations Leader Terry Oliver and the supervisors who reported to Oliver, deliberately refused to conduct psychological screenings or evaluations of new employees, thereby further concealing the inherent dangers of its system of content moderation from its employees.

196.   Based on the known dangers of Cognizant's system of human content moderation, Facebook required Cognizant operational leadership to train its new employees, including Plaintiffs, to recognize the physical and psychological symptoms of PTSD. In its contract with Cognizant, Facebook mandated:

> [Cognizant] will ensure every new hire receives training regarding the nature of the content, how to manage mental wellbeing and identify signs of distress, and available wellness/counseling options and psychological support. **Such training will be provided as part of on boarding training and in any event before Vendor staff are exposed to any content for the first time**.

197.   In its contract with Cognizant, Facebook further mandated that Cognizant "ensure every new hire receives training re wellness/counselling options available and psychological support within the first months of onboarding **before**

**being exposed to content for the first time** as part of onboarding training."

198.   Plaintiffs were never provided the requisite training as part of onboarding training. Cognizant operational leadership, including Operations Leader Terry Oliver and the supervisors who reported to Oliver, deliberately refused to provide any such training to Plaintiffs at any time, either before or after they were exposed to content for the first time. Cognizant's deliberate refusal to provide the training that Facebook required it to provide was intended to, and did, conceal the inherent dangers of its system of content moderation from Plaintiffs.

199.   In its contract with Cognizant, Facebook mandated:

Given the nature of the content moderated ... (including but not limited to graphic/violent/sexual/disturbing content), [Cognizant] will have counseling available on site or by phone for Vendor staff to access **as needed during their workday**, through a psychologist/counselor that is certified/experienced in the area of wellness counseling/training.

200.  In its contract with Cognizant, Facebook further mandated that Cognizant "provide multiple channels of wellbeing support for staff ... these channels will be available to the associate 24 hrs a day and 7 days a week."  In the contract, Facebook also mandated that Cognizant provide Plaintiffs with "monthly group counselling sessions," "onsite in person counselling," and "off site in person counselling support."

201.   Cognizant operational leadership, including Operations Leader Terry Oliver and the supervisors who reported to Oliver, deliberately refused to provide to Plaintiffs any of these counselling services mandated by Facebook. Indeed, not

only were counselors prohibited from providing actual counseling services, they were not even present during many of the Plaintiffs' workdays, in particular during the night shifts.

202.   In addition, based on the known dangers of Cognizant's system of content moderation, Facebook (in its contract with Cognizant) mandated that Cognizant provide Plaintiffs a "30 min. counselling session at least once per quarter." Cognizant operational leadership, including Operations Leader Terry Oliver and the supervisors who reported to Oliver, deliberately refused to provide any such counselling.

203.   Cognizant's deliberate refusal to provide the counseling that Facebook required it to provide was intended to, and did, conceal the inherent dangers of its system of content moderation from Plaintiffs because counselling is a primary means of discovering those dangers and the impact of those dangers.

204. Facebook also required Cognizant to provide "wellness" time that human content moderators purportedly could use when they feel overwhelmed by the emotional toll of the job. The nine minutes per day provided by Cognizant operational leadership, including Operations Leader Terry Oliver and the supervisors who reported to Oliver, for "wellness time" was woefully insufficient. If an employee exceeded the nine minutes, he or she was penalized for an "occurrence," which could serve as a basis for termination of employment.

205.   Cognizant operational leadership, including Operations Leader Terry Oliver and the supervisors who reported to Oliver, deliberately refused to provide

human content moderators, including Plaintiffs, with the requisite robust and mandatory counseling and mental health support. Although there were counselors on staff they do not provide any real counseling services, thereby preventing Plaintiffs and others from learning of inherent dangers of Cognizant's system of content moderation and the harm it was causing them.

206. In fact, Cognizant operational leadership, including Operations Leader Terry Oliver told supervisors to monitor how much time employees spent with counselors and to hold them to strict daily production standards regardless of their need for psychological evaluation or counseling in order to discourage use of counseling services, thereby further preventing employees from learning of inherent dangers of Cognizant's system of content moderation and obtaining treatment or counseling for the harm the suffered as a result.

207. Cognizant operational leadership, including Operations Leader Terry Oliver and the supervisors who reported to Oliver, told Plaintiffs Cognizant was providing them with counseling and mental health support (as required by Facebook), but this was false. Although there were two part-time so-called "counselors" on staff to support operations of a 24/7 site with a staff level of over 500, they did not provide any real counseling services. Specifically, Cognizant contracted with different companies, including Crisis Care Network (now R3 Continuum) and Aetna, to provide "coaches" to Cognizant.

208. Cognizant management knew the dangers of content moderation and even informed Aetna that the nature of content moderation "is much akin to being

first responders given their constant exposure to disturbing images and content." Cognizant management also informed Aetna that "the cumulative buildup of trauma may be expressed in a number of maladaptive and unhealthy behaviors." Despite this knowledge, Cognizant operational leadership, including Operations Leader Terry Oliver and the supervisors who reported to Oliver, prohibited Aetna from providing any real counseling services to Plaintiffs, thereby concealing such dangers from Plaintiffs.

209.   Although Plaintiffs were told they would be provided counseling, the coaches in turn were told by Cognizant operational leadership, including Operations Leader Terry Oliver and the supervisors who reported to Oliver, that they were not there to perform counseling.  These coaches were falsely portrayed to Plaintiffs by Cognizant operational leadership, including Operations Leader Terry Oliver and the supervisors who reported to Oliver, as "counselors" who could provide mental health support to them (as required by the Facebook standards) but, in reality, these coaches were prohibited from counseling.  The coaches were not allowed to have pen, paper, telephone or computer so there was no way of recording events (and they, too, were bound by NDAs). By misrepresenting to Plaintiffs that they were provided "counseling," Cognizant operational leadership, including Operations Leader Terry Oliver and the supervisors who reported to Oliver, concealed a material fact in order to prevent Plaintiffs from learning of inherent dangers and the harm it was causing them.

210.   Not only did Cognizant not provide the Plaintiffs with meaningful on-

site counseling (as required by Facebook), but it actually utilized the counseling for the reprehensible purpose of terminating employees who began to manifest symptoms of psychological trauma. For example, the identity of the employees who attended these counseling sessions – as well as the content of the sessions themselves (which clearly should be confidential under HIPAA and the therapist-patient privilege) – were disclosed to Cognizant Human Resources and/or Cognizant operational leadership, including Operations Leader Terry Oliver and the supervisors who reported to Oliver, without Plaintiffs' knowledge or consent.

211.   Cognizant operational leadership, including Operations Leader Terry Oliver and the supervisors who reported to Oliver, required the counselors to provide management information about the content of the counseling sessions so that management could review and utilize this information to evaluate which employees were to be terminated due to the extent of their mental health complications as related in the confidential information.

212.   For example, Cognizant operational leadership, including Operations Leader Terry Oliver and the supervisors who reported to Oliver, participated in weekly operational meetings where the content of the counseling sessions was discussed amongst management personnel. At one such operational meeting in September 2019, management commented that "[p]ersonal issues remains dominate (sic) reason reps seek a counselor." This information was obtained from the so-called "counselors." During the same meeting, Cognizant management complained that employee "wellness time" usage was excessive and "trending" far

above target.

213.   Even in the absence of an initial duty, if one undertakes to disclose facts within his knowledge "he must disclose the whole truth." *Ramel v. Chasebrook Const. Co.*, 135 So. 2d 876, 882 (Fla. 2d DCA 1961); *see also Gutter v. Wunker*, 631 So. 2d 1117, 1118-19 (Fla. 4th DCA 1994) ("[W]here a party in an arm's length transaction undertakes to disclose information, all material facts must be disclosed."); *Nicholson v. Kellin*, 481 So. 2d 931, 936 (Fla. 5th DCA 1985) ("[E]ven assuming that a party to a transaction owes no duty to disclose facts within his knowledge or to answer inquiries respecting such facts, if he undertakes to do so he must disclose the whole truth.").

214. As discussed herein, Cognizant operational leadership, including Operations Leader Terry Oliver and the supervisors who reported to Oliver, disclosed some facts regarding its system of content moderation (e.g. that they would be reviewing images like sports "trash talk," debate about whether "pineapple is an appropriate topping on pizza," cultural memes such as "Michael Jordan crying" or "classical art memes (taking an old photo and juxtaposing with situations 'when sometime' or 'when you')", mild nudity, images reflecting a "daily dose of cute," Black Lives Matter photo of a female protester being arrested, protests and political events, and an occasional graphic still image (not videos)), but did not disclose "the whole truth," but rather concealed the material facts regarding its extreme dangers in an intentional and fraudulent fashion.

215.   It has been held in the tobacco litigation cases that companies "take[]

on the duty to disclose by promising to share" the information of which they are aware regarding the injurious nature of their product, and that they breach that duty when they conceal that information from the public. *RJ Reynolds Tobacco Co. v. Martin*, 53 So. 3d at 1068.

216. In its contract with Facebook, Cognizant promised to share to Plaintiffs information regarding the dangers of its system of content moderation during the onboarding process and throughout their employment.

217. Like the tobacco companies, Cognizant "t[ook] on the duty to disclose by promising to share" information regarding the injurious nature of content moderation with new hires, including Plaintiffs. Cognizant breached that duty when operational leadership, including Operations Leader Terry Oliver and the supervisors who reported to Oliver, deliberately concealed that information from Plaintiffs.

218. Even if Cognizant had not taken on a duty to disclose the injurious nature of its system of content moderation to Claimant by promising to Facebook to share this information with its process executives (which it did), a separate and distinct source of this duty arises from the fact that Plaintiffs were third-party beneficiaries of the contract with Facebook. "The question whether a contract was intended for the benefit of a third person is generally regarded as one of construction of the contract. The intention of the parties in this respect is determined by the terms of the contract as a whole, construed in the light of the circumstances under which it was made and the apparent purpose that the parties

are trying to accomplish." *AR Moyer, Inc. v. Graham*, 285 So. 2d 397, 402 (Fla. 1973).

219.   Plaintiffs were intended beneficiaries of Cognizant's contract with Facebook. The multiple contract provisions requiring Cognizant to implement the requisite workplace safety standards for the content moderators was expressly for the benefit of Plaintiffs and one under which it clearly appears that they were a beneficiary.

220.   In its contract with Cognizant, Facebook reiterates multiple times that Cognizant shall ensure that its operational leadership considers Plaintiffs' "safety/psychological wellbeing **the highest priority**," that Cognizant operational leadership shall "ensure staff members are provided all necessary support, care and accommodation" and that Cognizant operational leadership shall "ensure staff members are looked after and if necessary moved to either other content types or as a last resort to other programs if necessary to ensure employee's safety/psychological wellbeing is **considered the highest priority**." It is clear that these contractual provisions were intended for the benefit of the content moderators, including Plaintiffs.

## Duty Under Common Law

221.   In Florida, a legal duty may arise "because of a foreseeable zone of risk arising from the acts of the defendant." *McCain v. Fla. Power Corp*., 593 So. 2d 500, 503 n.2 (Fla. 1992)). "[T]he defendant's conduct must create or control the risk before liability may be imposed. . . . Therefore, the foreseeable zone of risk

created by the defendant's conduct defines the scope of the defendant's legal duty." *BRE/Cocoa Beach Owner, LLC v. Rolyn Cos., Inc.*, No. 6:12-cv-466-Orl-22GJK, 2013 WL 12158597, *2 (M.D. Fla. Mar. 13, 2013) (internal citations and quotations omitted).

222.   Cognizant's conduct created a foreseeable zone of risk to Plaintiffs and other content moderators. Because a legal duty "is owed by a particular defendant to a particular plaintiff based on particular circumstances," the foreseeability analysis is fact specific. *Id.* at *2 (quoting *Smith v. Fla. Power & Light Co.*, 857 So. 2d 224, 229 (Fla. 2d DCA 2003)).

223.   Because the foreseeability analysis is fact specific, it would be inappropriate to resolve it at the motion to dismiss stage. However, it clearly was foreseeable that the Plaintiffs could be harmed by Cognizant's inherently dangerous system of content moderation and that Cognizant had economic, supervisory, and other decision-making control over the Plaintiffs.

224.   "It is well settled in this jurisdiction that it is the duty of the master to provide the servant with a reasonably safe place in which to work...." *McGee v. C. Ed. Debrauwere Co.*, 158 So. 457, 458 (Fla. 1935).  See also Callahan v. Bryce, 47 So. 2d 517, 518 (Fla. 1950) ("The master is by law required to furnish his employee reasonably safe machinery, appliances and instrumentalities with which to work."). This is a question of fact for the jury. *Baker v. Great Atlantic & Pacific Tea Co.*, 212 F. 2d 130, 133 (5th Cir. 1954) ("Whether or not it is required by due care that an employer cover a saw such as this so as to protect the operator's hands ...

are questions of fact for the jury.").

225.   Consistent with this well-settled precedent, Cognizant had a common law duty to provide a reasonably safe workplace and to provide warning of dangerous working conditions, including notifying employees of the inherent dangers of its system of content moderation during the onboarding process and throughout the Plaintiffs' employment. *See McGee*, 158 So. at 458; RESTATEMENT OF EMPT. L. § 4.05 (2015) ("[a] master is subject to a duty that care be used either to provide working conditions which are reasonably safe for his servants and subservants . . . or to warn them of risks of unsafe conditions . . . that they may not discover"); *Gunn v. City of Jacksonville*, 64 So. 435, 436 (Fla. 1914) ("those who employ others to work where electricity or other dangerous agencies are used, should exercise such care for the safety of the employees as is commensurate with the dangers involved and the competency of the employees.").

226.   Cognizant operational leadership, including Operations Leader Terry Oliver and the supervisors who reported to Oliver, breached this duty by deliberately refusing to notify employees of the inherent dangers of its system of content moderation during the onboarding process and throughout the Plaintiffs' employment.

## Duty Under Statute and Regulation

227.   In Florida, "a violation of [a] ... statute which establishes a duty to take precautions to protect a particular class of persons from a particular injury or type of injury" constitutes evidence of a breach of duty under Florida tort law. *DeJesus*

227

*v. Seaboard Coast Line Railroad Co*., 281 So. 2d 198, 201 (Fla. 1973). The afore-stated common-law duty has been expanded by the federal OSHA law, which required Cognizant to provide a reasonably safe workplace for employees and to provide warning of dangerous working conditions, including to notify employees of the inherent dangers of its system of content moderation, information that the Plaintiffs had a right to know because of their employment relationship. 29 U.S.C. §§ 651, et al. [Cpt.,¶37]  OSHA's General Duty Clause to protect employees from recognized hazards "place[s] the duty to ensure a safe and healthy workplace on the employer, not the employee," where "the potential harm to the employee exists in their workplace and involves conditions over which [the employer] has control." *SeaWorld of Florida, LLC v. Perez*, 748 F. 3d 1202, 1211 (D.C. Cir. 2014).

228.   Cognizant operational leadership, including Operations Leader Terry Oliver and the supervisors who reported to Oliver, breached this duty by deliberately concealing and refusing to notify employees of the inherent dangers of its system of content moderation during the onboarding process and throughout the Plaintiffs' employment.

### Duty Arising from Suppression of the Truth with Intent to Deceive (Concealment)

229.   Florida courts have held that "although silence as to a material fact (nondisclosure), without an independent disclosure duty, usually does not give rise to an action for fraud, suppression of the truth with the intent to deceive (concealment) does." *Garofalo*, 253 So. 3d at 6-7. In this context, "active

228

concealment" encompasses:

> either a representation good as far as it goes, but accompanied with such a suppression of facts as makes it convey a misleading impression, [o]r an attempt by one party to draw the other's attention from a fact or to cover it from view. In the first case, the nondisclosure has the effect of either impliedly representing that the fact concealed does not exist or of rendering the facts disclosed absolutely false; in the second case, the conduct of the party outside of an actual representation, is a fraud on the other....

*de la Osa v. State*, 158 So.3d 712, 730 (Fla. 4th DCA 2015) (quoting *Haberman v. Greenspan*, 368 N.Y.S.2d 717, 720 (N.Y.Sup.Ct.1975). In *Nessim v. DeLoache*, 384 So.2d 1341 (Fla. 3d DCA 1980), a seller represented that a yacht it was selling was in good condition, despite knowing that it had latent defects. The buyer relied on the representation, purchased the yacht, and then sued for fraud when he discovered the defects. The court held that an action for fraud exists where one party has superior knowledge (like Cognizant in the instant case) and intentionally fails to disclose a material fact. *See id*. at 1344.  The classic illustration of fraud is where one party having superior knowledge intentionally fails to disclose a material fact which is not discoverable by ordinary observation (like the dangers of content moderation), *Kitchen v. Long*, 64 So. 429 (1914), especially where coupled with a trick or artifice, *Joiner v. McCullers*, 28 So. 2d 823 (1947).

223.   Here, Cognizant operational leadership, including Operations Leader Terry Oliver and the supervisors who reported to Oliver, suppressed the truth about the dangers of its system of content moderation with the intent to deceive the Plaintiffs.

224.   Cognizant's argument that Plaintiffs may have been negligent in investigating the dangers of content moderation (which they were not) does not bar their claim. *Nicholson*, 481 So. 2d at 936. In *Besett v. Basnett*, 389 So.2d 995 (Fla. 1980), the Supreme Court held that a recipient may rely on the truth of a representation even though its falsity could have been ascertained had he made an investigation, unless he knows the representation to be false or its falsity is obvious to them. Even if Plaintiffs could have researched the foreign periodicals cited by Cognizant in its prior motions (which they could not), they clearly did not have equal opportunity to become apprised of the dangers of Cognizant's content moderation system.

225.   Cognizant breached its legal and contractual duties by Cognizant operational leadership, including Operations Leader Terry Oliver and the supervisors who reported to Oliver, willfully refusing to notify Plaintiffs of the inherent dangers to Plaintiffs of long-term unmitigated exposure to its system of content moderation, the dangers of which were exacerbated by Cognizant's willful refusal to implement Facebook's workplace safety standards it required Cognizant to implement.

226.   Cognizant's system of content moderation was more dangerous than other Facebook contractors' systems because not only did Cognizant not implement the requisite workplace safety standards intended to limit or mitigate harm, but also Cognizant operational leadership, including Operations Leader Terry Oliver and the supervisors who reported to Oliver, willfully chose not to

notify employees of the inherent dangers of its system of content moderation during the onboarding process and throughout the Plaintiffs' employment. Indeed, during the onboarding process and throughout their employment, Cognizant operational leadership, including Operations Leader Terry Oliver and the supervisors who reported to Oliver, deliberately concealed from employees and applicants (including Plaintiffs) material information, not otherwise known or available to Plaintiffs, about the inherent dangers of its system of content moderation, knowing the information was material. For example:

     a.    Other Facebook contractors provided its new hires a disclaimer before starting work specifically advising them in writing that the vile content seen during their job could lead to poor mental health and PTSD.  An example of one such disclaimer provided by another Facebook contractor:

> "I understand that exposure to this content may give me post-traumatic stress disorder.  I will engage in a mandatory wellness coaching session but I understand that those are not conditions and may not be sufficient to prevent my contracting PTSD."

     b.    In light of the known dangers, Cognizant had a duty to provide this or a similar disclaimer to its content moderators, like its competitors.

227.   Cognizant operational leadership, including Operations Leader Terry Oliver and the supervisors who reported to Oliver, however, refused to give Plaintiffs any notice of the known dangers of content moderation, did not provide them any disclaimer, and instead deliberately concealed the material fact that exposure to the content may give employees post-traumatic stress disorder and

other mental and physical comorbidities.

228.   During the onboarding process, Cognizant operational leadership, including Operations Leader Terry Oliver and the supervisors who reported to Oliver, lied to each of the Plaintiffs about the nature of content moderation by telling them they would be moderating only "photos" and "text" and showed them a sample deck of slides displaying sports "trash talk," debate about whether "pineapple is an appropriate topping on pizza," cultural memes such as "Michael Jordan crying" or "classical art memes (taking an old photo and juxtaposing with situations 'when sometime' or 'when you')", mild nudity, images reflecting a "daily dose of cute," Black Lives Matter photo of a female protester being arrested, protests and political events (e.g. "Build that f***ing wall"), and an occasional graphic still image (not videos). Cognizant operational leadership, including Operations Leader Terry Oliver and the supervisors who reported to Oliver, told Plaintiffs it was "nothing major" and it was "just a few posts." It was not until later that the "process executives" discovered that they would be required to moderate thousands of horrific videos and live-streaming one after another.

229.   During the onboarding process, Cognizant operational leadership, including Operations Leader Terry Oliver and the supervisors who reported to Oliver, substantially downplayed the extreme nature of the images to which they would be exposed, thereby concealing the dangers of its system of content moderation from, and misleading, new employees. There was an extreme difference between the mild imagery the moderators were shown during training

and what they were later exposed to. For example, there is no comparison between a still photo of a Black Lives Matter  protester being arrested (training) and a video of a boy strapped down to a table struggling to breathe while his chest is cut open and his lungs can be seen inflating and deflating outside of his chest (actual job).

230.   As a result, Plaintiffs were not aware that they would be subjected to a practice of unmitigated or long-term exposure to these extreme kinds of images as human content moderators, and the danger of Cognizant's practice was not fully accessible to Plaintiffs through due diligence.

231.   Plaintiffs was not trained in the Facebook Live (live video) format until approximately 9 months post-contract with Facebook. Plaintiffs were told by Cognizant operational leadership, including Operations Leader Terry Oliver and the supervisors who reported to Oliver, that they would only review written and visual pictures for adjudication, but were later forced to witness live videos of vile horrors such as live suicides, multiple school shootings, adults raping and killing babies/children, child abuse, bestiality, satanic rituals, drug overdoses, cannibalism, self-harm, mutilation, and animal abuse such as videos of a man taking a baseball bat to a litter of puppies boasting how good it feels to slaughter them. Cognizant operational leadership, including Operations Leader Terry Oliver and the supervisors who reported to Oliver, concealed from Plaintiffs that they would ever be required to moderate anything remotely close to this type of repugnant content.

232.   During the onboarding process and throughout their employment,

Cognizant operational leadership, including Operations Leader Terry Oliver and the supervisors who reported to Oliver, deliberately refused to implement the requisite practices that would have notified employees of the inherent dangers of its system of content moderation, including:

a.   Cognizant operational leadership, including Operations Leader Terry Oliver and the supervisors who reported to Oliver, refused to utilize the requisite informational interviews during the hiring process to "[u]se industry terms like 'child sexual abuse imagery' and 'online child sexual exploitation' to describe subject matter."

b.   Cognizant operational leadership, including Operations Leader Terry Oliver and the supervisors who reported to Oliver, refused to utilize informational interviews during the hiring process to "[e]ncourage candidate to go to websites [like the National Center for Missing and Exploited Children] to learn about the problem."

c.   Cognizant operational leadership, including Operations Leader Terry Oliver and the supervisors who reported to Oliver, refused to utilize follow-up interviews during the hiring process to "[d]iscuss candidate's previous experience/knowledge with this type of content."

d.   Cognizant operational leadership, including Operations Leader Terry Oliver and the supervisors who reported to Oliver, refused to utilize follow-up interviews during the hiring process to "[d]iscuss candidate's current level of comfort after learning more about the subject."

e.     Cognizant operational leadership, including Operations Leader Terry Oliver and the supervisors who reported to Oliver, refused to utilize follow-up interviews during the hiring process to "[a]llow candidates to talk with employees who handle content about their experience, coping methods, etc."

f.     Cognizant operational leadership, including Operations Leader Terry Oliver and the supervisors who reported to Oliver, refused to utilize follow-up interviews during the hiring process to "[b]e sure to discuss any voluntary and/or mandatory counseling programs that will be provided if candidate is hired."

g.     Cognizant operational leadership, including Operations Leader Terry Oliver and the supervisors who reported to Oliver, refused to teach moderators during the onboarding process (or ever) how to assess their own reaction to the images;

h.     Cognizant operational leadership, including Operations Leader Terry Oliver and the supervisors who reported to Oliver, refused to provide during the onboarding process (or ever) pertinent "hands-on practice" or perform a controlled content exposure during the first week of employment with a seasoned team member and providing follow up counseling sessions to the new employee;

i.     Cognizant operational leadership, including Operations Leader Terry Oliver and the supervisors who reported to Oliver, refused to permit moderators during the onboarding process (or ever) to "opt-out" from viewing certain types of imagery.

233.   During the onboarding process, Cognizant operational leadership,

including Operations Leader Terry Oliver and the supervisors who reported to Oliver, substantially downplayed to new employees, including each of the Plaintiffs, the extreme nature of the videos and images to which they would be exposed, thereby concealing the dangers of its system of content moderation from, and misleading, new employees.  As a result, Plaintiffs were not aware that they would be subjected to a practice of unmitigated or long-term exposure to these extreme kinds of images as human content moderators, and the danger of Cognizant's practice was not fully accessible to Plaintiffs through due diligence.

234.   To ensure it could conceal from the Plaintiffs the inherent dangers of long-term unmitigated exposure to its system of content moderation, Cognizant higher level management, including Rohit Chaudhary, deliberately established its call centers in relatively low-paying labor markets such as suburban Carrollwood where the relatively low-paid, unsophisticated workers would be unfamiliar with the industry-insider information pertaining to the inherent dangers of content moderation, particularly the dangers of Cognizant's content moderation systems that did not provide any of the requisite warnings, protections or mitigating practices designed to protect the content moderators from harm.

235. Instead, Cognizant operational leadership, including Operations Leader Terry Oliver and the supervisors who reported to Oliver, misrepresented the job to Plaintiffs through advertisements as a prestigious career in high technology that simply required new hires to become knowledgeable about "leading social media products and community standards," to "assist our

community and help resolve inquiries empathetically, accurately and on time," and to "make well balanced decisions and personally driven to be an effective advocate for our community."   Cognizant operational leadership, including Operations Leader Terry Oliver and the supervisors who reported to Oliver, thereby concealed from, and misrepresented to, Plaintiffs the dangers of its system of human content moderation at the pre-application stage, thereby intending to deceive them through concealment and misrepresentation into applying for an inherently dangerous position.

236.   Cognizant operational leadership, including Operations Leader Terry Oliver and the supervisors who reported to Oliver, deliberately targeted prospective workers who were most susceptible to suffering PTSD from exposure to the vile content.  For example, not only did Cognizant operational leadership, including Operations Leader Terry Oliver and the supervisors who reported to Oliver, intentionally target historically economically disadvantaged groups, but also it recruited military veterans due to their prior exposure to harsh trauma, a practice which actually caused substantial exacerbation of prior PTSD diagnoses.

237.   Not only did Cognizant operational leadership, including Operations Leader Terry Oliver and the supervisors who reported to Oliver, deliberately conceal the dangers of its system of content moderation from new hires, Cognizant operational leadership, including Operations Leader Terry Oliver and the supervisors who reported to Oliver, knew that the dangers would not become immediately apparent to employees because symptoms of PTSD usually take time

to manifest themselves, typically taking 3 months or more after the traumatic incident to manifest.  Thus, Plaintiffs generally were subjected to Cognizant's dangerous system of content moderation for several months prior to the harm becoming diagnosable.

238.   Cognizant operational leadership, including Operations Leader Terry Oliver and the supervisors who reported to Oliver, intentionally prevented content moderators from discussing their psychological trauma with others by forcing Plaintiffs to sign sweeping Non-Disclosure Agreements ("NDAs") and by instructing the employees not to speak about the content or workplace conditions to anyone outside of their review team. By prohibiting Plaintiffs from discussing their work or seeking outside social support, Cognizant operational leadership, including Operations Leader Terry Oliver and the supervisors who reported to Oliver, deliberately impeded the development of resiliency and increased the risk that Plaintiffs would develop psychological trauma while also concealing the dangers of its system of content moderation from prospective or newly hired employees.  By way of example, the NDA Plaintiffs were forced to sign:

a.     Prohibited Plaintiffs from "directly or indirectly" disclosing "Confidential Information" "to anyone" unless "for the sole purpose of carrying out Employee's duties to the Company." The term "anyone" includes, without limitation, prospective employees, job applicants, co-workers, former employees, mental health counselors, psychologists, doctors, spouses, parents, family members, clergy, etc.

b.      Broadly defined "Confidential Information" as "all information that has or could have commercial value or other utility to the Company" or "all information ... the unauthorized disclosure of which could be detrimental to the Company's interests."

c.      Information regarding Cognizant's inherently dangerous system of human content moderation clearly falls within the definition of "Confidential Information" as it had "commercial value or other utility to the Company."  Moreover, the psychological trauma Plaintiffs suffered as a result of Cognizant's inherently dangerous system of human content moderation also falls within the NDA's definition of "Confidential Information," as its disclosure "could be detrimental to the Company's interests" and would necessarily require disclosure of the underlying Confidential Information relating to the system of content moderation.

d.      Thus, the NDAs banned Plaintiffs from discussing Plaintiffs's psychological trauma or any details of Cognizant's system of content moderation "directly or indirectly ... to anyone" including prospective employees, job applicants or co-workers, thereby causing the concealment of the dangers of Cognizant's inherently dangerous system of content moderation from prospective or newly hired employees, including Plaintiffs.

e.      Cognizant threatened Plaintiffs that if Plaintiffs ever disclosed any such Confidential Information that not only would they be fired, but also: (i) the "Company will be entitled to temporary, preliminary and permanent injunctive

239

relief against Employee; and (ii) the Company "will be entitled to recover their reasonable attorneys' fees and costs." These threats of monetary consequences beyond termination of employment intimidated and deterred Plaintiffs from seeking the help Plaintiffs needed, prevented Plaintiffs from speaking with coworkers who could have warned them about the dangers before it was too late, and resulted in the dangers of Cognizant's inherently dangerous system of content moderation being concealed from Plaintiffs both prior to and during Plaintiffs' employment.

239.   Based on the known dangers of human content moderation as communicated to it by Facebook and others, Cognizant operational leadership, including Operations Leader Terry Oliver and the supervisors who reported to Oliver, knew that its concealment of or failure to disclose the material fact of the inherent dangers of Cognizant's system of content moderation, as described above, would induce Plaintiffs and others to accept employment and unknowingly subject themselves to inherent dangers of Cognizant's system of content moderation.

## PLAINTIFFS DETRIMENTALLY RELIED ON COGNIZANT'S MISINFORMATION AND CONCEALMENT

240. In making their decisions regarding obtaining or retaining employment under Cognizant's system of human content moderation, each of the Plaintiffs relied on information that was materially incomplete and misleading due to the deliberate concealment of, omission of, or failure to disclose information by Cognizant operational leadership, including Operations Leader Terry Oliver and

the supervisors who reported to Oliver, as described in the preceding paragraphs.

241. Plaintiffs detrimentally relied on the misinformation and concealment provided by Cognizant operational leadership, including Operations Leader Terry Oliver and the supervisors who reported to Oliver, when Plaintiffs accepted the job and continued to perform in the dangerous role unaware of the psychological toll it was having on them. The Plaintiffs would not have accepted the content moderator position or continued with the role if Cognizant operational leadership, including Operations Leader Terry Oliver and the supervisors who reported to Oliver, had disclosed the true nature of the job and the impact it was having on Plaintiffs' mental health, of which Cognizant was aware from Facebook, industry studies, and from the privileged information that management required its mental health counselors to covertly divulge to Plaintiffs.

242. As a direct and proximate result of the conduct described above, the Plaintiffs become subjected to the dangers of long-term unmitigated exposure to Cognizant's system of human content moderation. As a direct and proximate result of Cognizant's conduct as described in the preceding paragraphs, the Plaintiffs were injured and continue to suffer psychological trauma and related physical harm.

243. As a result of constant, long-term and unmitigated exposure to highly toxic and extremely disturbing images through Cognizant's system of human content moderation, Plaintiffs developed and suffer from significant psychological trauma, PTSD, C-PTSD, as well as associated physical injuries.

244.   Aware that its system of human content moderation was causing its workers extreme psychological and physical harm, Cognizant shut down its content moderation operations in February 2020, laying off its workforce and leaving content moderators (including Plaintiffs), with no means of obtaining requisite ongoing medical monitoring, screening, diagnosis, or adequate treatment after suffering psychological trauma during their employment.

245.   Prior to shutting down its content moderation operations in February 2020, Cognizant's CEO, Brian Humphries, for the first time publicly acknowledged in an October 30, 2019 earnings call that Cognizant's system of content moderation was dangerous. Humphries conceded that the "subset of the content operations business [that] is largely focused on determining whether certain content violates client standards ... can involve objectionable materials [and is no longer] in line with our strategic vision for the company."  Humphries continued that Cognizant would make a "donation" intended to spur the development of machine-learning systems that can take the place of human moderators:

> While we intend to exit this work, we recognize that cleansing the web of objectionable content is a worthy cause and one in which companies have a role to play. For this reason, we have decided to allocate $5 million to fund research aimed at increasing the level and sophistication of algorithms and automation, thereby reducing users' exposure to objectionable content.

It was not clear where Cognizant planned to make that donation or if it ever did.

246.   While pledging to donate $5 million to fund research to create automated systems that can take the place of human moderators, Cognizant

callously refused to provide any assistance to any of the content moderators it fired or who were forced to resign due to the psychological trauma, leaving human content moderators (including Plaintiffs) with no means of obtaining requisite ongoing medical monitoring, screening, diagnosis, or adequate treatment for the psychological trauma and physical injuries they suffered and continue to suffer as a result of Cognizant's deliberate concealment and misrepresentation of the inherent dangers of its system of content moderation.

## COUNT I
## (Fraudulent Concealment)

247.   Plaintiffs repeats and realleges the allegations set forth in Paragraphs 1 through 246 as though fully set forth herein.

248.   As set forth in greater detail above, Cognizant's system of human content moderation, when employed as intended, was highly likely to cause, or contribute to in substantial fashion to, numerous human illnesses, injuries, and conditions, both mental and physical, to the content moderators it employed.

249.   As set forth in greater detail above, Cognizant knew that its system of human content moderation, when employed as intended, was highly likely to cause, or contribute to in substantial fashion to, numerous human illnesses, injuries, and conditions, both mental and physical, to the content moderators it employed.

250.   As set forth in greater detail above, Cognizant knew that the dangers of its system of human content moderation should be disclosed to the Plaintiffs.

251.   As set forth in greater detail above, Cognizant knew its concealment of or failure to disclose the dangers of its system of human content moderation to Plaintiffs would induce the Plaintiffs to unwittingly expose themselves to the dangers of Cognizant's system of human content moderation.

252.   As set forth in greater detail above, Cognizant had legal, contractual and common law duties to disclose the dangers of its system of human content moderation to Plaintiffs.

253.   As set forth in greater detail above, Cognizant operational leadership, including Operations Leader Terry Oliver and the supervisors who reported to Oliver, deliberately concealed from, and failed to disclose to, Plaintiffs the dangers of its system of human content moderation.

254.   As set forth in greater detail above, in making their decisions regarding obtaining or retaining employment under Cognizant's system of content moderation, Plaintiffs relied on information that was false and/or materially incomplete due to the deliberate concealment and failure to disclose by Cognizant operational leadership, including Operations Leader Terry Oliver and the supervisors who reported to Oliver, of the dangers of its system of human content moderation.

255.   As set forth in greater detail above, Plaintiffs detrimentally relied on Cognizant's misinformation and concealment when they accepted the jobs and continued to perform in the dangerous role unaware of the psychological toll it was having on Plaintiffs.  Plaintiffs would not have accepted the content moderator

position or continued with the role if Cognizant operational leadership, including Operations Leader Terry Oliver and the supervisors who reported to Oliver, had disclosed the true nature of the job and the impact it was having on Plaintiffs' mental health.

256.   As a direct and proximate result of the conduct described above, Plaintiffs became subjected to the dangers of Cognizant's system of human content moderation.  As a direct and proximate result of Cognizant's conduct as described in the preceding paragraphs, the Plaintiffs were injured and continue to suffer psychological trauma and related physical harm.

257.   As a result of constant and unmitigated exposure to highly toxic and extremely disturbing images through Cognizant's system of human content moderation, Plaintiffs developed and suffer from significant psychological trauma, PTSD, C-PTSD, as well as associated physical injuries.

258.   Plaintiff requests relief as described in the Prayer for Relief below.

## COUNT II
## (Fraudulent Misrepresentation)

259.   Plaintiffs repeats and realleges the allegations set forth in Paragraphs 1 through 246 as though fully set forth herein.

260.   As set forth in greater detail above, Cognizant's system of human content moderation, when employed as intended, was highly likely to cause, or contribute to in substantial fashion to, numerous human illnesses, injuries, and conditions, both mental and physical, to the content moderators it employed.

261.   As set forth in greater detail above, Cognizant knew that its system of human content moderation, when employed as intended, was highly likely to cause, or contribute to in substantial fashion to, numerous human illnesses, injuries, and conditions, both mental and physical, to the content moderators it employed.

262.   As set forth in greater detail above, Cognizant operational leadership, including Operations Leader Terry Oliver and the supervisors who reported to Oliver, made false statements to Plaintiffs during the onboarding process and during their early phases of employment concerning the dangers of its system of human content moderation to the Plaintiffs.

263.   As set forth in greater detail above, Cognizant Operations Leader Terry Oliver and the supervisors who reported to Oliver, knew the statements they were making to Plaintiffs concerning the dangers of its system of human content moderation were false.

264.   As set forth in greater detail above, Cognizant Operations Leader Terry Oliver and the supervisors who reported to Oliver, intended that the misrepresentations they made to Plaintiffs concerning the dangers of its system of human content moderation induce the Plaintiffs to unwittingly expose themselves to those dangers by accepting and retaining employment as "process executives."

265.   As set forth in greater detail above, in making their decisions regarding obtaining or retaining employment under Cognizant's system of content moderation, Plaintiffs relied on information the misrepresentations by Cognizant

operational leadership, including Operations Leader Terry Oliver and the supervisors who reported to Oliver, regarding the dangers of its system of human content moderation.

266.   As set forth in greater detail above, Plaintiffs detrimentally relied on the misrepresentations by Cognizant operational leadership, including Operations Leader Terry Oliver and the supervisors who reported to Oliver, regarding the dangers of its system of human content moderation when they accepted the jobs and continued to perform in the dangerous role unaware of the psychological toll it was having on Plaintiffs. Plaintiffs would not have accepted the "process executive" position or continued with the role if Cognizant operational leadership, including Operations Leader Terry Oliver and the supervisors who reported to Oliver, had disclosed the true nature of the job and the impact it was having on Plaintiffs' mental health.

267.   As a direct and proximate result of the conduct described above, Plaintiffs became subjected to the dangers of Cognizant's system of human content moderation.  As a direct and proximate result of Cognizant's conduct as described in the preceding paragraphs, the Plaintiffs were injured and continue to suffer psychological trauma and related physical harm.

268.   As a result of constant and unmitigated exposure to highly toxic and extremely disturbing images through Cognizant's system of human content moderation, Plaintiffs developed and suffer from significant psychological trauma, PTSD, C-PTSD, as well as associated physical injuries.

269. Plaintiff requests relief as described in the Prayer for Relief below.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs request that this Court:

a. Award Plaintiffs actual and compensatory damages, including but not limited to lost pay, medical expenses, lost future earning capacity, emotional distress and loss of enjoyment of life;

b. Award declaratory and injunctive relief as is necessary to protect the interests of Plaintiffs, including by enjoining Cognizant from continuing to conduct business through the unlawful and unfair practices alleged herein.

c. Award Plaintiffs exemplary and punitive damages;

d. Award Plaintiffs their reasonable litigation expenses pursuant to applicable law; and

e. Award any further relief that the Court deems just and equitable.

## JURY TRIAL DEMAND

Plaintiffs demand a jury trial on all counts so triable.

Respectfully submitted,

*/s/ Jay P. Lechner*
**LECHNER LAW**
Jay P. Lechner, Esq.
Florida Bar No.: 0504351
Jay P. Lechner, P.A.
Fifth Third Center
201 E. Kennedy Blvd., Suite 412
Tampa, Florida 33602
Telephone: (813) 842-7071
jplechn@jaylechner.com
admin@jaylechner.com

*Attorneys for Plaintiffs*

**<u>CERTIFICATE OF SERVICE</u>**

**I HEREBY CERTIFY** that on this 23rd day of June, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of filing via electronic mail to all counsel of record.

<u>/s/ Jay P. Lechner </u>
*Attorney*